**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern _____ District of Texas _____
(State)

Case number (*if known*): _____ Chapter __11__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Diamond Offshore Drilling, Inc. |

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   _____
   _____
   _____
   _____

3. **Debtor's federal Employer Identification Number (EIN)**

   7  6 – 0  3  2  1  7  6  0

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 15415 Katy Freeway | |
| Number     Street | Number       Street |
| Suite 100 | |
| | P.O. Box |
| Houston        Texas       77094 | |
| City               State       ZIP Code | City                    State       ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| | |
| County | Number       Street |
| | |
| | City                    State       ZIP Code |

5. **Debtor's website** (URL)   http://www.diamondoffshore.com

Debtor　Diamond Offshore Drilling, Inc.　　　　　　　　　　　Case number *(if known)*_____
　　　　Name

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding  LLP) |
| | | ☐ Other. Specify: _____ |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

　| 1 | 3 | 8 | 1 |

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☒ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.　District _____　When _____　Case number _____
　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　　District _____　When _____　Case number _____
　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

Debtor    <u>Diamond Offshore Drilling, Inc.</u>      Case number *(if known)* _____
     Name

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes.

Debtor _____See Attachment 1_____    Relationship   Affiliates

District _____Southern District of Texas_____    When   Date Hereof
     MM / DD / YYYY

Case number, if known _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
     Number      Street

_____

_____
     City            State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

---

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☒ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

Debtor    Diamond Offshore Drilling, Inc.                                      Case number (if known)_____
              Name

| 15. Estimated assets | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☒ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☒ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to
$500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___04/26/2020___
                    MM / DD / YYYY

✗ _____                          David L. Roland
    Signature of authorized representative of debtor       Printed name

Title  Senior Vice President, General Counsel and Secretary

| 18. Signature of attorney | ✗ /s/ John F. Higgins                   Date  ___04/26/2020___ |
|---|---|

Signature of attorney for debtor                                MM   / DD / YYYY

John F. Higgins
Printed name

Porter Hedges LLP
Firm name

1000       Main Street, 36th Floor
Number        Street

Houston                                    Texas        77002
City                                       State        ZIP Code

713-226-6648                               JHiggins@porterhedges.com
Contact phone                              Email address

09597500                                   Texas
Bar number                                 State

---

**Omnibus Resolutions**
**of the**
**Respective Governing Bodies**
**of the**
**Diamond Offshore Group Companies**
**(as Defined Below)**

> **WHEREAS**, (i) each of Diamond Offshore Drilling, Inc., Diamond Offshore Finance Company, Diamond Offshore Development Company, Diamond Offshore Services Company, Diamond Offshore Management Company, Diamond Offshore Company, Arethusa Off-Shore Company and Diamond Offshore General Company (collectively, the "Delaware Corporations") is a Delaware corporation managed by a board of directors (collectively, the "Delaware Boards"), (ii) each of Diamond Offshore (Brazil) L.L.C. and Diamond Offshore Holding, L.L.C. (collectively, the "Delaware LLCs") is a Delaware limited liability company managed by managers (collectively, the "Delaware Managers"), (iii) each of Diamond Foreign Asset Company and Diamond Offshore International Limited (collectively, the "Cayman Companies") is an exempt company limited by shares incorporated in the Cayman Islands managed by a board of directors (collectively, the "Cayman Boards") and (iv) each of Diamond Rig Investments Limited, Diamond Offshore Limited and Diamond Offshore Drilling (UK) Limited (collectively, the "UK Companies") is a private company limited by shares incorporated under the laws of England and Wales managed by a board of directors (collectively, the "UK Boards");

> **WHEREAS**, the Delaware Corporations, Delaware LLCs, Cayman Companies and UK Companies are referred to herein collectively as the "Diamond Offshore Group Companies" and each individually as a "Group Company", and the Delaware Boards, Delaware Managers, Cayman Boards and UK Boards are referred to herein collectively as the "Governing Bodies" and each individually as the "Governing Body" in respect of its applicable Group Company;

> **WHEREAS**, the members of each Governing Body are set forth on Schedule I attached hereto;

> **WHEREAS**, on October 2, 2018, Diamond Offshore Drilling, Inc. entered into a senior 5-year revolving credit agreement with a syndicate of lenders and Wells Fargo Bank, National Association, as administrative agent (the "Revolving Credit Facility"), the maximum amount of borrowings available under which is $950 million, which borrowings may be used for general corporate purposes, including investments, acquisitions and capital expenditures, and which Revolving Credit Facility also provides for a swingline subfacility of $100.0 million and a letter of credit subfacility of $250.0 million;

> **WHEREAS**, (i) the Diamond Offshore Group Companies operate in a highly-competitive and cyclical industry that has experienced a sustained period of declining dayrates and demand for contract drilling services, (ii) such general industry downturn has worsened precipitously in recent months due to two unprecedented global developments, *viz.*, an oil "price war" between OPEC and Russia and the COVID-19 pandemic, (iii) in response to these developments, the Diamond Offshore Group Companies took various actions in an attempt to

1

preserve existing contract backlog, liquidity and financial flexibility generally, including by (x) on March 16, 2020 (effective March 17, 2020), terminating that certain 5-Year Revolving Credit Agreement, dated as of September 28, 2012, as amended, by and among certain Group Companies, the lenders party thereto and Wilmington Trust, National Association, as administrative agent and (y) on March 17, 2020, borrowing approximately $400 million under the Revolving Credit Facility and (iv) the financial and operational conditions of the Diamond Offshore Group Companies have continued to deteriorate in the weeks following such responses;

**WHEREAS**, each Governing Body has reviewed and considered the financial and operational condition of its applicable Group Company and of the Diamond Offshore Group Companies as a whole, including (which word, for all purposes of these resolutions, shall be interpreted to be followed by the words, "without limitation") the historical performance of the Diamond Offshore Group Companies, the assets of the Diamond Offshore Group Companies, the current and long-term liabilities of the Diamond Offshore Group Companies, and the conditions of the industry and credit markets in which the Diamond Offshore Group Companies do business, and have considered various alternatives in respect of such matters;

**WHEREAS**, each Governing Body has received, reviewed, and considered the recommendations of, and the materials presented by, the senior management of its applicable Group Company and such Group Company's legal, financial, and other outside professional advisors as to the financial condition of the Diamond Offshore Group Companies and the relative risks and benefits of pursuing a case under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

**WHEREAS**, each Governing Body understands that, (i) as of the date hereof, the Diamond Offshore Group Companies collectively have approximately $434.9 million of unrestricted cash on deposit and (ii) as part of the chapter 11 cases commenced by the Petitions (as defined below), each Group Company will seek court approval to authorize the use of its existing cash management system post-Petition to fund its operations during the chapter 11 cases, and so each Governing Body reasonably expects that its applicable Group Company will, subject to court approval, continue to have access to appropriate liquidity following the filing of its Petition;

**WHEREAS**, each Governing Body reasonably believes that its applicable Group Company's pursuing a case under the Bankruptcy Code on a coordinated basis with the other Diamond Offshore Group Companies is expected to preserve more value for such Group Company and its stakeholders than any other available alternative;

**WHEREAS**, the intention of each Governing Body with respect to its applicable Group Company is to use the Bankruptcy Code to implement a plan of reorganization (which may be a plan implementing a going concern sale or sales or distributing the proceeds from a going concern sale or sales) and to emerge with an improved financial position and more sustainable capital structure, which in turn, in respect of the UK Companies and Cayman Companies, should avoid the need for a more value destructive administration or liquidation process in respect of the UK Companies, and liquidation process in respect of the Cayman Companies, and allow each UK Board and Cayman Board to ensure that its applicable Group

Company continues to have a reasonable prospect of avoiding an insolvent administration or liquidation as applicable;

**WHEREAS**, (i) Diamond Offshore International Limited is the sole member of each of the Delaware LLCs, (ii) the respective limited liability company agreements of the Delaware LLCs (collectively, the "LLC Agreements") provide that Diamond Offshore International Limited has the power to amend and repeal from time to time any of the provisions of either LLC Agreement and (iii) the Governing Body of Diamond Offshore International Limited has determined that it is advisable and in the best interests of Diamond Offshore International Limited and its direct and indirect equity holders to amend the LLC Agreements (x) as set forth on Exhibit A attached hereto (collectively, the "LLC Agreement Amendments"), the terms of which hereby are incorporated by reference herein, and (y) effective as of immediately prior to filing the Petitions (as defined below);

**WHEREAS**, the Finance Committee of the Board of Directors of Diamond Offshore Drilling, Inc., the direct or indirect parent company of each of the other Diamond Offshore Group Companies, has (i) reviewed and considered the resolutions set forth below, (ii) determined that the adoption of such resolutions by each Governing Body on behalf of its applicable Group Company (subject to the following recital) is desirable and in the best interests of Diamond Offshore Drilling, Inc. and the Diamond Offshore Group Companies as a whole, their respective equity holders, their respective creditors as a whole and other parties in interest and (iii) recommended that each Governing Body adopt such resolutions on behalf of its applicable Group Company, and each Governing Body desires to accept such recommendation; and

**WHEREAS**, (i) each Governing Body is adopting on behalf of its applicable Group Company the resolutions set forth below under the headings numbered 1 and 3, and (ii) the Governing Body of Diamond Offshore International Limited (but, for avoidance of doubt, no other Governing Body on behalf of any other Group Company) additionally is adopting on behalf of Diamond Offshore International Limited the resolutions set forth below under the heading numbered 2, and in both cases of the foregoing clauses (i) and (ii) such Governing Body deems it desirable and in the best interests of such Group Company, its equity holders, its creditors as a whole and other parties in interest that such Governing Body to approve such resolutions on behalf of its applicable Group Company.

**NOW, THEREFORE, BE IT:**

### 1. Approval of Voluntary Petitions in Bankruptcy

#### a. *Chapter 11 Filings*

**RESOLVED**, that each Governing Body, on behalf of its applicable Group Company, hereby determines that it is desirable and in the best interests of such Group Company, its equity holders, its creditors as a whole, and other parties in interest, that such Group Company file a voluntary petition for relief (the "Petition" and, together with the similar petitions by all other Diamond Offshore Group Companies, the "Petitions") and commence a

case under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"); and be it further

**RESOLVED**, that each Governing Body, on behalf of its applicable Group Company, hereby authorizes, directs and empowers any member of the Board of Diamond Offshore Drilling, Inc. or any officer or other authorized person of any of Diamond Offshore Group Companies (each, an "Authorized Person"), acting in the name and on behalf of such Group Company, to (i) execute and verify the Petition as well as all other ancillary documents, and to cause the Petition to be filed with the Bankruptcy Court, and to make or cause to be made prior to the execution thereof any modifications to the Petition or ancillary documents, and (ii) execute, verify, and file or cause to be filed all of the petitions, schedules, lists, motions, applications, and other papers or documents advisable, appropriate, convenient, desirable or necessary in connection with the foregoing; and be it further

### b. *Retention of Professionals*

**RESOLVED**, that each Governing Body, on behalf of its applicable Group Company, hereby authorizes and directs each Authorized Person, in the name and on behalf of such Group Company, to employ any individual and/or firm as counsel, professionals, consultants or financial advisors to such Group Company as such Authorized Person, or any one of them, may deem advisable, appropriate, convenient, desirable or necessary to represent and assist such Group Company in carrying out its duties under the Bankruptcy Code and any other applicable law (including non-U.S. law), and in connection therewith, the Authorized Persons be, and each of them hereby is, authorized and directed, in the name and on behalf of such Group Company, to execute appropriate retention agreements, pay appropriate retainers prior to the filing of the Petition and to cause to be filed appropriate applications for authority to retain the services of such individuals and firms; and be it further

**RESOLVED**, that each Governing Body, on behalf of its applicable Group Company, hereby authorizes and empowers the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss") to represent such Group Company as chapter 11 co-counsel and to represent and assist such Group Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance such Group Company's rights, including the preparation of pleadings and filings in the chapter 11 case; and in connection therewith, the Authorized Persons be, and each of them hereby is, authorized and directed, in the name and on behalf of such Group Company, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Petition and to cause to be filed an appropriate application for authority to retain the services of Paul, Weiss; and be it further

**RESOLVED**, that each Governing Body, on behalf of its applicable Group Company, hereby authorizes and empowers the law firm of Porter Hedges LLP ("Porter Hedges") to represent such Group Company as chapter 11 co-counsel and to represent and assist such Group Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance such Group Company's rights, including the preparation of pleadings and filings in the chapter 11 case; and in connection therewith, the Authorized Persons be, and each of them hereby is, authorized and directed, in the name and on behalf of such Group Company, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately

upon the filing of the Petition and to cause to be filed an appropriate application for authority to retain the services of Porter Hedges; and be it further

    **RESOLVED**, that each Governing Body, on behalf of its applicable Group Company, hereby authorizes Alvarez & Marshall North America, LLC ("A&M") to represent such Group Company and provide financial advisory and consulting services to such Group Company with regard to the chapter 11 case; and in connection therewith, the Authorized Persons be, and of them hereby is, authorized and directed, in the name and on behalf of such Group Company, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Petition and to cause to be filed an appropriate application for authority to retain the services of A&M; and be it further

    **RESOLVED**, that each Governing Body, on behalf of its applicable Group Company, hereby authorizes and empowers Lazard Frères & Co. LLC ("Lazard") to represent such Group Company and provide certain banking advisory and investment banking services to such Group Company with regard to the chapter 11 case; and in connection therewith, the Authorized Persons be, and each of them hereby is, authorized and directed, in the name and on behalf of such Group Company, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Petition, and to cause to be filed an appropriate application for authority to retain the services of Lazard; and be it further

    **RESOLVED**, that each Governing Body, on behalf of its applicable Group Company, hereby authorizes and empowers Prime Clerk LLC ("Prime Clerk") to represent such Group Company and provide certain consulting services to such Group Company with regard to the chapter 11 case; and in connection therewith, the Authorized Persons be, and each of them hereby is, authorized and directed, in the name and on behalf of such Group Company, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Petition, and to cause to be filed an appropriate application for authority to retain the services of Prime Clerk; and be it further

### 2. LLC Agreement Amendments

    **RESOLVED**, that the Governing Body of Diamond Offshore International Limited, in its capacity as the sole member of each of the Delaware LLCs, hereby approves the LLC Agreement Amendments, each such LLC Agreement Amendment to be effective immediately prior to the filing of the Petition to be filed by Diamond Offshore International Limited; and in connection therewith the Authorized Persons be, and each of them hereby is, authorized and directed to prepare, execute and deliver, in the name and on behalf of Diamond Offshore International Limited, such agreements, documents or other instruments as any Authorized Person may deem advisable, appropriate, convenient, desirable or necessary to evidence the LLC Agreement Amendments approved hereby; provided, that nothing in this resolution is intended to imply that any such agreement, document or instrument is so needed, the intent of this resolution being that it and Exhibit A attached hereto are, in and of themselves, sufficient to effect the LLC Agreement Amendments approved hereby and the authority granted to the Authorized Persons in this resolution is merely supplemental thereto should any such Authorized Person deem it advisable, appropriate, convenient, desirable or necessary to otherwise or additionally document such LLC Agreement Amendments; and be it further

### 3.  General

**RESOLVED**, that each of the Authorized Persons be, and each of them individually hereby is, authorized, directed and empowered from time to time in the name and on behalf of each Group Company, to (i) take such further actions and execute and deliver such certificates, instruments, guaranties, notices, and documents as may be required or as such Authorized Person or any one of them may deem advisable, appropriate, convenient, desirable or necessary to carry out the intent and purpose of the foregoing resolutions, including the execution and delivery of any security agreements, pledges, financing statements, and the like, (ii) perform the obligations of each Group Company under the Bankruptcy Code, with all such actions to be performed in such manner, and all such certificates, instruments, guaranties, notices, and documents to be executed and delivered in such form, as the Authorized Person performing or executing the same shall approve, and the performance or execution thereof by such Authorized Person shall be conclusive evidence of the approval thereof by such Authorized Person and by such Group Company, and (iii) pay fees and expenses in connection with the transactions contemplated by the foregoing resolutions; and be it further

**RESOLVED**, that all actions previously taken by any director, officer, employee, manager, member, stockholder, general partner or agent of any Group Company in connection with or related to the matters set forth in or reasonably contemplated or implied by the foregoing resolutions be, and each of them hereby is, adopted, ratified, confirmed and approved in all respects as the acts and deeds of such Group Company.

*[Remainder of Page Intentionally Blank]*

## LLC Agreement Amendments

<u>Diamond  Offshore (Brazil) L.L.C.</u>:

The Amended and Restated Limited  Liability  Company Agreement of Diamond  Offshore (Brazil) L.L.C., dated as of October 6, 2008 and as thereafter amended, be, and it hereby is, amended by inserting  a new Section 2.04 to provide  in its entirety as follows:

"SECTION 2.04.      <u>Bankruptcy  of the Member</u>.  Notwithstanding  anything  to the contrary herein or in the Act, the Member shall not cease to be a member of the Company  upon  the happening  to the Member of any of the events of bankruptcy described in Section 18-304(1)(a)-(f)  of the Act."

<u>Diamond  Offshore Holding, L.L.C.</u>:

The Amended and Restated Limited  Liability  Company Agreement of Diamond  Offshore Holding,  L.L.C., dated as of October 6, 2008 and as thereafter amended, be, and it hereby is, amended by inserting  a new Section 2.04 to provide  in its entirety as follows:

"SECTION 2.04.      <u>Bankruptcy  of the Member</u>.  Notwithstanding  anything  to the contrary herein or in the Act, the Member shall not cease to be a member of the Company  upon  the  happening  to the Member of any of the events of bankruptcy described in Section 18-304(1)(a)-(f)  of the Act."

## List of Members of Each Governing Body

Delaware Corporations

Diamond Offshore Drilling, Inc.

- Marc Edwards

- Anatol Feygin

- Paul G. Gaffney II

- Edward Grebow

- Alan H. Howard

- Peter McTeague

- Kenneth I. Siegel

- Clifford M. Sobel

- Andrew H. Tisch

- James S. Tisch

Diamond Offshore Finance Company

- Marc Edwards

- Scott L. Kornblau

Diamond Offshore Development Company

- Marc Edwards

- Scott L. Kornblau

Diamond Offshore Services Company

- Marc Edwards

- Scott L. Kornblau

Diamond Offshore Management Company

- Marc Edwards

- Scott L. Kornblau

Diamond Offshore Company

- Marc Edwards

- Scott L. Kornblau

Arethusa Off-Shore Company

- Marc Edwards

- Scott L. Kornblau

Diamond Offshore General Company

- Marc Edwards

- Scott L. Kornblau

Delaware LLCs

Diamond Offshore (Brazil) L.L.C.

- George C.C. Henderson

- David L. Roland

- Dominic A. Savarino

Diamond Offshore Holding, L.L.C.

- George C.C. Henderson

- David L. Roland

- Dominic A. Savarino

Cayman Companies

Diamond Foreign Asset Company

- Jamie Nelson

- David L. Roland

- Dominic A. Savarino

Diamond Offshore International Limited

- Jamie Nelson

- David L. Roland

- Dominic A. Savarino

UK Companies

Diamond Rig Investments Limited

- George C.C. Henderson

- David L. Roland

- Dominic A. Savarino

Diamond Offshore Limited

- George C.C. Henderson

- David L. Roland

- Dominic A. Savarino

Diamond Offshore Drilling (UK) Limited

- George C.C. Henderson

- David L. Roland

- Dominic A. Savarino

# ATTACHMENT 1

## Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

The following table identifies Diamond Offshore Drilling, Inc. and its affiliated debtors and debtors-in-possession (joint administration pending).

| NAME | TAX ID NO. |
|---|---|
| DIAMOND OFFSHORE DRILLING, INC. | 76-0321760 |
| DIAMOND OFFSHORE FINANCE COMPANY | 76-0450712 |
| DIAMOND OFFSHORE DEVELOPMENT COMPANY | 13-3789626 |
| DIAMOND OFFSHORE SERVICES COMPANY | 76-0523352 |
| DIAMOND OFFSHORE MANAGEMENT COMPANY | 13-3560049 |
| DIAMOND OFFSHORE COMPANY | 13-3293301 |
| ARETHUSA OFF-SHORE COMPANY | 76-0325319 |
| DIAMOND FOREIGN ASSET COMPANY | 98-1281496 |
| DIAMOND RIG INVESTMENTS LIMITED | 98-0607975 |
| DIAMOND OFFSHORE GENERAL COMPANY | 13-3550474 |
| DIAMOND OFFSHORE INTERNATIONAL LIMITED | 98-0384671 |
| DIAMOND OFFSHORE (BRAZIL) L.L.C. | 82-4769572 |
| DIAMOND OFFSHORE HOLDING, L.L.C. | 82-4864624 |
| DIAMOND OFFSHORE DRILLING (UK) LIMITED | 98-0141866 |
| DIAMOND OFFSHORE LIMITED | 98-0384648 |

Debtor  Diamond Offshore Drilling, Inc., et al., _____    Case number (if known)_____

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name: Diamond Offshore Drilling, Inc., et al.,</td></tr>
<tr><td>United States Bankruptcy Court for the: District of Houston</td></tr>
<tr><td>Case number (if known): _____</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts,  bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | The Bank of New York Mellon<br>Attn: J Kevin McCarthy<br>SEVP & General Counsel<br>240 Greenwich Street<br>New York, NY  10286 | J Kevin McCarthy<br>SEVP & General Counsel<br>PHONE - 212-495-1784<br>FAX - 212-635-1799 | 4.875% Senior Notes due 2043 | | | | $    768,078,125 |
| 2 | The Bank of New York Mellon<br>Attn: J Kevin McCarthy<br>SEVP & General Counsel<br>240 Greenwich Street<br>New York, NY  10286 | J Kevin McCarthy<br>SEVP & General Counsel<br>PHONE - 212-495-1784<br>FAX - 212-635-1799 | 5.70% Senior Notes 2039 | | | | $    515,200,000 |
| 3 | The Bank of New York Mellon<br>Attn: J Kevin McCarthy<br>SEVP & General Counsel<br>240 Greenwich Street<br>New York, NY  10286 | J Kevin McCarthy<br>SEVP & General Counsel<br>PHONE - 212-495-1784<br>FAX - 212-635-1799 | 7.875% Senior Notes due 2025 | | | | $    507,875,000 |
| 4 | The Bank of New York Mellon<br>Attn: J Kevin McCarthy<br>SEVP & General Counsel<br>240 Greenwich Street<br>New York, NY  10286 | J Kevin McCarthy<br>SEVP & General Counsel<br>PHONE - 212-495-1784<br>FAX - 212-635-1799 | 3.45% Senior Notes due 2023 | | | | $    254,264,583 |
| 5 | National Oilwell Varco<br>Attn: Kevin Chapman<br>Senior VP- Sales and Marketing<br>10353 Richmond Avenue<br>Houston, TX  77042 | Kevin Chapman<br>Senior VP- Sales and Marketing<br>EMAIL - Kevin.Chapman@nov.com<br>PHONE - 713-320-3744 | Trade Payable | | | | $    6,220,121 |
| 6 | Hydril<br>Attn: Chuck Chauviere<br>VP - Subsea Drilling Systems<br>33000 N. Sam Houston Pkwy E.<br>Houston, TX | Chuck Chauviere<br>VP - Subsea Drilling Systems<br>EMAIL - chuck.chauviere@bhge.com<br>PHONE - 281-777-4112 | Trade Payable | | | | $    4,971,340 |
| 7 | St Engineering Halter Marine And Offshore<br>Attn: Jeffrey Gehrmann<br>Sr Vice President of Operations<br>601 Bayou Casotte Pkwy<br>Pascagoula, MS  39581 | Jeffrey Gehrmann<br>Sr Vice President of Operations<br>EMAIL - j.gehrmann@stehmo.com<br>PHONE - 228-549-1854 | Trade Payable | | | | $    975,532 |
| 8 | SGS US Gulf Coast Diving, LLC<br>Attn: Wouter Sanders<br>Vice President/General Manager<br>811 Bay Star Blvd.<br>Webster, TX  77598 | Wouter Sanders<br>Vice President/General Manager<br>EMAIL - wouter.sanders@sgsdiving.com<br>PHONE - 832-240-4234 | Trade Payable | | | | $    827,706 |
| 9 | Keppel Fels Limited<br>Attn: Mike Holcomb<br>Senior Vice President Marketing<br>5177 Richmond Ave., Suite 1065<br>Houston, TX  77056 | Mike Holcomb<br>Senior Vice President Marketing<br>EMAIL - mike.holcomb@Keppelom-usa.com<br>PHONE - 713-600-8371 | Trade Payable | | | | $    798,970 |
| 10 | Deep Sea Mooring<br>Attn: Wolfgang Wandl<br>Chief Executive Officer<br>Kanalsletta 8<br>Stavanger,  4033<br>Norway | Wolfgang Wandl<br>Chief Executive Officer<br>EMAIL - wolfgang.wandl@vryhof.com<br>PHONE - 47 90 23 43 66 | Trade Payable | | | | $    752,414 |
| 11 | Aramark Limited<br>Attn: Andrew Thomson<br>Managing Director, Offshore<br>7B International Avenue, ABZ Business Park<br>Aberdeen ,  AB21 0BH<br>United Kingdom | Andrew Thomson<br>Managing Director, Offshore<br>EMAIL - Thomson-andrew@aramark.co.uk<br>PHONE - 44(0)1224 214013 | Trade Payable | | | | $    670,455 |
| 12 | Grant Prideco, L.P.<br>Attn: Nelson Allen<br>Vice President Marketing and Sales Services<br>10100 Houston Oaks Drive<br>Houston, TX  77064 | Nelson Allen<br>Vice President Marketing and Sales Services<br>EMAIL - Nelson.allen@nov.com<br>PHONE - 713-894-0374 | Trade Payable | | | | $    537,320 |

Debtor  Diamond Offshore Drilling, Inc., et al.,

Case number (if known)

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts,  bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim if the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 13 | Kiswire Trading Inc.<br>Attn: Vic Maia<br>Director Strategic Accounts<br>P.O. Box 130711<br>The Woodlands, TX  77393 | Vic Maia<br>Director Strategic Accounts<br>EMAIL - vicmaia@kiswire.com<br>PHONE - 201-696-6051 | Trade Payable | | | | $           531,920 |
| 14 | Louisiana Electric Resource & Supply, LLC<br>Attn: Joe Suffield<br>Vice President of Sales<br>4903 B West Sam Houston Pkwy N<br>Houston, TX  77041 | Joe Suffield<br>Vice President of Sales<br>EMAIL - joes@lers.com<br>PHONE - 713-927-5832 | Trade Payable | | | | $           493,228 |
| 15 | Parker Hannifin<br>Attn: William Solano<br>Account Manager<br>16101 Vallen<br>Houston, TX  77041 | William Solano<br>Account Manager<br>EMAIL - wsolano@parker.com<br>PHONE - 713-294-4064 | Trade Payable | | | | $           493,198 |
| 16 | Chet Morrison Contractors, LLC<br>Attn: John Deblieux<br>Account Manager<br>9 Bayou Dularge Road<br>Houston, LA  70363 | John Deblieux<br>Account Manager<br>EMAIL - jdeblieux@chetm.com<br>PHONE - | Trade Payable | | | | $           410,568 |
| 17 | MHWirth<br>Attn: Trond Fiskum<br>Senior Vice President<br>Rua Sergio Roberto Franco, s/n, Quadra 03 parte, Fazenda Boa Vista, Imboassica, CEP 27932-354 Macaé-RJ, Brazil | Trond Fiskum<br>Senior Vice President<br>EMAIL - Trond.Fiskum@mhwirth.com<br>PHONE - 55 21998679204 | Trade Payable | | | | $           401,905 |
| 18 | Rig Surveys<br>Attn: Russell Ritchie<br>Managing Director<br>Marine House, 5B International Avenue, ABZ Business Park, Dyce, Aberdeen,   AB21 0BH<br>United Kingdom | Russell Ritchie<br>Managing Director<br>EMAIL - russell.ritchie@rigsurveys.com<br>PHONE - 44 (0) 1224 900800 | Trade Payable | | | | $           349,530 |
| 19 | Cohesive Solutions, Inc.<br>Attn: Russ Anderton<br>Account Manager<br>125 Townpark Drive, Suite 240<br>Kennesaw, GA  30144 | Russ Anderton<br>Account Manager<br>EMAIL - randerton@cohesivesolutions.com<br>PHONE - | Trade Payable | | | | $           319,666 |
| 20 | Vetco Gray<br>Attn: Chuck Chauviere<br>VP - Subsea Drilling Systems<br>33000 N. Sam Houston Pkwy E.<br>Houston, TX | Chuck Chauviere<br>VP - Subsea Drilling Systems<br>EMAIL - chuck.chauviere@bhge.com<br>PHONE - 281-777-4112 | Trade Payable | | | | $           256,719 |
| 21 | Cameron International Corp.<br>Attn: Lee Womble<br>Vice President Sales<br>4601 Westway Park Blvd<br>Houston, TX  77041 | Lee Womble<br>Vice President Sales<br>EMAIL - lwomble@cameron.slb.com<br>PHONE - 713 584303 | Trade Payable | | | | $           248,313 |
| 22 | Dintec Co., Ltd<br>Attn: Y.H. Jung<br>Account Manager<br>Jungang-Daero 309<br>Busan,<br>Korea | Y.H. Jung<br>Account Manager<br>EMAIL - yonhoon.jun@dintec.co.kr<br>PHONE - 82 10 38281796 | Trade Payable | | | | $           241,963 |
| 23 | Seatrax<br>Attn: Andrew Fowler<br>Account Manager<br>13223 Farm to Market Rd 529<br>Houston, TX  77041 | Andrew Fowler<br>Account Manager<br>EMAIL - afowler@seatrax.com<br>PHONE - 713-896-6500 | Trade Payable | | | | $           240,382 |
| 24 | Safekick Americas LLC<br>Attn: Helio Santos<br>President<br>1350 Ravello Drive<br>Katy, TX  77449 | Helio Santos<br>President<br>EMAIL - helio.santos@safekick.com<br>PHONE - 832-613-7893 | Trade Payable | | | | $           235,000 |
| 25 | Crane Worldwide<br>Attn: Chad Taylor<br>Vice President - Energy<br>1500 Ranking Road<br>Houston, TX  77073 | Chad Taylor<br>Vice President - Energy<br>EMAIL - Chad.Taylor@craneww.com<br>PHONE - 281-827-4990 | Trade Payable | | | | $           226,538 |
| 26 | The Reach Group Americas LLC<br>Attn: Dave Massey<br>President<br>16420 Park Ten Place, Suite 500<br>Houston, TX  77084 | Dave Massey<br>President<br>EMAIL - dmassey@thereachgroup.com<br>PHONE - | Trade Payable | | | | $           203,679 |
| 27 | MMR Constructors, Inc.<br>Attn: Barry Bastin<br>Account Manager<br>7065 Fannett Road<br>Beaumont, TX  77705 | Barry Bastin<br>Account Manager<br>EMAIL - bbastin@mmrgrp.com<br>PHONE - | Trade Payable | | | | $           202,473 |

Debtor  Diamond Offshore Drilling, Inc., et al.,

Case number (if known)

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim: if the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 28 | Wilhelmsen Ships Service<br>Attn: Rich Rogers<br>Account Manager<br>9400 New Century Drive<br>Pasadena, TX  77507 | Rich Rogers<br>Account Manager<br>EMAIL - Rich.Rogers@wilhelmsen.com<br>PHONE - 832-603-1697 | Trade Payable | | | | $          190,603 |
| 29 | Kongsberg Maritime<br>Attn: Randall Nunmaker<br>Vice President Sales<br>10777 Westtheimer Rd. Suite 1200<br>Houston, TX 77042 | Randall Nunmaker<br>Vice President Sales<br>EMAIL -<br>randall.nunmaker@km.kongsberg.com<br>PHONE - 832-540-4286 | Trade Payable | | | | $          181,230 |
| 30 | Rexel<br>Attn: Billy Everling<br>Sales<br>521 Hwy 90<br>Missouri City , TX  77489 | Billy Everling<br>Sales<br>EMAIL - billy.everling@rexelusa.com<br>PHONE - 713-316-1769 | Trade Payable | | | | $          167,686 |
| 31 | LHR Services<br>Attn: Chris Lee<br>VP Sales<br>4200 FM 1128<br>Pearland, TX | Chris Lee<br>VP Sales<br>EMAIL - clee@LHRservices.com<br>PHONE - 832-435-8771 | Trade Payable | | | | $          167,514 |
| 32 | Specialties Company<br>Attn: Larry Baxter<br>Account Manager<br>Cooper State Rubber, Inc.<br>14141 S Wayside Dr<br>Houston, TX  77048 | Larry Baxter<br>Account Manager<br>EMAIL - lbaxter@cooperstaterubber.com<br>PHONE - | Trade Payable | | | | $          161,603 |
| 33 | ABB<br>Attn: Luis Moratalla<br>Digital Service Manager<br>11600 Miramar Parkway, Suite 100<br>Miramar, FL  33025 | Luis Moratalla<br>Digital Service Manager<br>EMAIL - luis.m.moratalla@us.abb.com<br>PHONE - 954-232-7202 | Trade Payable | | | | $          152,874 |
| 34 | DNOW<br>Attn: Elizabeth Stephens<br>Vice President Sales<br>7402 North Eldrige Pkwy<br>Houston, TX  77041 | Elizabeth Stephens<br>Vice President Sales<br>EMAIL - Elizabeth.Stephens@dnow.com<br>PHONE - 281-823-4583 | Trade Payable | | | | $          150,440 |
| 35 | Global Energy (Group) Limited<br>Attn: John Noble<br>Controller<br>Airfield Road<br>Evanton Industrial Estate<br>Evanton,  IV16 9XJ<br>United Kingdom | John Noble<br>Controller<br>EMAIL - john.noble@gegroup.com<br>PHONE - | Trade Payable | | | | $          150,314 |
| 36 | Logan Industries Intl. Corp<br>Attn: Shayne Babich<br>CEO<br>1000 Blasingame Road<br>Hempstead, TX  77445 | Shayne Babich<br>CEO<br>EMAIL - shayne@loganindustries.net<br>PHONE - 713-849-2979 | Trade Payable | | | | $          148,886 |
| 37 | Mckee-Burke And Associates, LLC<br>Attn: John F Burke<br>CEO<br>2000 Bering Drive Suite 150<br>Houston, TX  77057 | John F Burke<br>CEO<br>EMAIL - John.Burke@cpitexla.com<br>PHONE - 713-784-3197 | Trade Payable | | | | $          144,500 |
| 38 | Alfa Laval<br>Attn: Kim Kleinert<br>Account Manager<br>3433 N. Sam Houston Pkwy W.<br>Suite 406<br>Houston, TX  77086 | Kim Kleinert<br>Account Manager<br>EMAIL - kim.kleinert@alfalaval.com<br>PHONE - 800-671-4834 | Trade Payable | | | | $          142,647 |
| 39 | First Marine Solutions Ltd<br>Attn: Steven Brown<br>Managing Director<br>First Integrated House, Broadfold Road<br>Bridge of Don, Aberdeen,   AB23 8EE<br>United Kingdom | Steven Brown<br>Managing Director<br>EMAIL -<br>steven.brown@firstmarinesolutions.com<br>PHONE - 441224640089 | Trade Payable | | | | $          135,659 |
| 40 | Sopus Products<br>Attn: Alfonso Hernandez<br>Account Manager<br>150 N. Dairy Ashford, Building F<br>Houston, TX  77079 | Alfonso Hernandez<br>Account Manager<br>EMAIL - alfonso.hernandez@shell.com<br>PHONE - 281-728-3808 | Trade Payable | | | | $          131,379 |
| 41 | Moss Maritime A.S.<br>Attn: Petter Bjerkseth<br>Department Manager<br>Vollsveien 17 A Postboks 120<br>Lysaker,<br>Norway | Petter Bjerkseth<br>Department Manager<br>EMAIL - Petter.Bjerkseth@mossww.com<br>PHONE - 47 951 43 787 | Trade Payable | | | | $          131,330 |
| 42 | Applus K2 America LLC<br>Attn: Ben Rogers<br>Account Manager<br>11801 W. Sam Houstom Pkwy S.<br>Houston, TX  77031 | Ben Rogers<br>Account Manager<br>EMAIL - Ben.Rogers@applusk2.com<br>PHONE - 281-617-4021 | Trade Payable | | | | $          125,681 |

Debtor  Diamond Offshore Drilling, Inc., et al.

Case number (if known)

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim if the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 43 | Breaux Petroleum Products, Inc. Attn: Mike Pryor VP Sales 307 Bunker Road Lake Charles, LA  70615 | Mike Pryor VP Sales EMAIL - mikep@breauxpetroleum.com PHONE - 377-602-6781 | Trade Payable | | | | $          114,586 |
| 44 | Alimak Group Attn: Stewart Wright Business Segment Manager 12552 Galveston Rd. A-160 Webster, TX  77598 | Stewart Wright Business Segment Manager EMAIL - stuart.wright@alimakgroup.com PHONE - 281-474-7253 | Trade Payable | | | | $          112,949 |
| 45 | Advanced Control Systems, L.L.C. Attn: Marvin Callies Account Manager 4903 W. Sam Houstom Pkwy N. Bldg. B Houston, TX  77041 | Marvin Callies Account Manager EMAIL - mcallies@acsoilfield.com PHONE - | Trade Payable | | | | $          110,994 |
| 46 | Relyon Nutec Attn: Jennie Lewis Account Manager 209 Clendenning Road Houma, LA  70363 | Jennie Lewis Account Manager EMAIL - jel@us.relyonnutec.com PHONE - 281-874-8700 | Trade Payable | | | | $          109,866 |
| 47 | Alatas Attn: Kyle Dinsmoor Managing Director 22015 South Fwy Manvel, TX  77578 | Kyle Dinsmoor Managing Director EMAIL - kdinsmoor@alatas.us PHONE - 281-431-0707 | Trade Payable | | | | $          107,559 |
| 48 | Hyundai Global Service Attn: Harry Kang Managing Director 7206 Harms Road Houston, TX  77041 | Harry Kang Managing Director EMAIL - hjkang@hyundai-gs.com PHONE - 1-832-770-4398 | Trade Payable | | | | $          104,987 |
| 49 | Duke Marine Technical Services Usa Inc. Attn: Jane Ewing Controller 3425 Harvester Road, Suite 210 Burlington, Ontario  L7N 3N1 Canada | Jane Ewing Controller EMAIL - Jane.e@dukemarine.ca PHONE - 1-800-252-6027 | Trade Payable | | | | $          104,453 |
| 50 | Cisco Systems Inc. Attn: Michael Markey Client Services Mgr 170 W Tasman Drive San Jose, CA | Michael Markey Client Services Mgr EMAIL - mmarkey@cisco.com PHONE - 989-859-7058 | Trade Payable | | | | $          102,676 |

Fill in this information to identify the case and this filing:

Debtor Name _____ In re: DIAMOND OFFSHORE DRILLING, INC., et al.

United States Bankruptcy Court for the: _____ Southern _____ District of _____ Texas
                                                                              (State)

Case number (if known): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 50 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/26/2020          ✗ _____
             MM / DD / YYYY           Signature of individual signing on behalf of debtor

                                   David L. Roland
                                   Printed name

                                   Senior Vice President, General Counsel and Secretary
                                   Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: | § Chapter 11 |
| | § |
| DIAMOND OFFSHORE DRILLING, INC., *et al.*, | § Case No. 20-_____ (____) |
| | § |
| | § (Joint Administration Pending) |
| Debtors.[1] | § (Emergency Hearing Requested) |
| | § |

## CORPORATE OWNERSHIP STATEMENT OF
## DIAMOND OFFSHORE DRILLING, INC.

Diamond Offshore Drilling, Inc. ("Diamond Offshore") files this corporate ownership statement with the Court as required by Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1, and certifies the following:

1.      Diamond Offshore is a Delaware corporation with its principal place of business in Houston, Texas.

2.      Diamond Offshore identifies Loews Corporation as the only corporation, other than a governmental unit, that directly or indirectly owns 10% or more of any class of Diamond Offshore's equity interest.

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Diamond Offshore Drilling, Inc. (1760), Diamond Offshore Finance Company (0712), Diamond Offshore Development Company (9626), Diamond Offshore Services Company (3352), Diamond Offshore Management Company (0049), Diamond Offshore Company (3301), Arethusa Off-Shore Company (5319), Diamond Foreign Asset Company (1496), Diamond Rig Investments Limited (7975), Diamond Offshore General Company (0474), Diamond Offshore International Limited (4671), Diamond Offshore (Brazil) L.L.C. (9572), Diamond Offshore Holding, L.L.C. (4624), Diamond Offshore Drilling (UK) Limited (1866), Diamond Offshore Limited (4648). The Debtors' primary headquarters and mailing address is 15415 Katy Freeway, Houston, TX 77094.

**IN THE UNITED STATES BANKRUPTCY
COURT FOR THE SOUTHERN DISTRICT OF
TEXAS HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| DIAMOND OFFSHORE DRILLING, INC., | § | Case No. 20-_____ |
| | § | |
| | § | |
| Debtor. | § | |
| | § | |

## <u>LIST OF EQUITY SECURITY HOLDERS[1]</u>

| Equity Holder | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|
| Loews Corporation | 667 Madison Ave, New York, NY 10065 United States | >5% |
| Contrarius Investment Management Ltd. | 2 Bond Street, St. Helier, Jersey JE2 3NP, Channel Islands | >5% |
| Fidelity Management & Research Company | 245 Summer Street V5D Boston, MA 02210 United States | >5% |
| BlackRock Institutional Trust Company, N.A. | 400 Howard Street San Francisco, CA 94105 United States | >5% |

---

[1] This list reflects holders of five percent or more of Diamond Offshore Drilling, Inc.'s common stock. It is based solely on information obtained from disclosures by Diamond Offshore Drilling, Inc. with the United States Securities and Exchange Commission for the fiscal year ended December 31, 2019. This list serves as the disclosure required to be made by the Debtor pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedures. By separate motion filed contemporaneously herewith, the Debtor is requesting a waiver of the requirement under Rule 1007 to file a list of all of its equity security holders.

**Fill in this information to identify the case and this filing:**

Debtor Name ___ In re: DIAMOND OFFSHORE DRILLING, INC., et al.

United States Bankruptcy Court for the: ___ Southern ___ District of ___ Texas ___
(State)

Case number (*if known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration <u>Corporate Ownership Statement; List of Equity Security Holders</u>

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __04/26/2020__          ✗ _____
MM / DD / YYYY                         Signature of individual signing on behalf of debtor

David L. Roland
Printed name

Senior Vice President, General Counsel and Secretary
Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DIAMOND OFFSHORE DRILLING, INC., *et al.*, | ) | Case No. 20-_____ (___) |
| | ) | |
| Debtors. | ) | (**Joint Administration Requested**) |
| | ) | (**Emergency Hearing Requested**) |

**Attachment to Voluntary Petition for Non-Individuals
Filing for Bankruptcy under Chapter 11**

1.    If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is 1-13926.

2.    The following financial data is the latest available information and refers to the debtor's condition on December 31, 2019.[1]

| | | |
|---|---|---|
| a. | Total assets (on a consolidated basis with all affiliated debtors) | $ 5,834,044 |
| b. | Total debts (including debts listed in 2.c., below) (on a consolidated basis with all affiliated debtors) | $ 2,601,834 |
| c. | Debt securities held by more than 500 holders | See Below |

Approximate number of holders:

| | | |
|---|---|---|
| secured ☐ unsecured ☐ subordinated ☑ | $500 million Senior Notes due 2039 | Unknown[2] |
| secured ☐ unsecured ☐ subordinated ☑ | $250 million Senior Notes due 2023 | |
| secured ☐ unsecured ☐ subordinated ☑ | $750 million Senior Notes due 2043 | |
| secured ☐ unsecured ☐ subordinated ☑ | $500 million Senior Notes due 2025 | |

| | | |
|---|---|---|
| d. | Number of shares of preferred stock | 25,000,000 (authorized) None issued and outstanding |
| e. | Number of shares of common stock | 500,000,000 (authorized) 144,781,766 (issued) 137,703,910 (outstanding) |

Comments, if any: _____

3.    Brief description of debtor's business: The debtor provides contract drilling services to the energy industry.

---

[1]    Amounts and figures reflected herein are based upon the debtor's latest publicly filed report. (See Diamond Offshore Drilling, Inc., Form 10-K, Dec. 31, 2019, p.44). Figures at 2.a. and 2.b. are shown in the thousands.

[2]    Diamond Offshore Drilling, Inc. does not and cannot know the precise number of beneficial holders of any debt securities listed in this section 2.c.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

| Name of Holder |
| --- |
| Loews Corporation |
| Contrarius Investment Management Ltd. |
| Fidelity Management & Research Company |
| BlackRock Institutional Trust Company, N.A. |