# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| | ) Case No. 20-32307 (DRJ) |
| DIAMOND OFFSHORE DRILLING, INC., *et al.*,[1] | ) |
| | ) (Joint Administration Requested) |
| | ) |
| Debtors. | ) (Emergency Hearing Requested) |
| | ) |

## DEBTORS' EXHIBIT AND WITNESS LIST

The above-referenced debtors file this Exhibit and Witness List for the electronic hearing to be held on April 27, 2020, at 2:00 p.m. (CST) before the Honorable Judge David R. Jones, United States Bankruptcy Judge, 515 Rusk Street, Courtroom 400, Houston, Texas 77002.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Diamond Offshore Drilling, Inc. (1760), Diamond Offshore International Limited (4671), Diamond Offshore Finance Company (0712), Diamond Offshore General Company (0474), Diamond Offshore Company (3301), Diamond Offshore Drilling (UK) Limited (1866), Diamond Offshore Services Company (3352), Diamond Offshore Limited (4648), Diamond Rig Investments Limited (7975), Diamond Offshore Development Company (9626), Diamond Offshore Management Company (0049), Diamond Offshore (Brazil) L.L.C. (9572), Diamond Offshore Holding, L.L.C. (4624), Arethusa Off-Shore Company (5319), Diamond Foreign Asset Company (1496). The Debtors' primary headquarters and mailing address is 15415 Katy Freeway, Houston, TX 77094.

1

**EXHIBITS**

| NO. | Description | Mark | Offer | Object | Admit | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 1. | Declaration of Marc Edwards in Support of Chapter 11 Petitions and First Day Motions [Docket No. 17] | | | | | | |
| 2. | List of Debtors and Non-Debtor Affiliates [Docket No. 17-1] | | | | | | |
| 3. | Organizational Chart [Docket No. 17-2] | | | | | | |
| 4. | Declaration of Nicholas Grossi, Managing Director at Alvarez & Marsal North America, LLC in Support of Chapter 11 Petitions and First Day Motions [Docket No. 16] | | | | | | |
| 5. | Declaration of Benjamin J. Steele in Support of Debtors' Emergency Application for an Order Appointing Prime Clerk LLC as Claims, Noticing, and Solicitation Agent [Docket No. 12-1] | | | | | | |
| 6. | Prime Clerk LLC Engagement Agreement [Docket No. 12-2] | | | | | | |
| 7. | Budget [Docket No. 15-1] | | | | | | |
| 8. | Cash Pool Participants [Docket No. 15-2] | | | | | | |
| 9. | Bank Accounts [Docket No. 15-3] | | | | | | |
| 10. | Illustrative Cash Flow Schematic [Docket No. 15-4] | | | | | | |
| 11. | Taxing Authorities [Docket No. 6-1] | | | | | | |

| NO. | Description | Mark | Offer | Object | Admit | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 12. | Utility Service List [Docket No. 8-1] | | | | | | |
| 13. | Insurance Programs [Docket No. 7-1] | | | | | | |
| 14. | Programs Policies [Docket No. 7-2] | | | | | | |
| 15. | Surety Program [Docket No. 7-3] | | | | | | |
| 16. | Any pleadings, reports, exhibits, transcripts, proposed orders, Court orders, or other documents filed in the above-captioned bankruptcy case | | | | | | |
| 17. | Any exhibit introduced by any other party | | | | | | |
| 18. | Rebuttal or impeachment exhibits as necessary | | | | | | |

## **WITNESSES**

The Debtors may call the following witnesses at the hearing:

1. Marc Edwards.

2. Nicholas Grossi.

3. Benjamin J. Steele.

4. Rebuttal witnesses as necessary.

5. Any witness listed by any other party.

The Debtors reserve their right to amend or supplement this Exhibit and Witness List as necessary in advance of the hearing.

| | |
|---|---|
| Dated: April 27, 2020 | Respectfully submitted, |

By: */s/ John F. Higgins*

**PORTER HEDGES LLP**
John F. Higgins (TX 09597500)
Eric M. English (TX24062714)
M. Shane Johnson (TX 24083263)
Genevieve M. Graham (TX 24085340)
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jhiggins@porterhedges.com
eenglish@porterhedges.com
sjohnson@porterhedges.com
ggraham@porterhedges.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

– and –

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

Paul M. Basta (pending *pro hac vice*)
Robert A. Britton (pending *pro hac vice*)
Christopher Hopkins (pending *pro hac vice*)
Shamara R. James (pending *pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019
Telephone: 212-373-3000
Facsimile:  212-757-3990
pbasta@paulweiss.com
rbritton@paulweiss.com
chopkins@paulweiss.com
sjames@paulweiss.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*