**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | )    Chapter 11 |
| | ) |
| | )    Case No. 20-32307 (DRJ) |
| DIAMOND OFFSHORE DRILLING, INC., *et al.*,[1] | ) |
| | )    **(Joint Administration Requested)** |
| Debtors. | )    **(Emergency Hearing Requested)** |
| | ) |

**DEBTORS' AGENDA OF MATTERS SET FOR APRIL 27, 2020**
**AT 2:00 PM (PREVAILING CENTRAL TIME) VIDEO/TELEPHONIC HEARING**

TO THE HONORABLE DAVID R. JONES:

The above-referenced debtors and debtors in possession (collectively, the "Debtors") file this Agenda of Matters Set for **April 27, 2020 at 2 p.m. (prevailing Central Time)** before the Honorable David R. Jones at the United States Bankruptcy Court for the Southern District of Texas, Courtroom 400, 515 Rusk Street, Houston, Texas 77002:

**A. First Day Motions**

1. **Debtors' Emergency Motion for Entry of an Order (I) Directing Joint Administration of Related Chapter 11 Cases and (II) Granting Related Relief [Docket No. 2].**

   **Status:** Going Forward.

2. **Debtors' Notice of Designation as Complex Chapter 11 Bankruptcy Case [Docket No. 3].**

   **Status:** Going Forward.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Diamond Offshore Drilling, Inc. (1760), Diamond Offshore Finance Company (0712), Diamond Offshore Development Company (9626), Diamond Offshore Services Company (3352), Diamond Offshore Management Company (0049), Diamond Offshore Company (3301), Arethusa Off-Shore Company (5319), Diamond Foreign Asset Company (1496), Diamond Rig Investments Limited (7975), Diamond Offshore General Company (0474), Diamond Offshore International Limited (4671), Diamond Offshore (Brazil) L.L.C. (9572), Diamond Offshore Holding, L.L.C. (4624), Diamond Offshore Drilling (UK) Limited (1866), Diamond Offshore Limited (4648). The Debtors' primary headquarters and mailing address is 15415 Katy Freeway, Houston, TX 77094.

3.      **Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Use of the Debtors' Existing Cash Management System; (II) Authorizing and Directing Banks and Financial Institutions to Honor and Process Checks and Transfers; (III) Authorizing Continued Use and Satisfaction of Intercompany Transactions; (IV) Authorizing the Debtors' Use of Existing Bank Accounts and Existing Business forms, and (V) Granting Related Relief [Docket No. 15].**

      **Status:** Going Forward.

4.      **Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief [Docket No. 9].**

      **Status:** Going Forward.

5.      **Debtors' Emergency Motion for the Entry of Interim and Final Orders (I) Authorizing the Payment of Claims of Critical Vendors, Shippers and Warehousemen and Certain Other Specified Trade Claimants, (II) Confirming Administrative Expense Priority of Outstanding Orders, and (III) Granting Related Relief [Docket No. 10].**

      **Status:** Going Forward.

6.      **Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief [Docket No. 6].**

      **Status:** Going Forward.

7.      **Debtors' Emergency Motion for Entry of an Order Enforcing the Protections of Sections 105(a), 362, 365, 525, and 541 of the Bankruptcy Code and Granting Related Relief [Docket No. 11].**

      **Status:** Going Forward.

8.      **Debtors' Emergency Motion for Entry of an Order (I) Extending Time to File Schedules of (A) Assets and Liabilities, (B) Current Income and Expenditures, (C) Executory Contracts and Unexpired Leases, (D) Statements of Financial Affairs, and (E) Rule 2015.3 Financial Reports and (II) Granting Related Relief [Docket No. 5].**

      **Status:**  Going Forward.

9.    **Debtors Emergency Motion for Entry of an Order (I) Authorizing Debtors to (A) Continue Prepetition Insurance and Surety Bond Programs, (B) Pay Obligations Related Thereto, and (C) Renew, Supplement and Enter Into New Insurance Policies; and (II) Granting Related Relief [Docket No. 7].**

     **Status:** Going Forward.

10.   **Debtors' Emergency Motion for Entry of Interim and Final Orders Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock of Diamond Offshore Drilling, Inc. and Claims against Debtors [Docket No. 13].**

     **Status:** Going Forward.

11.   **Debtors' Emergency Motion for Entry of an Order (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies From Altering, Refusing, Or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, and (IV) Granting Related Relief [Docket No. 8].**

     **Status:** Going Forward.

12.   **Debtors' Emergency Application for Order Appointing Prime Clerk LLC As Claims, Noticing, and Solicitation Agent [Docket No. 12].**

     **Status:** Going Forward.

13.   **Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Honor and Incur Obligations Under Customer Contracts and Customer Programs, and (II) Granting Related Relief [Docket No. 14].**

     **Status:** Going Forward.

14.   **Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) File A Consolidated List of Creditors, (B) to File A Consolidated List of the 50 Largest Unsecured Creditors, and (C) to Redact Certain Personal Identification Information; (II) Approving the Form and Manner of Notifying Creditors of the Commencement of these Chapter 11 Cases; (III) Waiving the Requirement to File A List of Equity Security Holders; and (IV) Granting Related Relief [Docket No. 4].**

     **Status:** Going Forward.

**B. Related Documents**

1. Declaration of Nicholas Grossi, Managing Director at Alvarez & Marsal North America, LLC in Support of Chapter 11 Petitions and First Day Motions [Docket No. 16].

2. Declaration of Marc Edwards, President and Chief Executive Officer of Diamond Offshore Drilling, Inc., in Support of Chapter 11 Petitions and First Day Motions [Docket No. 17].

3. Request for Emergency Consideration of Certain "First Day" Matters [Docket No. 19].

4. Notice of Telephonic and Video Conference Hearing on Certain Emergency Motions [Docket No. 20].

5. Debtors' Witness and Exhibit List [Docket No. 21].


Dated: April 27, 2020                    Respectfully submitted,


                                         By: */s/ John F. Higgins*

                                         **PORTER HEDGES LLP**
                                         John F. Higgins (TX 09597500)
                                         Eric M. English (TX24062714)
                                         M. Shane Johnson (TX 24083263)
                                         Genevieve M. Graham (TX 24085340)
                                         1000 Main Street, 36th Floor
                                         Houston, Texas 77002
                                         Telephone: (713) 226-6000
                                         Facsimile: (713) 226-6248
                                         jhiggins@porterhedges.com
                                         eenglish@porterhedges.com
                                         sjohnson@porterhedges.com
                                         ggraham@porterhedges.com

                                         *Proposed Co-Counsel to the Debtors and the Debtors in Possession*


                                         – and –

**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**

Paul M. Basta (pending *pro hac vice*)
Robert A. Britton (pending *pro hac vice*)
Christopher Hopkins (pending *pro hac vice*)
Shamara R. James (pending *pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019
Telephone: 212-373-3000
Facsimile:  212-757-3990
pbasta@paulweiss.com
rbritton@paulweiss.com
chopkins@paulweiss.com
sjames@paulweiss.com

*Proposed Co-Counsel to the Debtors and Debtors
in Possession*

5