## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 20-32307 (DRJ) |
| DIAMOND OFFSHORE DRILLING, INC., *et al.*,[1] | (Jointly Administered) |
| Debtors. | |

## GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### Introduction

The Schedules of Assets and Liabilities (collectively, the "Schedules") and Statements of Financial Affairs (collectively, the "Statements," and, together with the Schedules, the "Schedules and Statements") filed by Diamond Offshore Drilling, Inc. and its affiliates as debtors and debtors-in-possession (collectively, the "Debtors") in the United States Bankruptcy Court for the Southern District of Texas, (the "Bankruptcy Court") were prepared in accordance with section 521 of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by management of the Debtors, with the assistance of the Debtors' professional advisors, and are unaudited.

The Schedules and Statements have been signed by Dominic A. Savarino, Vice President and Chief Accounting & Tax Officer of Diamond Offshore Drilling, Inc. Mr. Savarino has not (nor could have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors, classification of such amounts, and their addresses. In addition, Mr. Savarino has not (nor could have) personally verified the completeness of the Schedules and Statements, nor the accuracy of any information contained therein. In reviewing and signing the Schedules and Statements, Mr. Savarino necessarily relied upon various personnel of the Debtors and the Debtors' professional

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Diamond Offshore Drilling, Inc. (1760), Diamond Offshore International Limited (4671), Diamond Offshore Finance Company (0712), Diamond Offshore General Company (0474), Diamond Offshore Company (3301), Diamond Offshore Drilling (UK) Limited (1866), Diamond Offshore Services Company (3352), Diamond Offshore Limited (4648), Diamond Rig Investments Limited (7975), Diamond Offshore Development Company (9626), Diamond Offshore Management Company (0049), Diamond Offshore (Brazil) L.L.C. (9572), Diamond Offshore Holding, L.L.C. (4624), Arethusa Off-Shore Company (5319), Diamond Foreign Asset Company (1496). The Debtors' primary headquarters and mailing address is 15415 Katy Freeway, Houston, TX 77094.

advisors and their efforts, statements, and representations in connection therewith.  Although management has made reasonable efforts to ensure that the Schedules and Statements are accurate and complete based upon information that was available to them at the time of preparation, subsequent information or discovery thereof may result in material changes to the Schedules and Statements, and inadvertent errors or omissions may exist.

These Global Notes and Statements of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules and Statements (the "<u>Global Notes</u>") pertain to, are incorporated by reference in, and comprise an integral part of <u>all</u> of the Schedules and Statements. The Global Notes should be referred to and reviewed in connection with any review of the Schedules and Statements.  The Global Notes are in addition to any specific notes contained in any Debtor's Schedules or Statements.  Disclosure of information in one Schedule, Statement, exhibit, or continuation sheet, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or continuation sheet.

**The Schedules, Statements, and Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors.**

## <u>Global Notes and Overview of Methodology</u>

1. **General Reservation of Rights**.  Although the Debtors' management has made every reasonable effort to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances based on information that was available to it at the time of preparation, subsequent information or discovery may result in material changes to the Schedules and Statements, and inadvertent errors or omissions may have occurred, some of which may be material.  Because the Schedules and Statements contain unaudited information, which remains subject to further review, verification, and potential adjustment, there can be no assurance that the Schedules and Statements are complete.  The Debtors reserve all rights to amend the Schedules and Statements from time to time, in any and all respects, as may be necessary or appropriate, including the right to dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, or classification, or to otherwise subsequently designate any claim ("<u>Claim</u>") as "disputed," "contingent," or "unliquidated."   Furthermore, nothing contained in the Schedules and Statements shall constitute an admission of any claims or a waiver of any of the Debtors' rights with respect to these chapter 11 cases, including issues involving substantive consolidation, recharacterization, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

2. **Description of Cases and "As Of" Information Date**.  On April 26, 2020 (the "<u>Petition Date</u>"), each of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the Bankruptcy Court.  The Debtors' chapter 11 cases are jointly administered for procedural purposes only pursuant to an order entered by the Bankruptcy Court on April 27, 2020 [Docket No. 33].  The Debtors continue to operate their business

and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No request for the appointment of a trustee or examiner has been made in these chapter 11 cases.  Unless otherwise stated herein, liabilities are reported as of the Petition Date.

3.  **Basis of Presentation**.  The Schedules and Statements purport to reflect the assets and liabilities of separate Debtors.  The Debtors, however, along with their wholly-owned non-Debtor subsidiaries, prepare financial statements for financial reporting purposes, which are audited annually, on a consolidated basis.  The Debtors reserve all rights relating to the legal ownership of assets and liabilities among the Debtors and nothing in the Schedules or Statements shall constitute a waiver or relinquishment of such rights.  Information contained in the Schedules and Statements has been derived from the Debtors' books and records.  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles nor are they intended to be fully reconcilable to audited financial statements.

4.  **Totals**.  All totals that are included in the Schedules and Statements represent totals of all known amounts included in the Debtors' books and records.  To the extent there are unknown or undetermined amounts, the actual totals may be different than the listed total, and the difference may be material.  In addition, the amounts shown for total liabilities exclude items identified as "unknown," "disputed," "contingent," "unliquidated," or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

5.  **Excluded Assets and Liabilities**.  The Debtors have excluded certain categories of assets, and liabilities from the Schedules and Statements, including certain accrued liabilities.  The Debtors have also excluded potential claims arising on account of the potential rejection of executory contracts and unexpired leases, to the extent such claims exist.  Certain immaterial assets and liabilities that are not reported or tracked centrally may have been excluded.

6.  **Amendments and Supplements; All Rights Reserved**.  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; inadvertent errors or omissions, however, may exist.  The Debtors reserve all rights, but are not required, to amend and/or supplement the Schedules and Statements from time to time as is necessary and appropriate.

7.  **References**.  References to applicable loan agreements and related documents are necessary for a complete description of the collateral and the nature, extent, and priority of liens and/or claims.  Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

8.  **Currency**.  All amounts are reflected in U.S. dollars.  Amounts originally denominated in foreign currencies have been converted to US dollar equivalents in accordance with the Debtors pre-filing accounting practices.

9.  **Book Value**.  Unless otherwise indicated, the Debtors' assets are shown on the basis of their net book values as of April 30, 2020, and the Debtors' liabilities are shown on the basis of

their net book values as of the Petition Date. Thus, unless otherwise noted, the Schedules and Statements reflect the carrying value of the assets and liabilities as recorded on the Debtors' books. Net book values may vary, sometimes materially, from market values. The Debtors do not intend to amend these Schedules and Statements to reflect market values.

10. **Paid Claims**. The Bankruptcy Court authorized the Debtors to pay certain outstanding prepetition Claims—including, but not limited to, payments to employees, customers, and certain vendors—pursuant to various "first day" orders entered by the Bankruptcy Court. Accordingly, certain outstanding liabilities may have been reduced by post-petition payments made on account of prepetition liabilities. Where the Schedules list creditors and set forth the Debtors' scheduled amount of such Claims, such scheduled amounts reflect amounts owed as of the Petition Date, adjusted for any post-petition payments made pursuant to the authority granted to the Debtors by the Bankruptcy Court. In addition, to the extent the Debtors later pay any of the Claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend or supplement the Schedules and Statements or take other action, such as filing Claims objections, as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities.

11. **Recharacterization**. Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtors reserve all rights to recharacterize, reclassify, recategorize, or re-designate items reported in the Schedules and Statements at a later time as they determine to be necessary and appropriate.

12. **Claims of Third-Party Entities**. Although the Debtors have made reasonable efforts to classify properly each Claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and/or contingent or non-contingent, the Debtors have not been able to fully reconcile all payments made to certain third-party entities on account of the Debtors' obligations to both such entity and its affiliates. Therefore, to the extent that the Debtors have classified their estimate of Claims of a creditor as disputed, for example, all Claims of such creditor's affiliates listed in the Schedules and Statements shall similarly be considered disputed, whether or not they are individually designated as such.

13. **Liabilities**. The Debtors allocated liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available, and further research is conducted, particularly with respect to the Debtors' payable accounts, the allocation of liabilities between the prepetition and postpetition periods may change. The Debtors reserve the right to, but are not required to, amend the Schedules and Statements as they deem appropriate to reflect this.

The liabilities listed on the Schedules and Statements do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the

3

Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

14. **Guarantees and Other Secondary Liability Claims**.   Where guarantees have been identified, they have been included in the relevant liability Schedule for the Debtor or Debtors affected by such guarantee.  The Debtors have also listed such guarantees on the applicable Schedule H.  It is possible that certain guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted.  The Debtors reserve their rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

15. **Intercompany Claims**.  The Debtors' intercompany balances are reported as of April 30, 2020.  Intercompany balances were obtained from the Debtors' enterprise resource planning system.  The intercompany balances reflect transactions arising from activity between a Debtor and either other Debtors or non-Debtor affiliates.  As explained in the Debtors Cash Management Motion [Docket No. 15] (the "Cash Management Motion"), the Debtors' cash management system is organized around two cash pools, each lead by either DOIL or DOFC (the "Cash Pool Leaders").  Each Debtor and non-debtor affiliate other than the Cash Pool Leaders is a member of one of these cash pools.   Substantially all of the Debtors' intercompany transactions are recorded through the Cash Pool Protocol (as defined in the Cash Management Motion) such that each Debtor maintains a net intercompany receivable or payable balance against the applicable Cash Pool Leader but not against any other Debtor or non-debtor affiliate (subject to certain exceptions).  As intercompany transactions occur between a Debtor and another Debtor or non-debtor affiliate, the transaction is booked through the Cash Pool Protocol resulting in an adjustment of each applicable entity's aggregate intercompany balance against the applicable Cash Pool Leader to account for the specific intercompany transaction. Accordingly, all balances reflect either a "due to" or "due from" the operative Cash Pool leader and not a specific Debtor or non-Debtor affiliate. The Debtors reserve the right to amend the Schedules to the extent that further analysis would materially impact the amounts shown.

16. **Intellectual Property Rights**.   Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  The Debtors have made significant efforts to attribute intellectual property to the rightful Debtor owner, however, in some instances intellectual property owned by one Debtor may, in fact, be owned by another.  Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

17. **Executory Contracts and Unexpired Leases**.  The Debtors have not set forth executory contracts or unexpired leases as assets in the Schedules and Statements.  The Debtors'

executory contracts and unexpired leases have been set forth in Schedule G. In addition, while the Debtors have made diligent attempts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or over-inclusion may have occurred.

18.   **Claims Description**. Schedules D, E, and F permit each of the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated" or that such Claim is not subject to objection. The Debtors reserve all rights to dispute any Claim reflected on their respective Schedules and Statements on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such Claims as "disputed," "contingent," or "unliquidated." In addition, the Debtors reserve their rights to object to any listed Claim on the grounds that, among other things, the Claim has already been satisfied.

19.   **Causes of Action**. Despite their reasonable efforts, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets. The Debtors reserve all of their rights for any claims, causes of action, or avoidance actions they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of actions, or avoidance actions or in any way prejudice or impair the assertion of such claims.

20.   **Undetermined Amounts**. Claim amounts that could not readily be quantified by the Debtors are scheduled as "unknown," "TBD," or "undetermined". The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

21.   **Liens**. Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property or equipment.

22.   **Employee Addresses**. Current employee, former employee, and director addresses have been removed from entries listed throughout the Schedules and Statements, where applicable.

23.   **Estimates**. To prepare and file the Schedules as close to the Petition Date as possible, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. The Debtors reserve all rights to amend the reported amounts of assets and liability to reflect changes in those estimates or assumptions.

24.   **Credits and Adjustments**. The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

25. **Setoffs**. The Debtors incur certain setoffs and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, warranties, negotiations and/or disputes between the Debtors and their vendors and customers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are excluded from the Schedules.

26. **Global Notes Control**. In the event that the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

27. **Confidentiality**: There may be instances in the Schedules and Statements where the Debtors have deemed it necessary and appropriate to redact from the public record information such as names, addresses, or amounts. Typically, the Debtors have used this approach because of an agreement between the Debtors and a third party, concerns of confidentiality, or concerns for the privacy of, or otherwise preserving the confidentiality of, personally identifiable information.

### General Disclosures Applicable to Schedules

28. **Classifications**. Listing a Claim (a) on Schedule D as "secured," (b) on Schedule E as "priority," or (c) on Schedule F as "unsecured," or a contract on Schedule G as "executory" or "unexpired," does not in each case constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' right to recharacterize or reclassify such Claim or contract.

29. **Schedule A/B - Real and Personal Property**. The Debtors have only included open accounts payable that the Debtors have received as of the Petition Date.

    a) Schedule A/B.3. Bank account balances are as of the end of business on April 24, 2020.

    b) Schedule A/B.15. Equity interests in subsidiaries and affiliates arise from common stock ownership. For purposes of these Schedules, the Debtors have listed an undetermined value for the equity interests. The book values of certain assets may materially differ from their fair market values and/or the liquidation of the assets prepared in connection with the Disclosure Statement.

30. **Schedule D - Creditors Holding Secured Claims**. The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each Claim. All Claims listed on Schedule D, however, appear to have arisen or have been incurred before the Petition Date. Capital leases are listed on Schedule G.

Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy

Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset of a secured creditor listed on Schedule D of any Debtor. Moreover, although the Debtors have scheduled Claims of various creditors as secured Claims, the Debtors reserve all of their rights to dispute or challenge the secured nature of any such creditor's Claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's Claim. Further, while the Debtors have included the results of Uniform Commercial Code searches, the listing of such results is not, nor shall it be deemed, an admission as to the validity of any such lien. The descriptions provided in Schedule D are solely intended to be a summary and not an admission of liability. The Debtors made reasonable, good faith efforts to include all known liens on Schedule D but may have inadvertently omitted to include an existing lien because of, among other things, the possibility that a lien may have been imposed after the Uniform Commercial Code searches were performed or a vendor may not have filed the requisite perfection documentation.

Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. The Debtors reserve their rights to amend Schedule D to the extent that the Debtors determine that any Claims associated with such agreements should be reported on Schedule D.

Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

31.   **Schedule E– Creditors Holding Unsecured Claims**. The Debtors have not listed on Schedule E any wage or wage-related obligations which the Debtors have been granted authority to pay pursuant to the *Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses, and (B) Continue Employee Benefits Programs and (II) Granting Related Relief* [Docket No. 54]. The Debtors believe that all such Claims have been or will be satisfied in the ordinary course during these chapter 11 cases pursuant to the authority granted in the relevant order.

The Debtors have not listed on Schedule E any tax related obligations, save for open tax audits, which the Debtors have been granted authority to pay pursuant to the Order (I) Authorizing the Payment of Certain Taxes and Fees, and (II) Granting Related Relief [Docket No. 57]. The Debtors believe that all such Claims have been or will be satisfied in the ordinary course during these chapter 11 cases pursuant to the authority granted in the relevant order.

32.   **Schedule F– Creditors Holding Unsecured Claims**. The Debtors have used reasonable efforts to report all general unsecured Claims against the Debtors on Schedule F based upon the Debtors' existing books and records as of the Petition Date; however, inadvertent errors or omissions may have occurred. The Claims listed on Schedule F arose or were incurred on various dates. In certain instances, the date on which a Claim arose is an open issue of fact. In addition, the Claims of individual creditors for, among other things, goods or services are listed as either the lower of the amounts invoiced by such creditor or the amounts entered on the Debtors' books and records and may not reflect credits, rebates, or allowances due from such creditors to the applicable Debtors. The Claims and amounts listed in respect of certain

trade payables reflect payments by the Debtors pursuant to applicable "first day" orders and amounts to be paid later pursuant to "second day" orders. Certain Debtors may pay additional Claims listed on Schedule F during these chapter 11 cases pursuant to these and other orders of the Bankruptcy Court and reserve all of their rights to update Schedule F to reflect such payments. In addition, certain Claims listed on Schedule F may be entitled to priority under section 503(b)(9) of the Bankruptcy Code.

Schedule F also contains information regarding pending litigation and involving the Debtors. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the litigation Claims listed on Schedule F may be subject to subordination pursuant to section 510 of the Bankruptcy Code. Schedule F also includes potential or threatened legal disputes that are not formally recognized by an administrative, judicial, or other adjudicative forum due to certain procedural conditions that counterparties have yet to satisfy.

33. **Schedule G – Executory Contracts and Unexpired Leases**. While every effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. Each lease and contract listed in Schedule G may include one or more ancillary documents, including any underlying assignment and assumption agreements, amendments, supplements, full and partial assignments, renewals and partial releases. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of business, such as financing agreements, subordination, non-disturbance agreements, supplemental agreements, amendments/letter agreements, title agreements, and confidentiality agreements. Such documents may not be set forth on Schedule G. Certain of the contracts, agreements, and leases listed on Schedule G may have been entered into by more than one of the Debtors. Further, the specific Debtor obligor to certain of the executory contracts could not be specifically ascertained in every circumstance. In some cases, the same supplier or provider appears multiple times in Schedule G. This multiple listing is to reflect distinct agreements between the applicable Debtor and such supplier or provider. In such cases, the Debtors made their best efforts to determine the correct Debtor's schedule on which to list such executory contracts or unexpired leases. Certain of the executory contracts may not have been memorialized in writing and could be subject to dispute.

The Debtors reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Inclusion or exclusion of any agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, and the Debtors reserve all rights in that regard, including, that any agreement is not executory, has expired pursuant to its terms, or was terminated prepetition.

34. **Schedule H – Co-debtors**. Although the Debtors have made every effort to ensure the accuracy of Schedule H, inadvertent errors, omissions, or inclusions may have occurred. The Debtors hereby reserve all rights to dispute the validity, status, and enforceability of any

obligations set forth on Schedule H and to further amend or supplement such Schedule as necessary.  Due to the voluminous nature of debts listed in the Schedules, and to avoid unnecessary duplication, the Debtors have not listed debts that more than one Debtor may be liable if such debt is also listed on Schedules E/F or G for the respective co-Debtor liable for such debt.

The Debtors further reserve all rights, claims, and causes of action with respect to the obligations listed on Schedule H, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim.  The listing of a contract, guarantee, or other obligation on Schedule H shall not be deemed an admission that such obligation is binding, valid, or enforceable.

In the ordinary course of their business, the Debtors are involved in pending or threatened litigation and claims arising out of the conduct of their business.  These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counterclaims against other parties.  Because such claims are listed elsewhere in the Statements and Schedules, they have not been set forth individually on Schedule H.

Schedule H also reflects guarantees by various Debtors.  The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, debt instruments, and other such agreements.  Further, the Debtors believe that certain of the guarantees reflected on Schedule H may have expired or may no longer be enforceable. Thus, the Debtors reserve their right, but shall not be required, to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or are unenforceable.

### General Disclosures Applicable to Statements

35.  **Questions 1 and 2**.  The Debtors' responses to Questions 1 and 2 are presented in accordance with the Debtors' books and records.  Certain revenue for these periods was recorded in a consolidating entity and was not distributed between the Debtors and their non-filing affiliates and is therefore not included in response to Questions 1 and 2.  These revenues are $23,242,154 for 2018, $45,709,797 for 2019 and $11,304,410 for the 2020 period respectively.

36.  **Question 3**.  For certain creditors receiving payment, the Debtors maintain multiple addresses for such vendor.  Efforts have been made to attribute the correct address, however, in certain instances, alternate addresses may be applicable for a party listed in response to Question 3.

37.  **Question 4**.  For purposes of the Schedules and Statements, the Debtors define insiders as individuals that, based upon the totality of circumstances, have a controlling interest in, or exercise sufficient control over the respective Debtor so as to dictate corporate policy and the disposition of assets.  The Debtors do not take any position with respect to (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an

"insider" under applicable law, including the federal securities law, or with respect to any theories of liability or any other purpose. As such, the Debtors reserve all rights to dispute whether someone identified in response to Question 4 is in fact an "insider" as defined in section 101(31) of the Bankruptcy Code.

38. **Question 7**. The Debtors reserve all of their rights and defenses with respect to any and all listed lawsuits and administrative proceedings. The listing of any such suits and proceedings shall not constitute an admission by the Debtors of any liabilities or that the actions or proceedings were correctly filed against the Debtors or any affiliates of the Debtors. The Debtors also reserve their rights to assert that a Debtor is not an appropriate party to such actions or proceedings.

39. **Question 10**. The Debtors have made best efforts to collect applicable and responsive information however, certain *de minimis* losses, which are not tracked separately, may have been omitted.

40. **Question 13**. While the Debtors have made reasonable efforts to respond comprehensively to Question 13, certain *de minimis* asset sales and transfers may be omitted unintentionally. In addition, the Debtors regularly sell certain non-core assets, including certain real and personal property assets related to 3rd parties in the ordinary course of business. Accordingly, such dispositions made in the ordinary course of business have not been reflected in Question 13.

41. **Question 20**. The Debtors' responses exclude inventory in transit.

42. **Question 21**. Customers of the Debtors maintain certain of such customers' equipment on certain of the Debtors' rigs. Such property is not listed in response to Question 21.

**Fill in this information to identify the case:**

Debtor name   Diamond Offshore Company

United States Bankruptcy Court for the: Southern _____   District of Texas
(Houston Division)

Case number (If known):   20-32307 _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ..............................................................................................
   $             975,742.63
   + undetermined amounts

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ............................................................................................
   $    189,968,479.45
   + undetermined amounts

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ..............................................................................................
   $    190,944,222.08
   + undetermined amounts

---

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ............................
   $                0.00
   + undetermined amounts

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ..............................
   $                0.00
   + undetermined amounts

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ..............
   + $    471,050,079.88
   + undetermined amounts

4. **Total liabilities** ............................................................................................................................
   Lines 2 + 3a + 3b
   $    471,050,079.88
   + undetermined amounts

---

**Fill in this information to identify the case:**

Debtor name   Diamond Offshore Company

United States Bankruptcy Court for the: Southern                    District of Texas
(Houston
Case number (If known):   20-32307                                  Division)

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $ 400.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. See Attached Rider | | | $ 427,283.00 |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

| 4.1. None | $ 0.00 |
|---|---|
| 4.2. | $ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $ 427,683.00

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1. See Attached Rider | $ 32,000.00 |
|---|---|
| 7.2. | $ |

Debtor    Diamond Offshore Company                                    Case number (if known) 20-32307
          Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. See Attached Rider                                                                    $               8,840,116.91

8.2.                                                                                        $

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                                           $               8,872,116.91

---

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

|  | | Current value of debtor's interest |
|---|---|---|

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | | |
|---|---|---|---|---|---|---|
| 11a. 90 days old or less: | 99,642,101.01 | – | | = ....➔ | $ | 99,642,101.01 |
| 11b. Over 90 days old: | 295,107.06 | – | 6,053.83 | = ....➔ | $ | 289,053.23 |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.                       $              99,931,154.24

---

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☒ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1. None | | $              0.00 |
|---|---|---|
| 14.2. | | $ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                % of ownership:

| 15.1. See Attached Rider | % | | $              0.00 |
|---|---|---|---|
| 15.2. | % | | $ + undetermined amounts |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1. None | | $              0.00 |
|---|---|---|
| 16.2. | | $ |

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                                          $                    0.00
                                                                                                  + undetermined amounts

---

Debtor    Diamond Offshore Company _____    Case number (*if known*)  20-32307 _____
       Name

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

  ☐ No. Go to Part 6.

  ☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| None | MM / DD / YYYY | $ | | $                0.00 |
| 20. **Work in progress** | | | | |
| None | MM / DD / YYYY | $ | | $                0.00 |
| 21. **Finished goods, including goods held for resale** | | | | |
| None | MM / DD / YYYY | $ | | $                0.00 |
| 22. **Other inventory or supplies** | | | | |
| Warehouse Stock - Shorebase | MM / DD / YYYY | $        7,174,890.92 | Cost | $        7,174,890.92 |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.

                                                                                      $        7,174,890.92

24. **Is any of the property listed in Part 5 perishable?**

  ☒ No

  ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

  ☐ No

  ☒ Yes. Book value _____   Valuation method_____   Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

  ☒ No

  ☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

  ☒ No. Go to Part 7.

  ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| | $ | | $ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| | $ | | $ |

Debtor  Diamond Offshore Company                                    Case number *(if known)*  20-32307
        Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____0.00

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No
   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** | | | |
| See Attached Rider | $    42,337.95 | | $    42,337.95 |
| 40. **Office fixtures** | | | |
| None | $_____ | | $    0.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| See Attached Rider | $  15,298,360.82 | | $  15,298,360.82 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1  None | $_____ | | $    0.00 |
| 42.2 | $_____ | | $_____ |
| 42.3 | $_____ | | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$   15,340,698.77

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor    Diamond Offshore Company
          _____        Case number (if known)____20-32307_____
          Name

---

**Part 8:**   **Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 Subsea Shop | $          32,775.79 | Net Book Value | $          32,775.79 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 None | $ | | $          0.00 |
| 48.2 | $ | | $ |
| **49.  Aircraft and accessories** | | | |
| 49.1 None | $ | | $          0.00 |
| 49.2 | $ | | $ |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| See Attached Rider | $     57,875,659.82 | | 57,875,659.82 |

51.  **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$          57,908,435.61

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☒ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor   Diamond Offshore Company _____   Case number (*if known*)  20-32307 _____
         Name

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**
    ☐ No. Go to Part 10.
    ☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 See Attached Rider | _____ | $ 975,742.63 | _____ | $ 975,742.63<br>+ undetermined amounts |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    | $ 975,742.63<br>+ undetermined amounts |
    |---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☐ No
    ☒ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
    ☒ No. Go to Part 11.
    ☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.

    | $ 0.00 |
    |---|

Debtor    Diamond Offshore Company                                    Case number (if known)    20-32307
Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

| None | _____ Total face amount | − _____ doubtful or uncollectible amount | = ➔ | $ _____ 0.00 |
|---|---|---|---|---|

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| None |  |  |
|---|---|---|
|  | Tax year _____ | $ _____ 0.00 |
|  | Tax year _____ | $ _____ |
|  | Tax year _____ | $ _____ |

73. **Interests in insurance policies or annuities**

| See Attached Rider | $ _____ 0.00 |
|---|---|
|  | + undetermined amounts |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

| Bennu Oil & Gas, LLC Chapter 7 Bankruptcy Case | $ _____ Undetermined |
|---|---|

**Nature of claim**    Bankruptcy Chapter 7 Proceeding

**Amount requested**    $ _____ Undetermined

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| None | $ _____ 0.00 |
|---|---|

**Nature of claim**    _____

**Amount requested**    $ _____

76. **Trusts, equitable or future interests in property**

| None | $ _____ 0.00 |
|---|---|

77. **Other property of any kind not already listed**  Examples: Season tickets, country club membership

| Royalty Income Receivable | $ _____ 313,500.00 |
|---|---|
|  | $ _____ |

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| $ _____ 313,500.00 |
|---|
| + undetermined amounts |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No
☐ Yes

Debtor   Diamond Offshore Company                                      Case number (if known)   20-32307
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $ 427,683.00 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $ 8,872,116.91 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $ 99,931,154.24 | |
| 83. **Investments.** Copy line 17, Part 4. | $ 0.00 + undetermined amounts | |
| 84. **Inventory.** Copy line 23, Part 5. | $ 7,174,890.92 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $ 15,340,698.77 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $ 57,908,435.61 | |
| 88. **Real property.** Copy line 56, Part 9. ........➜ | | $ 975,742.63 + undetermined amounts |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $ 0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $ 313,500.00 + undetermined amounts | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 189,968,479.45 + undetermined amounts | 91b. $ 975,742.63 + undetermined amounts |
| 92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. ....................................................... | | $ 190,944,222.08 + undetermined amounts |

Debtor Name: Diamond Offshore Company                                         Case Number: 20-32307

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| JPMORGAN CHASE | Operating Account | 1930 | $150,187.00 |
| JPMORGAN CHASE | Operating Account | 6168 | $266,835.00 |
| WELLS FARGO BANK | Other Accounts | 8529 | $10,261.00 |
| | | **TOTAL** | **$427,283.00** |

Debtor Name:  Diamond Offshore Company                                          Case Number:   20-32307

**Assets - Real and Personal Property**

**Part 2, Question 7:** Deposits, including security deposits and utility deposits

| Description | Name of holder of deposit | Current value of debtor's interest |
|---|---|---|
| Subsea Yard Lease Agreement | Port of Iberia | $25,000.00 |
| Guaranty Payment | Entergy | $7,000.00 |
| | **TOTAL** | **$32,000.00** |

Debtor Name: Diamond Offshore Company                    Case Number:   20-32307

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| Remote Diagnostic Support | ABB Inc. | $53,400.00 |
| Remote Diagnostic Support | ABB Inc. | $53,400.00 |
| Remote Diagnostic Support | ABB Inc. | $53,400.00 |
| Remote Diagnostic Support | ABB Inc. | $53,400.00 |
| Prepaid Repairs | Chromax Ind. E Comercio Ltda | $21,049.43 |
| Sealytics Real Time BOP Monitoring | Hydril, Inc. | $80,349.03 |
| Sealytics Real Time BOP Monitoring | Hydril, Inc. | $54,000.00 |
| Sealytics Real Time BOP Monitoring | Hydril, Inc. | $49,223.12 |
| Sealytics Real Time BOP Monitoring | Hydril, Inc. | $75,071.36 |
| Riser Continuous Based Monitoring | Hydril, Inc. | $325,166.50 |
| Sealytics Real Time BOP Monitoring | Hydril, Inc. | $43,000.00 |
| Insurance - Business Travel Accident | Alliant Insurance | $4,109.13 |
| Insurance - D&O - Current Balance | XL Specialty | $561,852.13 |
| Insurance - TX/LA Auto | Liberty Mutual | $4,646.00 |
| Insurance - US Land W/C | Liberty Mutual | $85,143.00 |
| Prepaid D&O Insurance Premiums | XL Specialty | $6,962,410.92 |
| Prepaid Freight Charges | Crane WorldWide | $70,103.00 |
| Rent For New Iberia Lease | Port of Iberia | $12,926.38 |
| Data Acquisition of NOV PLC data | Oceaneering, Inc. | $31,678.58 |
| Data Acquisition of NOV PLC data | Oceaneering, Inc. | $22,618.00 |
| Data Acquisition of NOV PLC data | Oceaneering, Inc. | $54,750.00 |
| Cybersecurity Subscription | Security Gate, Inc. | $4,974.44 |
| Cybersecurity Subscription | Security Gate, Inc. | $4,974.34 |
| Cybersecurity Subscription | Security Gate, Inc. | $4,974.34 |
| Cybersecurity Subscription | Security Gate, Inc. | $4,974.34 |
| Prepaid Airfare For Future Flights | Wells Fargo | $148,522.87 |
| | **TOTAL** | **$8,840,116.91** |

Debtor Name: Diamond Offshore Company                                          Case Number: 20-32307

**Assets - Real and Personal Property**

**Part 4, Question 15:** Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture

| Name of Entity | % of ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| DIAMOND OFFSHORE GENERAL COMPANY | 100% | | Undetermined |
| | | **TOTAL** | **$0.00**<br>**+ undetermined amounts** |

Debtor Name: Diamond Offshore Company                              Case Number: 20-32307

**Assets - Real and Personal Property**

**Part 7, Question 39:** Office furniture

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| New Iberia Central Warehouse | $34,691.07 | Net Book Value | $34,691.07 |
| Office Services | $5,772.87 | Net Book Value | $5,772.87 |
| Subsea Shop | $1,874.01 | Net Book Value | $1,874.01 |
| | | **TOTAL** | **$42,337.95** |

Debtor Name:        Diamond Offshore Company                                    Case Number:        20-32307

**Assets - Real and Personal Property**

**Part 7, Question 41:** Office equipment, including all computer equipment and communication systems equipment and software

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Houston Supply Chain | | | $60,450.00 | Net Book Value | $60,450.00 |
| Information Technology | | | $13,297,693.66 | Net Book Value | $13,297,693.66 |
| Maintenance | | | $554,207.89 | Net Book Value | $554,207.89 |
| New Iberia Central Warehouse | | | $3,820.77 | Net Book Value | $3,820.77 |
| Office Services | | | $1,358,035.56 | Net Book Value | $1,358,035.56 |
| Subsea Shop | | | $24,152.94 | Net Book Value | $24,152.94 |
| | | | | TOTAL | $15,298,360.82 |

Debtor Name:        Diamond Offshore Company                    Case Number:        20-32307

**Assets - Real and Personal Property**

**Part 8, Question 50:** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)

| General description | Basis | Depreciation | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Drillpipe | | | $683,869.60 | Net Book Value | $683,869.60 |
| Fourchon Mooring Yard Hands | | | $48,813.20 | Net Book Value | $48,813.20 |
| Spare Equipment | | | $57,142,977.02 | Net Book Value | $57,142,977.02 |
| | | | | TOTAL | $57,875,659.82 |

Debtor Name:        Diamond Offshore Company                              Case Number:        20-32307

**Assets - Real and Personal Property**

**Part 9, Question 55:** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property | Nature and extent of debtor's interest | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Land | Owned Real Property | $300,000.00 | Net Book Value | $300,000.00 |
| Real Estate and Improvements | Owned Real Property | $675,742.63 | Net Book Value | $675,742.63 |
| Apartment Rent 3 Units 3230 Cumberland Rd Ocean Springs, MS | Leased Real Property | Undetermined | N/A | Undetermined |
| Hbr Lndg Condos 2421 Beachview Dr Ocean Springs, MS | Leased Real Property | Undetermined | N/A | Undetermined |
| Land for Central Warehouse 6501 Freetown Road New Iberia, LA 70560 | Owned Real Property | Undetermined | N/A | Undetermined |
| Subsea Shop 4402 South Lewis New Iberia, LA 70560 | Owned Real Property | Undetermined | N/A | Undetermined |
| Training Facility 15415 Katy Freeway Houston, TX 77094 | Owned Real Property | Undetermined | N/A | Undetermined |
| Video Conference Rooms 15415 Katy Freeway Houston, TX 77094 | Owned Real Property | Undetermined | N/A | Undetermined |
| Warehouse 6501 Freetown Road New Iberia, LA 70560 | Owned Real Property | Undetermined | N/A | Undetermined |
| | | | **TOTAL** | **$975,742.63** **+ undetermined amounts** |

Debtor Name: Diamond Offshore Company

Case Number: 20-32307

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| AMERICAN HOME ASSURANCE COMPANY (AIG) | Property: Commercial; 5/15/2019 to 5/15/2020 | 61818919 | Undetermined |
| ARCH INSURANCE (BERMUDA) (A DIVISION OF ARCH REINSURANCE LTD.) | Excess Liability; 5/1/2019 to 5/1/2020 | URP0026533-08 | Undetermined |
| ARGO RE LTD | Excess Liability; 5/1/2019 to 5/1/2020 | ARGO - CAS - OR - 000025 | Undetermined |
| ARGO RE LTD | Excess Liability; 5/1/2019 to 5/1/2020 | ARGO - CAS - OR - 001172 | Undetermined |
| BERKLEY INSURANCE COMPANY | Excess Directors & Officers Liability; 4/26/2020 to 6/3/2022 | BPRO8051184 | Undetermined |
| CHUBB BERMUDA INSURANCE LTD. | Excess Liability; 5/1/2019 to 5/1/2020 | DO-1873/XS004 | Undetermined |
| ENDURANCE SPECIALTY INSURANCE LTD. | Excess Liability; 5/1/2019 to 5/1/2020 | EXC10000023600 | Undetermined |
| GENERAL STAR INDEMNITY COMPANY C/O AMWINS BROKERAGE OF TEXAS, INC. | Automobile; 5/15/2019 to 5/15/2020 | IXG930870 | Undetermined |
| HAMILTON RE, LTD. | Excess Liability; 5/1/2019 to 5/1/2020 | CX18-6216 | Undetermined |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY | Automobile; 1/1/2020 to 1/1/2021 | AS2-691-544667-010 | Undetermined |
| LIBERTY SPECIALTY MARKETS AGENCY LIMITED | Protection & Indemnity; 5/1/2019 to 5/1/2020 | IS0000485 | Undetermined |
| LLOYD'S OF LONDON | Excess Liability; 5/1/2019 to 5/1/2020 | B0702GL306670n / GL306670n | Undetermined |
| LLOYD'S OF LONDON | Property (Rigs) & Protection & Indemnity; 5/1/2019 to 5/1/2020 | B0702GU309680N | Undetermined |
| MARKEL BERMUDA LIMITED | Excess Liability; 5/1/2019 to 5/1/2020 | 1392456-10401-UMB-2019 | Undetermined |
| NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA | Excess Directors & Officers Liability; 4/26/2020 to 10/26/2021 | 01-302-08-50 | Undetermined |
| NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA | Excess Directors & Officers Liability; 4/26/2020 to 10/26/2021 | 01-302-08-52 | Undetermined |
| SKULD MUTUAL PROTECTION & INDEMNITY ASSOCIATION (BERMUDA) LTD. | Protection & Indemnity; 5/1/2019 to 5/1/2021 | 20860421 | Undetermined |
| SOMPO ENDURANCE ASSURANCE CORPORATION | Excess Directors & Officers Liability; 4/26/2020 to 10/26/2021 | ADL30001651500 | Undetermined |
| SWISS RE INTERNATIONAL SE | Excess Liability; 5/1/2019 to 5/1/2020 | P19755.02 | Undetermined |
| TOKIO MARINE SEGURADORA | Excess Directors & Officers Liability; 4/26/2020 to 10/26/2021 | 14-MGU-20A49163 | Undetermined |
| TOKIO MARINE SEGURADORA | Excess Directors & Officers Liability; 4/26/2020 to 10/26/2021 | 14-MGU-20A49165 | Undetermined |
| XL BERMUDA LTD | Excess Liability; 5/1/2019 to 5/1/2020 | XLUMB-602875 | Undetermined |
| XL SPECIALTY INSURANCE, INC. PROFESSIONAL | Primary Directors & Officers Liability; 4/26/2020 to 6/3/2022 | ELU 167045-20 | Undetermined |
| XL SPECIALTY INSURANCE, INC. PROFESSIONAL | Excess Directors & Officers Liability; 4/26/2020 to 10/26/2021 | ELU167046-20 | Undetermined |
| | | **TOTAL** | **$0.00 + undetermined amounts** |

**Fill in this information to identify the case:**

Debtor name __Diamond Offshore Company__

United States Bankruptcy Court for the: __Southern__ District of __Texas__
(Houston Division)

Case number (If known): __20-32307__

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

**Creditor's name**
DELL FINANCIAL SERVICES L.L.C.

**Creditor's mailing address**
MAIL STOP-PS2DF-23
ONE DELL WAY
ROUND ROCK, TX 78682

**Creditor's email address, if known**

**Date debt was incurred**  03/05/2019

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
As provided in UCC File Number 20191537963.  See Schedule D disclosures.

**Describe the lien**
Master Lease Agreement.  See Schedule D disclosures.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

$_____ Undetermined    $_____ Undetermined

**2.2**

**Creditor's name**

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
     ☐ No. Specify each creditor, including this creditor, and its relative priority.
     ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$_____ 0.00
+ undetermined amounts

Debtor    Diamond Offshore Company
_____
          Name

Case number (if known) _20-32307_____

<br>

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no other need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| None | | |

**Fill in this information to identify the case:**

Debtor    Diamond Offshore Company

United States Bankruptcy Court for the: Southern    District of Texas (Houston Division)

Case number   20-32307
(If known)

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address
CALCASIEU PARISH SALES AND USE TAX DEPT
P.O. DRAWER 2050
LAKE CHARLES, LA 70602-2050

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

$ _____ Undetermined    $ _____ Undetermined

Date or dates debt was incurred
Undetermined

Basis for the claim:
Potential Tax Claim

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8____)

**2.2** Priority creditor's name and mailing address
IBERIA PARISH
121 W PERSHING ST
STE 100
NEW IBERIA, LA 70560

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

$ _____ Undetermined    $ _____ Undetermined

Date or dates debt was incurred
Undetermined

Basis for the claim:
Potential Tax Claim

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8____)

**2.3** Priority creditor's name and mailing address
IBERIA PARISH SCHOOL BOARD
P.O. BOX 9770
NEW IBERIA, LA 70562-9770

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

$ _____ Undetermined    $ _____ Undetermined

Date or dates debt was incurred
Undetermined

Basis for the claim:
Potential Tax Claim

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8____)

Debtor    Diamond Offshore Company
          _____
          Name

Case number *(if known)* __20-32307_____

---

**Part 1.**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.4**  **Priority creditor's name and mailing address**    $ Underual   $ Underined

JEFFERSON PARISH SHERIFF'S OFFICE -
BUREAU OF REVENUE & TAXATION
P.O. BOX 248
GRETNA, LA 70054

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Potential Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.5**  **Priority creditor's name and mailing address**    $ Undetermined   $ Undetermined

LAFAYETTE PARISH SCHOOL SYSTEM
P.O. BOX 52706
LAFAYETTE, LA 70505-2706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Potential Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.6**  **Priority creditor's name and mailing address**    $ Undetermined   $ Undetermined

LOUISIANA DEPARTMENT OF REVENUE
617 NORTH THIRD STREET
BATON ROUGE, LA 70802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Potential Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.7**  **Priority creditor's name and mailing address**    $ Undetermined   $ Undetermined

LOUISIANA INCOME TAX AUTHORITY
617 NORTH THIRD STREET
BATON ROUGE, LA 70802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Potential Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

Debtor    Diamond Offshore Company
_____
Name

Case number *(if known)*  20-32307
_____

| Part 1. | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.8**

**Priority creditor's name and mailing address**

MISSISSIPPI SALES TAX AUTHORITY
500 CLINTON CENTER DR
CLINTON, MS 39056

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Potential Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

$ Undetermined    $ Undetermined

---

**2.9**

**Priority creditor's name and mailing address**

MISSISSIPPI STATE TAX COMMISSION
500 CLINTON CENTER DR
CLINTON, MS 39056

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Potential Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

$ Undetermined    $ Undetermined

---

**2.10**

**Priority creditor's name and mailing address**

PARISH OF TERREBONNE SALES AND USE TAX DEPARTMENT
8026 MAIN STREET
SUITE 501
HOUMA, LA 70360

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Potential Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

$ Undetermined    $ Undetermined

---

**2.11**

**Priority creditor's name and mailing address**

ST. MARY PARISH SALES & USE TAX DEPARTMENT
P.O. DRAWER 1279
MORGAN CITY, LA 70381

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Potential Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

$ Undetermined    $ Undetermined

---

Debtor     Diamond Offshore Company
           _____
           Name

Case number *(if known)*  20-32307
                          _____

| Part 1. | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

| 2.12 | **Priority creditor's name and mailing address** | $ Undetermined | $ Undetermined |

TEXAS SALES AND USE TAX
LYNDON B. JOHNSON STATE OFFICE BLDG.
111 EAST 17TH STREET
AUSTIN, TX 78774

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Potential Tax Claim

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor      Diamond Offshore Company
            _____                Case number *(if known)*  20-32307
            Name                                                        _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority
    unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
2H OFFSHORE INC.
15990 NORTH BARKERS LANDING
SUITE 200
HOUSTON, TX 77079

| **As of the petition filing date, the claim is:** | $ 30,700.00 |
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

| **Date or dates debt was incurred**  Various | **Is the claim subject to offset?** |
| **Last 4 digits of account number**  __ __ __ __ | ☐ No ☐ Yes |

**3.2** | **Nonpriority creditor's name and mailing address**
A BETTER ANSWER
1125 CYPRESS STATION DR.
BUILDING H-4
HOUSTON, TX 77090

| **As of the petition filing date, the claim is:** | $ 763.70 |
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

| **Date or dates debt was incurred**  Various | **Is the claim subject to offset?** |
| **Last 4 digits of account number**  __ __ __ __ | ☐ No ☐ Yes |

**3.3** | **Nonpriority creditor's name and mailing address**
ABB, INC.
3700 W. SAM HOUSTON PKWY S.
SUITE 600
HOUSTON, TX 77042

| **As of the petition filing date, the claim is:** | $ 595,586.32 |
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

| **Date or dates debt was incurred**  Various | **Is the claim subject to offset?** |
| **Last 4 digits of account number**  __ __ __ __ | ☐ No ☐ Yes |

**3.4** | **Nonpriority creditor's name and mailing address**
ABERNATHY MACGREGOR
P O BOX 30483
NEW YORK, NY 10087-0483

| **As of the petition filing date, the claim is:** | $ 3,127.79 |
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

| **Date or dates debt was incurred**  Various | **Is the claim subject to offset?** |
| **Last 4 digits of account number**  __ __ __ __ | ☐ No ☐ Yes |

**3.5** | **Nonpriority creditor's name and mailing address**
ABS AMERICAS
263 NORTH BELT EAST
HOUSTON, TX 77060

| **As of the petition filing date, the claim is:** | $ 161,558.30 |
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

| **Date or dates debt was incurred**  Various | **Is the claim subject to offset?** |
| **Last 4 digits of account number**  __ __ __ __ | ☐ No ☐ Yes |

**3.6** | **Nonpriority creditor's name and mailing address**
ACCESS INFORMATION PROTECTED
P O BOX 101048
ATLANTA, GA 30392-1048

| **As of the petition filing date, the claim is:** | $ 6,044.16 |
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

| **Date or dates debt was incurred**  Various | **Is the claim subject to offset?** |
| **Last 4 digits of account number**  __ __ __ __ | ☐ No ☐ Yes |

Debtor      Diamond Offshore Company
            _____
            Name

Case number *(if known)*  20-32307
            _____

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

| 3.7 | **Nonpriority creditor's name and mailing address** | | $62,102.28 |
|---|---|---|---|

ACCUDATA SYSTEMS, INC.
7906 N. SAM HOUSTON PARKWAY WEST
SUITE 300
HOUSTON, TX 77064

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.8 | **Nonpriority creditor's name and mailing address** | | $113,112.39 |
|---|---|---|---|

ACTION SPECIALTIES, LLC
7915 HWY
90 WEST
NEW IBERIA, LA LA70560

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.9 | **Nonpriority creditor's name and mailing address** | | $2,549.95 |
|---|---|---|---|

ADP, LLC
P O BOX 842875
BOSTON, MA 02284-2875

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.10 | **Nonpriority creditor's name and mailing address** | | $182.00 |
|---|---|---|---|

ADVANCE EXECUTIVE TRANSPORTATION
P O BOX 941149
HOUSTON, TX 77094

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.11 | **Nonpriority creditor's name and mailing address** | | $110,993.53 |
|---|---|---|---|

ADVANCED CONTROL SYSTEMS, L.L.C.
4903 W. SAM HOUSTOM PKWY N.
BLDG. B
HOUSTON, TX 77041

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor      Diamond Offshore Company
_____
            Name

Case number (if known) ___20-32307___
_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.12**    **Nonpriority creditor's name and mailing address**        $644.98

ADVANCED DESIGN CORPORATION
1169 WEST 2ND STREET
BLOOMINGTON, IN 47403

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.13**    **Nonpriority creditor's name and mailing address**        $645.50

ADVANCED MOLDING SOLUTIONS LLC
P O BOX 176
PATTERSON, LA 70392

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.14**    **Nonpriority creditor's name and mailing address**        $64,937.50

ADVANCED PRESSURE TESTING & INSTRUMENTATION, L.L.C.
1126 COOLIDGE BLVD
SUITE 101
LAFAYETTE, LA 70503

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.15**    **Nonpriority creditor's name and mailing address**        $3,884.40

ADVANTAGE RESOURCING
P O BOX 277534
ATLANTA, GA 30384-7534

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.16**    **Nonpriority creditor's name and mailing address**        $3,081.00

AHS WALK-IN CLINIC, INC.
P O BOX 51775
LAFAYETTE, LA 70505

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor      Diamond Offshore Company
            _____
            Name

Case number *(if known)* 20-32307
            _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.17 | **Nonpriority creditor's name and mailing address** | | $17,667.16 |
|---|---|---|---|

AIRGAS USA, LLC
P O BOX 676015
DALLAS, TX 75267-6015

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.18 | **Nonpriority creditor's name and mailing address** | | $4,704.35 |
|---|---|---|---|

AL KAMEL LAW
AL KAMEL LAW BUILDING
DOKKI BUILDING
17 NABIL EL WAKAD STREET - KOKKI
GIZA
EGYPT

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.19 | **Nonpriority creditor's name and mailing address** | | $101,485.18 |
|---|---|---|---|

ALATAS AMERICAS, INC.
22015 SOUTH FREEWAY
MANVEL, TX 77578

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.20 | **Nonpriority creditor's name and mailing address** | | $731.32 |
|---|---|---|---|

ALEXANDER/RYAN MARINE & SAFETY LLC
SEA TECHNOLOGY, LTD. C/O
P O BOX 670503
DALLAS, TX 75267-0503

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.21 | **Nonpriority creditor's name and mailing address** | | $144,561.17 |
|---|---|---|---|

ALFA LAVAL, INC.
10470 DEER TRAIL DRIVE
HOUSTON, TX 77038

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Diamond Offshore Company | Case number (if known) | 20-32307 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address** | $168,943.84 |

ALIMAK GROUP USA INC.
12552 OLD GALVESTON ROAD, STE. A-160
WEBSTER, TX 77598

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

| | | |
|---|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address** | $0.00 |

ALLIANT INSURANCE SERVICES
1301 DOVE STREET
SUITE 200
NEWPORT BEACH, CA 92660

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

| | | |
|---|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address** | $23,497.30 |

ALLIANT RIGSERV, LLC
1810 FIRST OAK STREET, STE 120
RICHMOND, TX 77406

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

| | | |
|---|---|---|
| 3.25 | **Nonpriority creditor's name and mailing address** | $1,188.16 |

ALS LABORATORY GROUP
P O BOX 975447
DALLAS, TX 75397-5447

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

| | | |
|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address** | $4,465.51 |

ALS TRIBOLOGY
ALS LABORATORY GROUP
P O BOX 975447
DALLAS, TX 75397-5447

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

| Debtor | Diamond Offshore Company | Case number *(if known)* | 20-32307 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.27 | **Nonpriority creditor's name and mailing address** | | $154.80 |
|---|---|---|---|

AMERICAN APPLIANCES
P O BOX 42010
HOUSTON, TX 77242

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.28 | **Nonpriority creditor's name and mailing address** | | $125,148.15 |
|---|---|---|---|

AMERICAN BUREAU OF SHIPPING
P O BOX 1151
NORTH SYDNEY, NSW 2059
AUSTRALIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.29 | **Nonpriority creditor's name and mailing address** | | $20,570.00 |
|---|---|---|---|

AMERICAN GLOBAL MARITIME, INC.
11767 KATY FREEWAY
SUITE 660
HOUSTON, TX 77079

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.30 | **Nonpriority creditor's name and mailing address** | | $27,676.00 |
|---|---|---|---|

AMERICAN POLYMER PRODUCTS
3417 S. LEWIS ST
NEW IBERIA, LA 70560

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.31 | **Nonpriority creditor's name and mailing address** | | $15,932.00 |
|---|---|---|---|

AMERIFORGE CORPORATION
P O BOX 4314
HOUSTON, TX 77210-4314

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor      Diamond Offshore Company
            _____
            Name

Case number *(if known)*  20-32307
                          _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.32**

**Nonpriority creditor's name and mailing address**                                                    $33,000.00

ANCHOR MARINE & INDUSTRIAL SUPPLY, INC.
P O BOX 58645
HOUSTON, TX 77258

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.33**

**Nonpriority creditor's name and mailing address**                                                    $ Undetermined

ANDREW WALTER C/O THE YOUNG FIRM - TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.34**

**Nonpriority creditor's name and mailing address**                                                    $26,592.87

ANGEL AIR REPAIR & SPECIALTY CO
705 HANGAR DRIVE
NEW IBERIA, LA 70560

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.35**

**Nonpriority creditor's name and mailing address**                                                    $3,500.00

ANTHONY AND SHELLY MARSHALL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.36**

**Nonpriority creditor's name and mailing address**                                                    $125,680.60

APPLUS K2 AMERICA LLC
11801 W. SAM HOUSTOM PKWY S.
HOUSTON, TX 77031

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Diamond Offshore Company
          _____
          Name

Case number *(if known)* ___20-32307___

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.37 | **Nonpriority creditor's name and mailing address** | | $2,967.00 |
|---|---|---|---|

ARI-ARMATUREN USA, LP
515 W. GREENS RD
SUITE 710
HOUSTON, TX 77067

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.38 | **Nonpriority creditor's name and mailing address** | | $585.00 |
|---|---|---|---|

ARROW EQUIPMENT & REPAIR, INC
P O DRAWER 4235
HOUMA, LA 70361-4235

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.39 | **Nonpriority creditor's name and mailing address** | | $246,635.00 |
|---|---|---|---|

ASHFORD TECHNICAL SOFTWARE, INC.
1035 DAIRY ASHFORD RD
SUITE 140
HOUSTON, TX 77079

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.40 | **Nonpriority creditor's name and mailing address** | | $14.57 |
|---|---|---|---|

ASIC
GPO BOX 9827
BRISBANE, QLD 4001
AUSTRALIA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.41 | **Nonpriority creditor's name and mailing address** | | $938.00 |
|---|---|---|---|

ASPEN IMAGING, LLC
SIGNATURE ASPEN
3300 KINGSWOOD LN
HOUSTON, TX 77092

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor   Diamond Offshore Company
_____
Name

Case number (if known)   20-32307
_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.42   **Nonpriority creditor's name and mailing address**                                                   $38,555.07

AT&T MOBILITY
NATIONAL BUSINESS SERVICES
208 S. AKARD ST.
DALLAS, TX 75202

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

3.43   **Nonpriority creditor's name and mailing address**                                                   $5,618.65

AT&T
208 S. AKARD ST.
DALLAS, TX 75202

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

3.44   **Nonpriority creditor's name and mailing address**                                                   $9,944.70

ATLANTIC MEDITERRANEAN
C/O ATEN LTD.

CHINA

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

3.45   **Nonpriority creditor's name and mailing address**                                                   $258.40

ATMOS ENERGY
1800 THREE LINCOLN CENTRE
5430 LBJ FREEWAY
DALLAS, TX 75240

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

3.46   **Nonpriority creditor's name and mailing address**                                                   $ Undetermined

AUBREY REYNOLDS C/O THE YOUNG FIRM - TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

| Debtor | Diamond Offshore Company | Case number *(if known)* | 20-32307 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.47**

**Nonpriority creditor's name and mailing address**

$ Undetermined

AUTHOR HOLLOWAY C/O THE YOUNG FIRM - TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.48**

**Nonpriority creditor's name and mailing address**

$3,135.00

AVIATION MARITIME SERVICES/
AVIATION TRAINING ACADEMY
P O BOX 16176
AMELIA ISLAND, FL 32034

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.49**

**Nonpriority creditor's name and mailing address**

$23,571.24

AWC, INC.
P O BOX 62850
NEW ORLEANS, LA 70162

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.50**

**Nonpriority creditor's name and mailing address**

$29,934.77

BAKER & MCKENZIE LLP
1900 NORTH PEARL ST.
SUITE 1500
DALLAS, TX 75201

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.51**

**Nonpriority creditor's name and mailing address**

$6,525.99

BAKER, LYMAN AND CO., INC
BAKER LYMAN - HOUSTON
1517 SAN JACINTO ST
HOUSTON, TX 77002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Diamond Offshore Company | Case number *(if known)* | 20-32307 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.52 | **Nonpriority creditor's name and mailing address** | | $285,000.00 |
|---|---|---|---|

BALLAST TECHNOLOGIES, INC.
4620 S. COACH DRIVE
TUSCON, AZ 85714-3442

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.53 | **Nonpriority creditor's name and mailing address** | | $326.55 |
|---|---|---|---|

BATES RELIABLE SOLUTIONS, LLC
P O BOX 203855
DALLAS, TX 75320-3855

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.54 | **Nonpriority creditor's name and mailing address** | | $157.00 |
|---|---|---|---|

BATT CABLES PLC
UNITS 5 & 6
FORTIES IND EST.
ABERDEEN, SCOTLAND AB12 3L4
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.55 | **Nonpriority creditor's name and mailing address** | | $18,550.16 |
|---|---|---|---|

BAUER COMPRESSORS, INC.
1325 AZALEA GARDEN ROAD
NORFOLK, VA 23502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.56 | **Nonpriority creditor's name and mailing address** | | $24,887.53 |
|---|---|---|---|

BAY AREA SCREW & SUPPLY CO. INC.
3405B MOFFETT RD.
MOBILE, AL 36607

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 15 of 104 |
|---|---|---|

| Debtor | Diamond Offshore Company | Case number (if known) | 20-32307 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.57 | **Nonpriority creditor's name and mailing address** | | $8,775.05 |
|---|---|---|---|

BEECO MOTORS AND CONTROLS
5630 GUHN
SUITE 110
HOUSTON, TX 77040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.58 | **Nonpriority creditor's name and mailing address** | | $4,367.46 |
|---|---|---|---|

BENEFIT EXPRESS SERVICES, LLC
1700 E. GOLF ROAD
STE 1000
SCHAUMBURG, IL 60173

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.59 | **Nonpriority creditor's name and mailing address** | | $21,871.00 |
|---|---|---|---|

BISHOP LIFTING PRODUCTS, INC.
125 MCCARTY DRIVE
HOUSTON, TX 77029

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.60 | **Nonpriority creditor's name and mailing address** | | $5,707.26 |
|---|---|---|---|

BISHOP'S OFFICE NEEDS
16810 BARKER SPRINGS ROAD
SUITE 215
HOUSTON, TX 77084-5093

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.61 | **Nonpriority creditor's name and mailing address** | | $13,774.58 |
|---|---|---|---|

BLUEWATER RUBBER & GASKET CO.
P O DRAWER 190
HOUMA, LA 70361

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor _____Diamond Offshore Company_____          Case number (if known) __20-32307__
              Name

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.62 | **Nonpriority creditor's name and mailing address** | | $2,879.85 |
| --- | --- | --- | --- |

BOLL FILTER CORPORATION
22635 VENTURE DRIVE
NOVI, MI 48375-4182

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | | $290,232.68 |
| --- | --- | --- | --- |

BOP RISK MITIGATION SERVICES, LLC
4527 BRITTMOORE RD
HOUSTON, TX 77041

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | | $581,592.00 |
| --- | --- | --- | --- |

BOSKALIS OFFSHORE HEAVY MARINE TRANSPORT B.V.
PO BOX 43
THE NETHERLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | | $7,747.56 |
| --- | --- | --- | --- |

BRAY SALES TEXAS
BRAY INTERNATIONAL, INC.
P O BOX 847006
DALLAS, TX 75284-7002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | | $146,693.48 |
| --- | --- | --- | --- |

BREAUX PETROLEUM PRODUCTS, INC.
307 BUNKER ROAD
LAKE CHARLES, LA 70615

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

| Debtor | Diamond Offshore Company | Case number *(if known)* | 20-32307 |
|---|---|---|---|
| | Name | | |

### Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.67**   **Nonpriority creditor's name and mailing address**                                          $892.80

BROADRIDGE
P O BOX 23487
NEWARK, NJ 07189

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.68**   **Nonpriority creditor's name and mailing address**                                          $4,634.60

BUDDY'S ELECTRICAL & A/C,L.L.C.
4601 COTEAU ROAD
NEW IBERIA, LA 70560

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.69**   **Nonpriority creditor's name and mailing address**                                          $29,059.17

BULL DOWNEY CONSULTING LLC
28715 DIAMOND CREEK DR
MAGNOLIA, TX 77355

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.70**   **Nonpriority creditor's name and mailing address**                                          $35,363.06

BUXTON INTERESTS, INC.
P O BOX 1759
DEPT. 654
HOUSTON, TX 77251-1759

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.71**   **Nonpriority creditor's name and mailing address**                                          $11,539.00

BUXTON REPAIR CENTER , L.P.
9826 WHITHORN DRIVE
HOUSTON, TX 77095

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Diamond Offshore Company | | Case number *(if known)* 20-32307 |
|---|---|---|---|
| | Name | | |

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.72 | **Nonpriority creditor's name and mailing address** | | $11,997.24 |
|---|---|---|---|

C-AUTOMATION INC.
PO BOX 40267
HOUSTON, TX 77240-0267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.73 | **Nonpriority creditor's name and mailing address** | | $1,170.00 |
|---|---|---|---|

C-K ASSOCIATES, LLC
17170 PERKINS RD
BATON ROUGE, LA 70810

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.74 | **Nonpriority creditor's name and mailing address** | | $1,717.52 |
|---|---|---|---|

C.C. JENSEN, INC.
320 COWETA INDUSTRIAL PKWY
SUITE J
NEWNAN, GA 30265

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.75 | **Nonpriority creditor's name and mailing address** | | $5,294.50 |
|---|---|---|---|

CAD CONTROL SYSTEMS
1017 FREEMAN ROAD
BROUSSARD, LA 70518

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.76 | **Nonpriority creditor's name and mailing address** | | $310,622.85 |
|---|---|---|---|

CAMERON INTERNATIONAL CORP.
C/O CAMERON DRILLING SYSTEM
PO BOX 1212
HOUSTON, TX 77001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Diamond Offshore Company | Case number *(if known)* | 20-32307 |
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.77 | **Nonpriority creditor's name and mailing address** | | $2,000.18 |
|---|---|---|---|

CAMPBELLS
FLOOR 4
WILLOW HOUSE
CRICKET SQUARE
PO BOX 884
GRAND CAYMAN KY1-9010

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.78 | **Nonpriority creditor's name and mailing address** | | $25,009.54 |
|---|---|---|---|

CDW DIRECT
P O BOX 75723
CHICAGO, IL 60675-5723

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.79 | **Nonpriority creditor's name and mailing address** | | $1,445.93 |
|---|---|---|---|

CENTRAL DELIVERY SYSTEMS
7801 N. SHEPHERD DR.
#107
HOUSTON, TX 77088

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.80 | **Nonpriority creditor's name and mailing address** | | $203,011.95 |
|---|---|---|---|

CENTRAL DISPATCH, INC.
P O BOX 2070
GRETNA, LA 70054-2070

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.81 | **Nonpriority creditor's name and mailing address** | | $21.81 |
|---|---|---|---|

CENTRALIS HUNGARY KFT
1062 BUDAPEST
MAGYARORSZAG

HUNGARY

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    Diamond Offshore Company             Case number *(if known)* 20-32307
Name

**Part 2:   Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.82** | **Nonpriority creditor's name and mailing address** | $254.50

CERTEX USA, INC.
P O BOX 201553
DALLAS, TX 75320-1553

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.83** | **Nonpriority creditor's name and mailing address** | $260.00

CERTIFIED LABORATORIES
P O BOX 971327
DALLAS, TX 75397-1327

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.84** | **Nonpriority creditor's name and mailing address** | $ Undetermined

CHARLES MCMILLIN
C/O THE YOUNG FIRM
ATTN: TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.85** | **Nonpriority creditor's name and mailing address** | $ Undetermined

CHARLES RILEY, JR. C/O THE YOUNG FIRM - TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.86** | **Nonpriority creditor's name and mailing address** | $ Undetermined

CHARLIE JOHNSON JR. C/O THE YOUNG FIRM - TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Diamond Offshore Company | Case number *(if known)* | 20-32307 |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.87**

**Nonpriority creditor's name and mailing address**

$86,722.37

CHARTER SUPPLY COMPANY
18911 EAST INDUSTRIAL PARKWAY
NEW CANEY, TX 77357

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.88**

**Nonpriority creditor's name and mailing address**

$88,669.57

CHECK-6, INC.
201 S. DENVER AVE.
SUITE 306
TULSA, OK 74103

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.89**

**Nonpriority creditor's name and mailing address**

$410,567.50

CHET MORRISON CONTRACTORS, LLC
9 BAYOU DULARGE ROAD
HOUSTON, LA 70363

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.90**

**Nonpriority creditor's name and mailing address**

$175,852.11

CISCO SYSTEMS INC
P O BOX 91232
CHICAGO, IL 60693-1232

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.91**

**Nonpriority creditor's name and mailing address**

$638.83

CJ AUTOMATION & CONTROLS, LLC
2362 CR 661
DAYTON, TX 77535

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Diamond Offshore Company
          _____
          Name

Case number *(if known)* 20-32307
                         _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.92 | **Nonpriority creditor's name and mailing address** | | $850.00 |
|---|---|---|---|

CLARE INSTRUMENTS US INC
6304 BENJAMIN ROAD
SUITE 506
TAMPA, FL 33634

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | | $26,895.94 |
|---|---|---|---|

CLOVER TOOL CO. INC.
P O BOX 820809
HOUSTON, TX 77282-0809

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | | $319,666.00 |
|---|---|---|---|

COHESIVE SOLUTIONS, INC.
125 TOWNPARK DRIVE, SUITE 240
KENNESAW, GA 30144

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | | $5,182.97 |
|---|---|---|---|

COMCAST
COMCAST CENTER
1701 JFK BOULEVARD
PHILADELPHIA, PA 19103

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | | $272.07 |
|---|---|---|---|

COMMUNITY COFFEE COMPANY, L.L.C.
P O BOX 679510
DALLAS, TX 75267-9510

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Diamond Offshore Company
_____
          Name

Case number *(if known)* ___20-32307___

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.97 | **Nonpriority creditor's name and mailing address** | | $4,370.95 |
|---|---|---|---|

COMPUTERSHARE, INC.
DEPT CH 16934
PALATINE, IL 60055-9228

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.98 | **Nonpriority creditor's name and mailing address** | | $25,305.01 |
|---|---|---|---|

CONCH CO. INC.
11302 PERRY RD
HOUSTON, TX 77064

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.99 | **Nonpriority creditor's name and mailing address** | | $86,201.97 |
|---|---|---|---|

CONNECTOR SPECIALISTS, INC.
175 JAMES DRIVE EAST
ATTN: ACCOUNTS RECEIVABLE
ST. ROSE, LA 70087

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.100 | **Nonpriority creditor's name and mailing address** | | $13,965.00 |
|---|---|---|---|

CONTITECH OIL & MARINE CORP.
11535 BRITTMOORE PARK DRIVE
HOUSTON, TX 77041

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.101 | **Nonpriority creditor's name and mailing address** | | $31,793.00 |
|---|---|---|---|

COOPER MANUFACTURING & SUPPLY, INC.
P O BOX 16573
LAKE CHARLES, LA 70616

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Diamond Offshore Company | Case number *(if known)* | 20-32307 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.102**

**Nonpriority creditor's name and mailing address**  $77,082.14

CORE LIFTING OF HOUSTON, LLC
11550 BRITTMOORE PARK DR.
HOUSTON, TX 77041

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.103**

**Nonpriority creditor's name and mailing address**  $1,152.26

CORIE LANERIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.104**

**Nonpriority creditor's name and mailing address**  $602,758.36

CRANE WORLDWIDE LOGISTICS, LLC
1500 RANKIN ROAD
HOUSTON, TX 77073

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.105**

**Nonpriority creditor's name and mailing address**  $12,875.00

CRANESMART SYSTEMS, INC.
4908-97 STREET
ALBERTA, CANADA T6E 5S1

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.106**

**Nonpriority creditor's name and mailing address**  $5,109.90

CRITICAL START INC
6860 N. DALLAS PARKWAY
STE 200
PLANO, TX 75024

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

| Debtor | Diamond Offshore Company | Case number *(if known)* | 20-32307 |
| | Name | | |

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.107**   **Nonpriority creditor's name and mailing address**                                          $4,784.51

CURVATURE LLC
6500 HOLLISTER AVE.
STE 210
SANTA BARBARA, CA 93117

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.108**   **Nonpriority creditor's name and mailing address**                                          $14,000.00

CUSTOMSPOINT, INC.
2250 CR 250
ATTN: BURKE THOMPSON
BURNET, TX 78611

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.109**   **Nonpriority creditor's name and mailing address**                                          $ Undetermined

DAN FREEMAN
C/O THE YOUNG FIRM
ATTN: TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.110**   **Nonpriority creditor's name and mailing address**                                          $8,580.00

DEEP WATER RENTAL & SUPPLY
A DIVISION OF XTREME SERVICE GROUP, INC.
2806 SOUTHWEST DRIVE
NEW IBERIA, LA 70560

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.111**   **Nonpriority creditor's name and mailing address**                                          $179,599.20

DEEPWATER SUBSEA LLC
410 WEST GRAND PARKWAY S.
SUITE 100
KATY, TX 77494

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 26 of 104

Debtor      Diamond Offshore Company
            _____
            Name

Case number (if known)    20-32307
                          _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.112**   **Nonpriority creditor's name and mailing address**                                              $21,060.26

DELL FINANCIAL SERVICES                                 **As of the petition filing date, the claim is:**
ONE DELL WAY                                            *Check all that apply.*
ROUND ROCK, TX 78682
                                                        ☐ Contingent
                                                        ☐ Unliquidated
                                                        ☐ Disputed

                                                        **Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various            **Is the claim subject to offset?**

**Last 4 digits of account number**                    ☐ No
                                                        ☐ Yes

---

**3.113**   **Nonpriority creditor's name and mailing address**                                              $17,102.67

DELL MARKETING L.P.                                     **As of the petition filing date, the claim is:**
C/O DELL USA L                                          *Check all that apply.*
P O BOX 676021
DALLAS, TX 75267-6021                                   ☒ Contingent
                                                        ☒ Unliquidated
                                                        ☐ Disputed

                                                        **Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various            **Is the claim subject to offset?**

**Last 4 digits of account number**                    ☐ No
                                                        ☐ Yes

---

**3.114**   **Nonpriority creditor's name and mailing address**                                              $16,709.02

DERRICK CORPORATION                                     **As of the petition filing date, the claim is:**
222 BURGESS DRIVE                                       *Check all that apply.*
UNIT #8
BROUSSARD, LA 70518                                     ☐ Contingent
                                                        ☐ Unliquidated
                                                        ☐ Disputed

                                                        **Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various            **Is the claim subject to offset?**

**Last 4 digits of account number**                    ☐ No
                                                        ☐ Yes

---

**3.115**   **Nonpriority creditor's name and mailing address**                                              $412,709,755.64

DIAMOND OFFSHORE FINANCE COMPANY                        **As of the petition filing date, the claim is:**
15415 KATY FREEWAY                                      *Check all that apply.*
SUITE 100
HOUSTON, TX 77094                                       ☐ Contingent
                                                        ☐ Unliquidated
                                                        ☐ Disputed

                                                        **Basis for the claim:** Intercompany Payable with Diamond Offshore Finance Company

**Date or dates debt was incurred** Undetermined       **Is the claim subject to offset?**

**Last 4 digits of account number**                    ☐ No
                                                        ☐ Yes

---

**3.116**   **Nonpriority creditor's name and mailing address**                                              $259,126.63

DINTEC CO., LTD                                         **As of the petition filing date, the claim is:**
JUNGANG-DAERO 309                                       *Check all that apply.*
BUSAN
KOREA, REPUBLIC OF                                      ☐ Contingent
                                                        ☐ Unliquidated
                                                        ☐ Disputed

                                                        **Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various            **Is the claim subject to offset?**

**Last 4 digits of account number**                    ☐ No
                                                        ☐ Yes

---

Debtor    Diamond Offshore Company
          _____
          Name

Case number (if known) 20-32307
                       _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.117** | **Nonpriority creditor's name and mailing address** | $4,590.58

DIRECTV
2230 E IMPERIAL HWY
FLOOR 10
EL SEGUNDO, CA 90245-3504

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred Various

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.118** | **Nonpriority creditor's name and mailing address** | $996.60

DISA GLOBAL SOLUTIONS INC.
DEPT 3731
P O BOX 123731
DALLAS, TX 75312-3731

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred Various

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.119** | **Nonpriority creditor's name and mailing address** | $10,353.71

DIVERSE SAFETY AND SCAFFOLDING LLC
4308 HWY 90 WEST
NEW IBERIA, LA 70560

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred Various

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.120** | **Nonpriority creditor's name and mailing address** | $281,071.59

DNOW L.P.
101 COMMISSION BLVD
LAFAYETTE, LA 70508

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred Various

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

**3.121** | **Nonpriority creditor's name and mailing address** | $8,200.00

DNV GL USA, INC.
P O BOX 74008808
CHICAGO, IL 60674-8808

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

Date or dates debt was incurred Various

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number

---

Debtor    Diamond Offshore Company
_____
Name                                                    Case number *(if known)*    20-32307
_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.122** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DONALD BOYD C/O THE YOUNG FIRM - TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.123** | **Nonpriority creditor's name and mailing address** | $1,575.00

DONALD HOWARD
2121 MILFORD STREET
HOUSTON, TX 77098

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.124** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DONALD O'FARRELL C/O THE YOUNG FIRM - TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.125** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DONALD POUSSON C/O THE YOUNG FIRM - TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.126** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DONALD STEPHENS C/O THE YOUNG FIRM - TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Diamond Offshore Company
_____
Name

Case number *(if known)*  20-32307
_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.127**  **Nonpriority creditor's name and mailing address**                                                                         $5,692.50

DONNELLEY FINANCIAL, LLC
P O BOX 842282
BOSTON, MA 02284-2282

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

**3.128**  **Nonpriority creditor's name and mailing address**                                                                    $ Undetermined

DONNIE LUCAS C/O THE YOUNG FIRM - TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

**3.129**  **Nonpriority creditor's name and mailing address**                                                                         $1,894.39

DOOLEY TACKABERRY, INC.
1017 NORTH CRUSE AVENUE
BROUSSARD, LA 70518

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

**3.130**  **Nonpriority creditor's name and mailing address**                                                                         $1,195.89

DRAGAN GARABILJEVIC
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

**3.131**  **Nonpriority creditor's name and mailing address**                                                                        $60,758.24

DREW MARINE INC.
P O BOX 102170
ATLANTA, GA 30368-2170

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 30 of 104

Debtor  Diamond Offshore Company
_____
Name

Case number *(if known)* 20-32307
_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.132** | **Nonpriority creditor's name and mailing address** | $14,712.64

DTN, LLC
9110 W DODGE RD, #100
OMAHA, NE 68114

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.133** | **Nonpriority creditor's name and mailing address** | $67,275.00

DUCTMASTERS OF LOUISIANA INC
DBA DUCTZ OF SOUTH LA
121 LUKE STREET
LAFAYETTE, LA 70506

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.134** | **Nonpriority creditor's name and mailing address** | $835.46

DUGAS OIL
P O BOX 265
FRANKLIN, LA 70538-0265

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.135** | **Nonpriority creditor's name and mailing address** | $121,626.57

DUKE MARINE TECHNICAL SERVICES USA INC.
3425 HARVESTER ROAD, SUITE 210
BURLINGTON, ON L7N 3N1
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.136** | **Nonpriority creditor's name and mailing address** | $7,725.00

DUTTON'S NAVIGATION, INC.
2739 LAWRENCE ROAD
KEMAH, TX 77565

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   Diamond Offshore Company
_____
Name

Case number *(if known)* __20-32307__
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.137** | **Nonpriority creditor's name and mailing address** | $ Undetermined

DWAYNE APPLEWHITE C/O THE YOUNG FIRM - TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.138** | **Nonpriority creditor's name and mailing address** | $2,595.05

DXP ENTERPRISES, INC.
P O BOX 840511
DALLAS, TX 75284-0511

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.139** | **Nonpriority creditor's name and mailing address** | $17,608.74

E P S
P O BOX 3644
BEAUMONT, TX 77704-3644

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.140** | **Nonpriority creditor's name and mailing address** | $950.76

EADS DISTRIBUTION LLC
13843 N PROMENADE BLVD, STE 100
STAFFORD, TX 77477

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.141** | **Nonpriority creditor's name and mailing address** | $3,000.00

EAGLEBURGMANN INDUSTRIES LP
10035 BROOKRIVER DRIVE
HOUSTON, TX 77040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Diamond Offshore Company | Case number *(if known)* | 20-32307 |
|---|---|---|---|
| | Name | | |

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.142** | **Nonpriority creditor's name and mailing address** | | $38,970.60

EAN SERVICES, LLC
SERVICING NATIONAL CAR RENTAL
P O BOX 402334
ATLANTA, GA 30384-2334

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.143** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

EARNEST JORDON C/O THE YOUNG FIRM - TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.144** | **Nonpriority creditor's name and mailing address** | | $11,382.22

ECKEL INTERNATIONAL, INC.
P O BOX 1375
ODESSA, TX 79760

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.145** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

EDFRED LEBRUN
C/O THE YOUNG FIRM
ATTN: TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.146** | **Nonpriority creditor's name and mailing address** | | $ Undetermined

ELIJAH SLEDGE, SR. C/O THE YOUNG FIRM - TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor     Diamond Offshore Company
           _____
           Name

Case number (if known) 20-32307
                       _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.147** | **Nonpriority creditor's name and mailing address** | $115.16

ENERMECH MECHANICAL SERVICES, INC.
14000 WEST RD
HOUSTON, TX 77041

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.148** | **Nonpriority creditor's name and mailing address** | $5,875.50

ENTERGY
639 LOYOLA AVE.
L-ENT-6E
NEW ORLEANS, LA 70113

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.149** | **Nonpriority creditor's name and mailing address** | $10,559.55

ENTRION INC.
10497 TOWN & COUNTRY WAY
SUITE 220
HOUSTON, TX 77024

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.150** | **Nonpriority creditor's name and mailing address** | $1,480.00

EPM ANALYTICS, INC.
10755 SCRIPPS POWAY PKWY STE 405
SAN DIEGO, CA 92131

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.151** | **Nonpriority creditor's name and mailing address** | $12,927.80

EQUINIX, INC.
ONE LAGOON DRIVE
4TH FLOOR
REDWOOD CITY, CA 94065

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor __Diamond Offshore Company_____
          Name

Case number *(if known)* __20-32307_____

---

**Part 2:**   **Additional Page**

| | **Amount of claim** |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

| 3.152 | **Nonpriority creditor's name and mailing address** | | $354.48 |

EQUIPMENT DEPOT, INC.
PO BOX 98209
JACKSON, MS 39298

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | | $2,091.07 |

ERNST & YOUNG ASSESSORIA EMPRESARIAL LTDA.
PRAIA DE BOTAFOGO 370, DEP 2 AO 13 PAV SAL 101C
BOTAFOGO
RIO DE JANEIRO, RJ 22250-040
BRAZIL

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |

EVAN LONG, JR C/O THE YOUNG FIRM - TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | | $5,445.00 |

EVERGE GROUP, LLC
PO BOX 29647
DALLAS, TX 75229-9647

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | | $52,646.87 |

EXPRO AMERICAS, LLC
P O BOX 164
CYPRESS, TX 77410-0164

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor      Diamond Offshore Company
            _____
            Name

Case number *(if known)* 20-32307
                         _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.157**   **Nonpriority creditor's name and mailing address**                     $900.00

FASB
P O BOX 418272
BOSTON, MA 02241-8272

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.158**   **Nonpriority creditor's name and mailing address**                     $5,284.51

FASTENAL COMPANY
P O BOX 978
WINONA, MN 55987-0978

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.159**   **Nonpriority creditor's name and mailing address**                     $5,742.96

FEDERAL SIGNAL CORPORATION
2645 FEDERAL SIGNAL DRIVE
UNIVERSITY PARK, IL 60466-3195

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.160**   **Nonpriority creditor's name and mailing address**                     $1,092.72

FEDEX
P O BOX 94515
PALATINE, IL 60094-4515

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.161**   **Nonpriority creditor's name and mailing address**                     $97.00

FIRE & SAFETY SPECIALISTS, INC.
7701 JOHNSTON ST.
MAURICE, LA 70555

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Diamond Offshore Company | Case number *(if known)* | 20-32307 |
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.162 | **Nonpriority creditor's name and mailing address** | | $647.39 |

FIRE BOSS
7905 HWY. 90 WEST
NEW IBERIA, LA 70560

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | | $57,201.00 |

FIRE PROTECTION SERVICE, INC.
8050 HARRISBURG BLVD.
HOUSTON, TX 77012

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | | $247,716.17 |

FITZGERALD INSPECTION, INC.
P O BOX 919
AMELIA, LA 70340

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | | $223.26 |

FLODRAULIC GROUP INC.
#774583
4583 SOLUTIONS CENTER
CHICAGO, IL 60677-4005

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | | $1,737.82 |

FMC TECHNOLOGIES, INC.
FMC TI CORPORATION
C/O BANK OF AMERICA
DALLAS, TX 75284-5346

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

Debtor     Diamond Offshore Company
           _____
           Name                                              Case number *(if known)*  20-32307
                                                                         _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.167 | **Nonpriority creditor's name and mailing address** | $535.28

FORUM US, INC.
1196 PETROLEUM PARKWAY
BROUSSARD, LA 70518

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

3.168 | **Nonpriority creditor's name and mailing address** | $70.00

FPS SALES LLC
FIRE PROTECTION SERVICE INC.
P O BOX 5218
HOUSTON, TX 77262

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

3.169 | **Nonpriority creditor's name and mailing address** | $8,221.00

FPS-NEW ORLEANS
P O BOX 5218
HOUSTON, TX 77262

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

3.170 | **Nonpriority creditor's name and mailing address** | $28,666.58

FUGRO USA MARINE, INC.
200 DULLES DRIVE
LAFAYETTE, LA 70506

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

3.171 | **Nonpriority creditor's name and mailing address** | $19.93

FUSECO LP
P O BOX 224107
DALLAS, TX 75222-4107

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

Debtor    Diamond Offshore Company
          _____
          Name

Case number *(if known)* __20-32307__

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.172**  Nonpriority creditor's name and mailing address                                      $9,620.48

GAFFNEY KROESE ELECTRICAL SUPPLY CO
60 KINGSBRIDGE ROAD
PISCATAWAY, NJ 08854

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

Date or dates debt was incurred Various

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number

---

**3.173**  Nonpriority creditor's name and mailing address                                      $2,477.33

GAI-TRONICS INC
400 E. WYOMISSING AVENUE
MOHNTON, PA 19540

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

Date or dates debt was incurred Various

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number

---

**3.174**  Nonpriority creditor's name and mailing address                                      $1,815.45

GENESYS WORKS HOUSTON
PO BOX 732264
DALLAS, TX 75373-2264

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

Date or dates debt was incurred Various

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number

---

**3.175**  Nonpriority creditor's name and mailing address                                    $ Undetermined

GEORGE MCNAIR C/O THE YOUNG FIRM - TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Personal Injury

Date or dates debt was incurred Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number

---

**3.176**  Nonpriority creditor's name and mailing address                                    $ Undetermined

GLENN CORNWELL
C/O THE YOUNG FIRM
ATTN: TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation - Personal Injury

Date or dates debt was incurred Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number

---

| Debtor | Diamond Offshore Company | Case number *(if known)* 20-32307 |
|---|---|---|
| | Name | |

**Part 2:  Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.177**  **Nonpriority creditor's name and mailing address**                                    $ Undetermined

GLENN LABORDE SR.
C/O THE YOUNG FIRM
ATTN: TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.178**  **Nonpriority creditor's name and mailing address**                                    $98,626.96

GLOBAL MANUFACTURING, INC.
P O BOX 80534
LAFAYETTE, LA 70598

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.179**  **Nonpriority creditor's name and mailing address**                                    $72,355.93

GLOBALTECH SUBSEA, INC.
1016 INDIANA ST.
SOUTH HOUSTON, TX 77587

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.180**  **Nonpriority creditor's name and mailing address**                                    $33,542.92

GO EXPEDI
8844 N. SAM HOUSTON PKWY WEST
SUITE 210
HOUSTON, TX 77064

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.181**  **Nonpriority creditor's name and mailing address**                                    $3,917.93

GOVERNOR CONTROL SYSTEMS, INC.
SYSTEMS, INC.
3101 S.W. 3RD AVENUE
FT. LAUDERDALE, FL 33315

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor      Diamond Offshore Company
            _____
            Name

Case number *(if known)* __20-32307__

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.182**

**Nonpriority creditor's name and mailing address**

GRAINGER
DEPT. 838251551
P O BOX 419267
KANSAS CITY, MO 64141-6267

$16,427.52

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.183**

**Nonpriority creditor's name and mailing address**

GRAITEC USA, INC.
480 N. SAM HOUSTON PKWY, E.
SUITE 234
HOUSTON, TX 77060

$27,734.73

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.184**

**Nonpriority creditor's name and mailing address**

GREEN MARINE & INDUSTRIAL
EQUIPMENT CO., INC.
1111 CENTRAL AVENUE
METAIRIE, LA 70001

$30,014.76

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.185**

**Nonpriority creditor's name and mailing address**

GRIFFIN AMERICAS
2211 NORFOLK
STE 300
HOUSTON, TX 77098

$213,805.17

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.186**

**Nonpriority creditor's name and mailing address**

GROVER WAYNE HAWKES
C/O THE YOUNG FIRM
ATTN: TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

$ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Diamond Offshore Company
          _____
          Name                                                          Case number *(if known)*  20-32307
                                                                        _____

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.187** | Nonpriority creditor's name and mailing address | $290.59

GULF COAST OFFICE PRODUCTS
10424 PLAZA AMERICANA DRIVE
BATON ROUGE, LA 70816

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.188** | Nonpriority creditor's name and mailing address | $34,578.55

GULF COPPER & MANUFACTURING CORPORATION
P O BOX 547
PORT ARTHUR, TX 77641-0547

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.189** | Nonpriority creditor's name and mailing address | $231.19

GULF ELECTROQUIP, LTD.
P O BOX 4346, DEPT. 109
HOUSTON, TX 77210-4346

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.190** | Nonpriority creditor's name and mailing address | $2,081.89

GULF SALES & SUPPLY, INC.
1909 KENNETH AVE.
PASCAGOULA, MS 39567

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.191** | Nonpriority creditor's name and mailing address | $6,987.26

GULF SOUTH SERVICES, INC.
P O BOX 1229
AMELIA, LA 70340

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Diamond Offshore Company
          _____
          Name

Case number (if known)  20-32307
                        _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.192** | **Nonpriority creditor's name and mailing address** | $2,686.83

GUSTOMSC US INC.
10353 RICHMOND AVE
22ND FLOOR
HOUSTON, TX 77042

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.193** | **Nonpriority creditor's name and mailing address** | $11,059.67

HADLEY ENERGY SERVICES, LLC
1113-A RIDGE RD
DUSON, LA 70529

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.194** | **Nonpriority creditor's name and mailing address** | $22,639.00

HANIL-FUJI(KOREA) CO., LTD.
BUSAN NEW PORT, FREE DRADING ZONE
YONGWON-DONG, JINHAE-GU

KOREA, REPUBLIC OF

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.195** | **Nonpriority creditor's name and mailing address** | $30,817.63

HDI INSTRUMENTS , LLC
4130 DIRECTORS ROW
HOUSTON, TX 77092

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

**3.196** | **Nonpriority creditor's name and mailing address** | $24,004.98

HELIFUEL AS
HANALEITE 1
SVEIO
NORWAY N 5550
NORWAY

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number**

---

| Debtor | Diamond Offshore Company | Case number *(if known)* | 20-32307 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.197**

**Nonpriority creditor's name and mailing address** — $2,255.48

HERNIS SCAN SYSTEMS A/S
TANGEN ALLE 41 4817 HIS
ARENDAL, NORWAY

NORWAY

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.198**

**Nonpriority creditor's name and mailing address** — $13,679.00

HI AIR KOREA, LTD.
204, GOMO-RO 324BEON-GIL
JILL YE-MYEON GIMHAE-SI

KOREA, REPUBLIC OF

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.199**

**Nonpriority creditor's name and mailing address** — $9,938.37

HOLLOWAY HOUSTON, INC.
5833 ARMOUR DRIVE
HOUSTON, TX 77020

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.200**

**Nonpriority creditor's name and mailing address** — $953,286.15

HORNBECK OFFSHORE OPERATORS , LLC
PO BOX 54863
NEW ORLEANS, LA 70154-4863

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.201**

**Nonpriority creditor's name and mailing address** — $66,577.50

HOUGHTON INTERNATIONAL, INC.
P O BOX 8500 S-1310
PHILADELPHIA, PA 19178

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor      Diamond Offshore Company
            _____
            Name

Case number (if known) __20-32307__

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.202** | **Nonpriority creditor's name and mailing address** | $11,690.34

HOUSTON CITY TEMPORARIES
2401 FOUNTAINVIEW, SUITE 610
HOUSTON, TX 77057

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.203** | **Nonpriority creditor's name and mailing address** | $3,060.00

HOUSTON MOTOR & CONTROL, INC.
14400 HOLLISTER ROAD
SUITE 100
HOUSTON, TX 77066

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.204** | **Nonpriority creditor's name and mailing address** | $19,138.94

HOWARD & ASSOCIATES INTERNATIONAL, INC.
1416 S. HUGH WALLIS ROAD
LAFAYETTE, LA 70508

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.205** | **Nonpriority creditor's name and mailing address** | $22,901.60

HUB ENTERPRISES, INC.
P O BOX 3162
LAFAYETTE, LA 70502-3162

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.206** | **Nonpriority creditor's name and mailing address** | $35,988.00

HUBBELL INDUSTRIAL CONTROLS
4301 CHEYNNE DRIVE
ARCHDALE, NC 27263

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 45 of 104

Debtor    Diamond Offshore Company
       Name

Case number *(if known)* 20-32307

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.207** | **Nonpriority creditor's name and mailing address** | $55,994.64

HUFCO, INC.
14020 ASTON
HOUSTON, TX 77040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.208** | **Nonpriority creditor's name and mailing address** | $607.44

HUGG AND HALL EQUIPMENT CO.
P O BOX 194110
LITTLE ROCK, AR 72219-4110

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.209** | **Nonpriority creditor's name and mailing address** | $24,615.63

HYATT HOUSE HOUSTON
ENERGY CORRIDOR
ATTN: ACCOUNTS RECEIVABLE
HOUSTON, TX 77094

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.210** | **Nonpriority creditor's name and mailing address** | $6,019.86

HYDRADYNE, LLC
336 INDUSTRIAL PARKWAY
LAFAYETTE, LA 70508

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.211** | **Nonpriority creditor's name and mailing address** | $25,463.06

HYDRAQUIP, INC.
BOX 4493
HOUSTON, TX 77210

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Diamond Offshore Company | Case number *(if known)* | 20-32307 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.212 | Nonpriority creditor's name and mailing address | | $10,297,507.31 |
|---|---|---|---|

HYDRIL USA DISTRIBUTION LLC
P O BOX 671088
HOUSTON, TX 77267

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.213 | Nonpriority creditor's name and mailing address | | $265,117.07 |
|---|---|---|---|

HYUNDAI GLOBAL SERVICE AMERICAS CO.,LTD.
7206 HARMS ROAD
HOUSTON, TX 77041

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.214 | Nonpriority creditor's name and mailing address | | $46,952.00 |
|---|---|---|---|

IBM CORPORATION
P O BOX 26908
TEMPE, AZ 85285

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.215 | Nonpriority creditor's name and mailing address | | $3,849.00 |
|---|---|---|---|

IHS GLOBAL INC
15 INVERNESS WAY EAST
ENGLEWOOD, CO 80112-5776

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.216 | Nonpriority creditor's name and mailing address | | $6,195.71 |
|---|---|---|---|

IMAGENET CONSULTING LLC
913 NORTH BROADWAY
OKLAHOMA CITY, OK 73102

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor  Diamond Offshore Company
_____
Name

Case number (if known) _20-32307_____

---

**Part 2:**  **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

| 3.217 | Nonpriority creditor's name and mailing address | | $51,825.23 |
|---|---|---|---|

INDUSTRIAL AIR TOOL, L.P.
1305 WEST JACKSON
PASADENA, TX 77506

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.218 | Nonpriority creditor's name and mailing address | | $3,094.00 |
|---|---|---|---|

INDUSTRIAL ELECTRICAL MFG
48205 WARM SPRINGS B LVD
FREMONT, CA 94539

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.219 | Nonpriority creditor's name and mailing address | | $350.00 |
|---|---|---|---|

INDUSTRIAL SCALE CO. INC.
7424 WALLISVILLE RD.
HOUSTON, TX 77020

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.220 | Nonpriority creditor's name and mailing address | | $20,590.45 |
|---|---|---|---|

INFOSTAT SYSTEMS, INC.
P O BOX 214419
SACRAMENTO, CA 95821-4419

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.221 | Nonpriority creditor's name and mailing address | | $2,005.00 |
|---|---|---|---|

INGENIUX
P O BOX 21466
SEATTLE, WA 98111-3466

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor __Diamond Offshore Company__ Case number _(if known)_ _20-32307_
Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.222 | **Nonpriority creditor's name and mailing address** | | $6,128.65 |
|---|---|---|---|

INSERVIO 3
624 S AUSTIN AVE, STE 230
GEORGETOWN, TX 78626-5707

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | | $27,455.00 |
|---|---|---|---|

INTERMOOR INC.
P O BOX 95013
NEW ORLEANS, LA 70195

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | | $8,430.21 |
|---|---|---|---|

INTRADO DIGITAL MEDIA, LLC
C/O INTRADO CORPORATION
P.O. BOX 74007143
CHICAGO, IL 60674-7143

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | | $4,050.00 |
|---|---|---|---|

IOCEAN ENGINEERING LLC
211 BAKER RD, UNIT 7
BARKER, TX 77413

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | | $70,280.84 |
|---|---|---|---|

IOT HOLLAND
BOEKEL 36
1921 CE
AKERSLOOT
NETHERLANDS

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor      Diamond Offshore Company
            _____
            Name

Case number *(if known)*  20-32307
            _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.227 | **Nonpriority creditor's name and mailing address** | | $115,008.32 |

ITC GLOBAL USA LLC
THE REGIONAL ALLIANCE LEARNING CENTER
850 CRANBERRY WOODS DRIVE
CRANBERRY TOWNSHIP, PA 16066

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.228 | **Nonpriority creditor's name and mailing address** | | $0.00 |

ITM PROCUREMENT CONTRACTORS, LTD.
16 CARDEN PLACE
ABERDEEN AB10 1FX
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.229 | **Nonpriority creditor's name and mailing address** | | $646.38 |

JACKSON THOMAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.230 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |

JAMES HERBIE HARDY
C/O THE YOUNG FIRM
ATTN: TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.231 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |

JAMES LITTLE C/O THE YOUNG FIRM - TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor  Diamond Offshore Company
_____
Name

Case number *(if known)*  20-32307
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.232**   **Nonpriority creditor's name and mailing address**                                    $ Undetermined

JAMES T ANDERSON C/O BLACKWELL & ASSOCIATES - BRIAN
BLACKWELL
2600 CITIPLACE
SUITE 525
BATON ROUGE, LA 70808

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.233**   **Nonpriority creditor's name and mailing address**                                    $ Undetermined

JAMES WHATLEY C/O THE YOUNG FIRM - TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.234**   **Nonpriority creditor's name and mailing address**                                    $5,325.00

JELEC USA, INC.
103 ROW 3
LAFAYETTE, LA 70508

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.235**   **Nonpriority creditor's name and mailing address**                                    $ Undetermined

JERRY ART EVANS
C/O THE YOUNG FIRM
ATTN: TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.236**   **Nonpriority creditor's name and mailing address**                                    $ Undetermined

JERRY FREEMAN
C/O THE YOUNG FIRM
ATTN: TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Diamond Offshore Company | Case number *(if known)* | 20-32307 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.237** | **Nonpriority creditor's name and mailing address** | $ Undetermined

JERRY W JOHNSON C/O THE YOUNG FIRM - TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.238** | **Nonpriority creditor's name and mailing address** | $ Undetermined

JOHN BREITHAUPT C/O THE YOUNG FIRM - TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.239** | **Nonpriority creditor's name and mailing address** | $6,000.00

JOHN LEBOURHIS & ASSOC. INC.
1575 SAWDUST ROAD
SUITE 200
THE WOODLANDS, TX 77380

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.240** | **Nonpriority creditor's name and mailing address** | $ Undetermined

JOHN PAUL BUCKLEY
C/O THE YOUNG FIRM
ATTN: TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.241** | **Nonpriority creditor's name and mailing address** | $1,364.00

JONES WALKER LLP
811 MAIN ST.
HOUSTON, TX 77002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor     Diamond Offshore Company
_____     Case number (if known) 20-32307
           Name

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.242**   **Nonpriority creditor's name and mailing address**     $3,610.00

JOSE G. ACEVEDO, M.D., P.A.
P O BOX 421967
HOUSTON, TX 77242-1967

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.243**   **Nonpriority creditor's name and mailing address**     $32,555.20

JOTUN PAINTS INC.
P O BOX 930864
ATLANTA, GA 31193-0864

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.244**   **Nonpriority creditor's name and mailing address**     $4,375.00

JOWA USA, INC.
59 PORTER ROAD
LITTLETON, MA 01460

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.245**   **Nonpriority creditor's name and mailing address**     $794.27

KELVIN TOP-SET INC
12 GREENWAY PLAZA
SUITE 1100
HOUSTON, TX 77046

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.246**   **Nonpriority creditor's name and mailing address**     $ Undetermined

KENNETH TAYLOR C/O THE YOUNG FIRM - TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor _____Diamond Offshore Company_____
             Name

Case number (if known) ___20-32307___

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.247**  **Nonpriority creditor's name and mailing address**

KENTWOOD SPRINGS
ACCT #18527952953967
P O BOX 660579
DALLAS, TX 75266-0579

$644.59

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.248**  **Nonpriority creditor's name and mailing address**

KEPPEL FELS LIMITED
5177 RICHMOND AVE., SUITE 1065
HOUSTON, TX 77056

$4,915,975.00

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.249**  **Nonpriority creditor's name and mailing address**

KISWIRE TRADING INC.
P.O. BOX 130711
THE WOODLANDS, TX 77393

$531,920.00

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.250**  **Nonpriority creditor's name and mailing address**

KONGSBERG MARITIME AS
KIRKEGARDSVEIEN 45
CARPUS
NORWAY N 3601
NORWAY

$14,000.00

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.251**  **Nonpriority creditor's name and mailing address**

KONGSBERG MARITIME INC.
10777 WESTHEIMER RD
SUITE 1200
HOUSTON, TX 77042

$441,942.48

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Diamond Offshore Company
          Name

Case number (if known) 20-32307

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.252**    **Nonpriority creditor's name and mailing address**      $25,007.03

L. C. ELDRIDGE SALES CO., INC.
9800 RICHMOND AVENUE
SUITE 325
HOUSTON, TX 77042

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.253**    **Nonpriority creditor's name and mailing address**      $1,431.35

LARD OIL CO. OF ACADIANA, LLC
P O BOX 919403
DALLAS, TX 75391-9403

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.254**    **Nonpriority creditor's name and mailing address**      $ Undetermined

LARRY LABORDE C/O THE YOUNG FIRM - TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.255**    **Nonpriority creditor's name and mailing address**      $ Undetermined

LARRY MULLINS C/O THE YOUNG FIRM - TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.256**    **Nonpriority creditor's name and mailing address**      $ Undetermined

LARRY SMITH C/O THE YOUNG FIRM - TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Diamond Offshore Company
_____
Name

Case number *(if known)* __20-32307__

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.257** | **Nonpriority creditor's name and mailing address** | $251,463.49

LHR SERVICES & EQUIPMENT, INC.
7815 HANSEN
HOUSTON, TX 77061

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.258** | **Nonpriority creditor's name and mailing address** | $75,900.00

LINRICH SOLUTIONS, LLC
11803 GRANT ROAD
SUITE 205
CYPRESS, TX 77429

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.259** | **Nonpriority creditor's name and mailing address** | $200.00

LLOYD'S REGISTER QUALITY ASSURANCE, INC.
P O BOX 301030
DALLAS, TX 75303-1030

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.260** | **Nonpriority creditor's name and mailing address** | $26,845.56

LOADMASTER DERRICK & EQUIPMENT, INC.
510 FARMINGTON DRIVE
LAFAYETTE, LA 70503

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.261** | **Nonpriority creditor's name and mailing address** | $171,336.37

LOGAN INDUSTRIES INTL. CORP
1000 BLASINGAME ROAD
HEMPSTEAD, TX 77445

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | Page 56 of 104

Debtor    Diamond Offshore Company
_____
          Name

Case number *(if known)* 20-32307
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.262**  **Nonpriority creditor's name and mailing address**                                                    $69,855.94

LONG VIEW SYSTEMS CORPORATION (USA)
LONG VIEW
555- 17TH STREET
DENVER, CO 80202-5428

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.263**  **Nonpriority creditor's name and mailing address**                                                    $13,752.75

LORAN-GULFCOAST HOLDING COMPANY INC.
2650 MATILDA DRIVE
HOUSTON, TX 77032

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.264**  **Nonpriority creditor's name and mailing address**                                                    $ Undetermined

LOUIS (BRENDA) E. BRADLEY SR.
C/O THE YOUNG FIRM
ATTN: TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.265**  **Nonpriority creditor's name and mailing address**                                                    $519,339.64

LOUISIANA ELECTRIC RESOURCE & SUPPLY, LLC
4903 B WEST SAM HOUSTON PKWY N
HOUSTON, TX 77041

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.266**  **Nonpriority creditor's name and mailing address**                                                    $883.33

LOUISIANA WATER COMPANY
448 E. MAIN STREET
NEW IBERIA, LA 70560

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F                     **Schedule E/F: Creditors Who Have Unsecured Claims**                     Page 57 of 104

Debtor   Diamond Offshore Company
_____
Name

Case number *(if known)* _20-32307_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.267** | **Nonpriority creditor's name and mailing address** | $ Undetermined

LYNN LABORDE C/O THE YOUNG FIRM - TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.268** | **Nonpriority creditor's name and mailing address** | $4,850.00

LYNN ROMERO TRUCKING CO., INC.
P O BOX 9189
NEW IBERIA, LA 70562

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.269** | **Nonpriority creditor's name and mailing address** | $272.00

M & I ELECTRIC, LLC
1250 WOOD BRANCH PARK DR.,
STE. 600
HOUSTON, TX 77079

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.270** | **Nonpriority creditor's name and mailing address** | $1,116.81

M-I, LLC
P O BOX 732135
DALLAS, TX 75373-2135

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.271** | **Nonpriority creditor's name and mailing address** | $62,345.00

M. C. ELECTRIC, L.L.C.
P O BOX 930
AMELIA, LA 70340

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Diamond Offshore Company
          _____
          Name

Case number *(if known)*  20-32307

---

**Part 2:**  **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

**3.272**   Nonpriority creditor's name and mailing address                                                      $7,414.44

MACKAY COMMUNICATIONS, INC. DBA MACKAY MARINE
P O BOX 60925
CHARLOTTE, NC 28260

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.273**   Nonpriority creditor's name and mailing address                                                      $55,724.83

MAERSK H2S SAFETY SERVICES A/S
RAVNEVEJ 12
6705 ESBJERG

DENMARK

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.274**   Nonpriority creditor's name and mailing address                                                      $ Undetermined

MARK HODGES C/O THE YOUNG FIRM - TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.275**   Nonpriority creditor's name and mailing address                                                      $793.78

MARK'S TIRE & HEBERTS WRECKER
1741 CENTER STREET
NEW IBERIA, LA 70560

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.276**   Nonpriority creditor's name and mailing address                                                      $2,887.45

MARKING SERVICES INSTALLATION, INC.
8265 N FAULKNER RD
MILWAUKEE, WI 53224

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor      Diamond Offshore Company
            _____
            Name

                                    Case number *(if known)*  20-32307
                                    _____

**Part 2:   Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

| 3.277 | **Nonpriority creditor's name and mailing address** | $122,500.63 |
|---|---|---|

MARTIN ENERGY SERVICES LLC
DEPT.# 30616
P O BOX 11407
BIRMINGHAM, AL 35246-30616

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.278 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

MARY FRANCES LEBRUN
C/O THE YOUNG FIRM
ATTN: TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.279 | **Nonpriority creditor's name and mailing address** | $32,740.88 |
|---|---|---|

MASTER RIG INTERNATIONAL LLLP
6400 ROMONA
HOUSTON, TX 77086

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.280 | **Nonpriority creditor's name and mailing address** | $ Undetermined |
|---|---|---|

MAX FINLEY
C/O THE YOUNG FIRM
ATTN: TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.281 | **Nonpriority creditor's name and mailing address** | $8,931.11 |
|---|---|---|

MCKEE-BURKE AND ASSOCIATES, LLC
2000 BERING DRIVE SUITE 150
HOUSTON, TX 77057

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Diamond Offshore Company
          _____
          Name

Case number *(if known)* 20-32307
          _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.282**  **Nonpriority creditor's name and mailing address**                                                       $16,636.75

MEDI-CHEST, INC.
812 JEFFERSON TERRACE
NEW IBERIA, LA 70560

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.283**  **Nonpriority creditor's name and mailing address**                                                       $1,991,410.76

MHWIRTH AS
BUTANGEN 20
4639 KRISTIANSAND, NORWAY

NORWAY

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.284**  **Nonpriority creditor's name and mailing address**                                                       $1,583.14

MICHAEL BOYINGTON
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.285**  **Nonpriority creditor's name and mailing address**                                                       $ Undetermined

MICHAEL MCDOWELL C/O THE YOUNG FIRM - TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.286**  **Nonpriority creditor's name and mailing address**                                                       $312.59

MIDWEST HOSE & SPECIALTY, INC.
10640 TANNER RD
HOUSTON, TX 77041

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor     Diamond Offshore Company
           _____
           Name

Case number *(if known)* __20-32307__

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.287**   **Nonpriority creditor's name and mailing address**                              $ Undetermined

MILTON REESE C/O THE YOUNG FIRM - TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.288**   **Nonpriority creditor's name and mailing address**                              $139,218.83

MMR CONSTRUCTORS, INC.
7065 FANNETT ROAD
BEAUMONT, TX 77705

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.289**   **Nonpriority creditor's name and mailing address**                              $11,411.20

MORGAN STANLEY SMITH BARNEY LLC
C/O MELLON BANK
P O BOX 7777-W4555
PHILADELPHIA, PA 19175

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.290**   **Nonpriority creditor's name and mailing address**                              $131,330.00

MOSS MARITIME A.S.
VOLLSVEIEN 17 A POSTBOKS 120
LYSAKER
NORWAY

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.291**   **Nonpriority creditor's name and mailing address**                              $11,557.35

MOTION /VOORHIES SUPPLY
205 MONROE STREET
LAFAYETTE, LA 70501

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Diamond Offshore Company
          _____
          Name

Case number *(if known)* 20-32307
          _____

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.292**  **Nonpriority creditor's name and mailing address**                                                          $728.77

MOTION INDUSTRIES, INC.                          **As of the petition filing date, the claim is:**
P O BOX 849737                                   *Check all that apply.*
DALLAS, TX 75284-9737
                                                 ☐ Contingent
                                                 ☐ Unliquidated
                                                 ☐ Disputed

                                                 **Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various      **Is the claim subject to offset?**

**Last 4 digits of account number**              ☐ No
                                                 ☐ Yes

---

**3.293**  **Nonpriority creditor's name and mailing address**                                                          $545.17

MOTOR-SERVICES HUGO STAMP, INC.                  **As of the petition filing date, the claim is:**
3190 S.W. 4TH AVENUE                             *Check all that apply.*
FORT LAUDERDALE, FL 33315
                                                 ☐ Contingent
                                                 ☐ Unliquidated
                                                 ☐ Disputed

                                                 **Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various      **Is the claim subject to offset?**

**Last 4 digits of account number**              ☐ No
                                                 ☐ Yes

---

**3.294**  **Nonpriority creditor's name and mailing address**                                                          $108.63

MUSTANG CAT                                      **As of the petition filing date, the claim is:**
P O BOX 4346                                     *Check all that apply.*
DEPT. 144
HOUSTON, TX 77210-4346                           ☐ Contingent
                                                 ☐ Unliquidated
                                                 ☐ Disputed

                                                 **Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various      **Is the claim subject to offset?**

**Last 4 digits of account number**              ☐ No
                                                 ☐ Yes

---

**3.295**  **Nonpriority creditor's name and mailing address**                                                          $1,034.00

NAG, LLC                                         **As of the petition filing date, the claim is:**
NAVAL AUTOMATION GROUP)                          *Check all that apply.*
2511 WALMER AVENUE
NORFOLK, VA 23513                                ☐ Contingent
                                                 ☐ Unliquidated
                                                 ☐ Disputed

                                                 **Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various      **Is the claim subject to offset?**

**Last 4 digits of account number**              ☐ No
                                                 ☐ Yes

---

**3.296**  **Nonpriority creditor's name and mailing address**                                                          $10,129.97

NANCE INTERNATIONAL, INC.                        **As of the petition filing date, the claim is:**
P O BOX 1547                                     *Check all that apply.*
BEAUMONT, TX 77704-1547
                                                 ☐ Contingent
                                                 ☐ Unliquidated
                                                 ☐ Disputed

                                                 **Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various      **Is the claim subject to offset?**

**Last 4 digits of account number**              ☐ No
                                                 ☐ Yes

---

Official Form 206E/F              **Schedule E/F: Creditors Who Have Unsecured Claims**              Page 63 of 104

Debtor      Diamond Offshore Company
            _____
            Name                                          Case number *(if known)*  20-32307
                                                          _____

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.297** | **Nonpriority creditor's name and mailing address** | $6,280.59

NASDAQ CORPORATE SOLUTIONS, LLC
LBX #11700
P O BOX 780700
PHILADELPHIA, PA 19178-0700

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.298** | **Nonpriority creditor's name and mailing address** | $171,385.92

NATIONAL OILWELL VARCO LP
WELLS FARGO BANK
P O BOX 201224
DALLAS, TX 75320-1224

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.299** | **Nonpriority creditor's name and mailing address** | $1,304,535.07

NATIONAL OILWELL VARCO NORWAY AS
P O BOX 8181
STAVANGER, NORWAY
 4069
NORWAY

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.300** | **Nonpriority creditor's name and mailing address** | $12,202,254.29

NATIONAL OILWELL VARCO, L.P.
NATIONAL OILWELL VARCO
P O BOX 201181
DALLAS, TX 75320-1181

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.301** | **Nonpriority creditor's name and mailing address** | $ Undetermined

NATIONAL OILWELL VARCO
10353 RICHMOND AVENUE
HOUSTON, TX 77042

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation - Other

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Diamond Offshore Company
          _____
          Name

Case number *(if known)* __20-32307__

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.302 | **Nonpriority creditor's name and mailing address** | $5,482,539.85 |
|---|---|---|

NATIONAL OILWELL VARCO
10353 RICHMOND AVENUE
HOUSTON, TX 77042

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.303 | **Nonpriority creditor's name and mailing address** | $99.90 |
|---|---|---|

NAVEX GLOBAL, INC.
P O BOX 60941
CHARLOTTE, NC 28260-0941

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.304 | **Nonpriority creditor's name and mailing address** | $89.72 |
|---|---|---|

NAVICO NORWAY AS
NYASKAIVEIEN2
EGERSUND

NORWAY

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.305 | **Nonpriority creditor's name and mailing address** | $59,648.95 |
|---|---|---|

NETWORK INNOVATIONS EN INC.
5906 BROADWAY
PEARLAND, TX 77581

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.306 | **Nonpriority creditor's name and mailing address** | $0.00 |
|---|---|---|

NI TUBULARS (UK) LTD.
LONDON OFFICE, OLD CHANGE HOUSE
128 QUEEN VICTORIA STREET

UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Diamond Offshore Company | Case number *(if known)* | 20-32307 |
|--------|--------------------------|--------------------------|----------|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.307**   **Nonpriority creditor's name and mailing address**                                                                          $108.56

NI WELDING SUPPLY, LLC
125 THRUWAY PARK
BROUSSARD, LA 70518

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.308**   **Nonpriority creditor's name and mailing address**                                                                          $1,672.00

NICO SUPPLY COMPANY, INC.
7519 HIGHWAY 14
NEW IBERIA, LA 70560

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.309**   **Nonpriority creditor's name and mailing address**                                                                          $4,332.82

NORTHROP GRUMMAN SYSTEMS CORP. DBA SPERRY MARINE
143 MALLARD ST
SUITE A
ST. ROSE, LA 70087

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.310**   **Nonpriority creditor's name and mailing address**                                                                          $9,000.00

NOV PRESSURE CONTROL GROUP
NATIONAL OILWELL VARCO
P O BOX 201207
DALLAS, TX 75320-1207

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.311**   **Nonpriority creditor's name and mailing address**                                                                          $8,209.34

NOV WELLSITE SERVICES
NATIONAL OILWELL VARCO LP
P O BOX 202631
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Diamond Offshore Company
_____
          Name

Case number *(if known)* __20-32307__

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.312**  **Nonpriority creditor's name and mailing address**  $30,900.00

NOVELLANT ENGINEERING SERVICES LLC
440 COBIA DRIVE
SUITE 301
KATY, TX 77494

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.313**  **Nonpriority creditor's name and mailing address**  $20,280.96

NSSL GLOBAL LTD
1000 RIVERBEND DRIVE
SUITE A
ST. ROSE, LA 70087

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.314**  **Nonpriority creditor's name and mailing address**  $5,673.18

O.C. TANNER RECOGNITION COMPANY
LB 410023
PO BOX 35143
SEATTLE, WA 98124-5143

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.315**  **Nonpriority creditor's name and mailing address**  $115,419.17

OCEANEERING INTERNATIONAL, INC.
931 HWY 90 EAST
ATTN: DANA MORRISON
BAYOU VISTA, LA 70380

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.316**  **Nonpriority creditor's name and mailing address**  $51,355.27

OEG OFFSHORE INC.
2025 RAILROAD AVE
MORGAN CITY, LA 70380

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Diamond Offshore Company
          Name                                          Case number *(if known)*  20-32307

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.317**  **Nonpriority creditor's name and mailing address**                                    $579.45

OFFICE DEPOT INC.                              **As of the petition filing date, the claim is:**
P O BOX 633301                                 *Check all that apply.*
CINCINNATI, OH 45263-3301
                                               ☐ Contingent
                                               ☐ Unliquidated
                                               ☐ Disputed

                                               **Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various    **Is the claim subject to offset?**

**Last 4 digits of account number**            ☐ No
                                               ☐ Yes

---

**3.318**  **Nonpriority creditor's name and mailing address**                                    $17,358.31

OFFICE MART                                    **As of the petition filing date, the claim is:**
P O BOX 11637                                  *Check all that apply.*
NEW IBERIA, LA 70562-1637
                                               ☐ Contingent
                                               ☐ Unliquidated
                                               ☐ Disputed

                                               **Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various    **Is the claim subject to offset?**

**Last 4 digits of account number**            ☐ No
                                               ☐ Yes

---

**3.319**  **Nonpriority creditor's name and mailing address**                                    $33,456.00

OFFSHORE AIR & REFRIGERATION, INC.             **As of the petition filing date, the claim is:**
P O BOX 2626                                   *Check all that apply.*
LAFAYETTE, LA 70502
                                               ☐ Contingent
                                               ☐ Unliquidated
                                               ☐ Disputed

                                               **Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various    **Is the claim subject to offset?**

**Last 4 digits of account number**            ☐ No
                                               ☐ Yes

---

**3.320**  **Nonpriority creditor's name and mailing address**                                    $200.00

OFFSHORE MEDICAL LOGISTICS                     **As of the petition filing date, the claim is:**
107 WALL BLVD                                  *Check all that apply.*
GRETNA, LA 70056
                                               ☒ Contingent
                                               ☒ Unliquidated
                                               ☐ Disputed

                                               **Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various    **Is the claim subject to offset?**

**Last 4 digits of account number**            ☐ No
                                               ☐ Yes

---

**3.321**  **Nonpriority creditor's name and mailing address**                                    $422.72

OFFSHORE PETROCHEMICALS & SERVICE              **As of the petition filing date, the claim is:**
19TH FLOOR, KSCFC BUILDING                     *Check all that apply.*
395-70 SHINDAEBANG-DONG
                                               ☐ Contingent
KOREA, REPUBLIC OF                             ☐ Unliquidated
                                               ☐ Disputed

                                               **Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various    **Is the claim subject to offset?**

**Last 4 digits of account number**            ☐ No
                                               ☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 68 of 104

Debtor  Diamond Offshore Company
_____
Name

Case number *(if known)*  20-32307
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.322**  **Nonpriority creditor's name and mailing address**                                                      $219,894.57

OFFSHORE RENTAL, LLC
DBA TIGER OFFSHORE RENTALS
P O BOX 790
BEAUMONT, TX 77704-0790

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.323**  **Nonpriority creditor's name and mailing address**                                                      $95,995.23

OFFSHORE RIG MOVERS INTERNATIONAL INC
2739 LAWRENCE ROAD
KEMAH, TX 77565

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.324**  **Nonpriority creditor's name and mailing address**                                                      $38,250.00

OIL STATES ENERGY SERVICES LLC
P O BOX 203567
DALLAS, TX 75320-3567

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.325**  **Nonpriority creditor's name and mailing address**                                                      $8,800.00

OIL STATES INDUSTRIES
1180 MULBERRY DRIVE
HOUMA, LA 70363

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.326**  **Nonpriority creditor's name and mailing address**                                                      $34,323.90

OIL STATES SKAGIT SMATCO LLC
P O BOX 4036
HOUMA, LA 70361

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Diamond Offshore Company
_____
          Name

Case number (if known) 20-32307
_____

**Part 2:    Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

| 3.327 | Nonpriority creditor's name and mailing address | | $8,763.79 |
|---|---|---|---|

OMADA HEALTH, INC
500 SANSOME STREET
SUITE 200
SAN FRANCISCO, CA 94111

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.328 | Nonpriority creditor's name and mailing address | | $767.90 |
|---|---|---|---|

OMEGA ENGINEERING, INC.
26904 NETWORK PLACE
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.329 | Nonpriority creditor's name and mailing address | | $23,747.61 |
|---|---|---|---|

ONE STEP POWER SOLUTIONS INC
832 DORCHESTER ST.
HOUSTON, TX 77022

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.330 | Nonpriority creditor's name and mailing address | | $10,245.89 |
|---|---|---|---|

ONESTREAM SOFTWARE LLC
362 SOUTH STREET
ROCHESTER, MI 48307

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.331 | Nonpriority creditor's name and mailing address | | $363.04 |
|---|---|---|---|

OPEN TEXT, INC.
275 FRANK TOMPA DRIVE
WATERLOO, ON

CANADA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor    Diamond Offshore Company
          _____
          Name

Case number (if known) 20-32307
                       _____

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.332 | **Nonpriority creditor's name and mailing address** | | $24,517.21 |
|---|---|---|---|

OPTIV SECURITY INC.
P O BOX 28216 NETWORK PLACE
CHICAGO, IL 60673-1282

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.333 | **Nonpriority creditor's name and mailing address** | | $63,304.32 |
|---|---|---|---|

ORACLE AMERICA, INC
DEPT 44860
P O BOX 44000
SAN FRANCISCO, CA 94144-4860

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.334 | **Nonpriority creditor's name and mailing address** | | $3,714.00 |
|---|---|---|---|

ORGA OFFSHORE B.V.
STRICKLEDEWEG 13
3125 AT SCHIEDAM

NETHERLANDS

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.335 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

OSCAR HOLMES, JR. C/O THE YOUNG FIRM - TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| 3.336 | **Nonpriority creditor's name and mailing address** | | $430.00 |
|---|---|---|---|

OSHA LIANG LLP
1221 MCKINNEY STREET
SUITE 2800
HOUSTON, TX 77010

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | Diamond Offshore Company | Case number (if known) | 20-32307 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.337 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

OTIS DALE GRIMBLE
C/O THE YOUNG FIRM
ATTN: TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.338 | **Nonpriority creditor's name and mailing address** | | $35,427.60 |
|---|---|---|---|

P3 GLOBAL PERSONNEL LLC
P O BOX 3617
HOUMA, LA 70361

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.339 | **Nonpriority creditor's name and mailing address** | | $27,304.00 |
|---|---|---|---|

PALFINGER MARINE USA INC.
912 HWY 90 EAST
NEW IBERIA, LA 70560

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.340 | **Nonpriority creditor's name and mailing address** | | $507,470.70 |
|---|---|---|---|

PARKER HANNIFIN CORPORATION
PARFLEX DIVISION
1300 N. FREEDOM STREET
RAVENNA, OH 44266

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.341 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

PAUL RAY DAVIS
C/O THE YOUNG FIRM
ATTN: TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Diamond Offshore Company
_____
Name

Case number *(if known)*    20-32307
_____

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.342 | Nonpriority creditor's name and mailing address | | $2,542.47 |
|---|---|---|---|

PCAOB
P O BOX 631116
BALTIMORE, MD 21263-1116

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | | $ Undetermined |
|---|---|---|---|

PERCY LEE HALL
C/O THE YOUNG FIRM
ATTN: TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | | $40,325.36 |
|---|---|---|---|

PERKINS DRILLING TOOLS, INC.
P O BOX 41772
HOUSTON, TX 77241-1772

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | | $83,098.47 |
|---|---|---|---|

POLAR RIG SPECIALTIES, INC.
18915 PHILLIP WAY
NEW CANEY, TX 77357

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address | | $1,348.00 |
|---|---|---|---|

POWER SPECIALTIES LLC
325 CHENNAULT STREET
MORGAN CITY, LA 70380

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Diamond Offshore Company
          _____
          Name

Case number *(if known)* 20-32307
                         _____

**Part 2:    Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.347 | **Nonpriority creditor's name and mailing address** | | $31,596.25 |
|---|---|---|---|

PRESIDIO NETWORKED SOLUTIONS GROUP, LLC
P O BOX 677638
DALLAS, TX 75267-7638

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.348 | **Nonpriority creditor's name and mailing address** | | $2,401.00 |
|---|---|---|---|

PRIORITY PASS, INC.
5204 TENNYSON PARKWAY
#500
PLANO, TX 75024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.349 | **Nonpriority creditor's name and mailing address** | | $4,500.00 |
|---|---|---|---|

PROSCI, INC.
2950 E HARMONY RD.
SUITE 130
FORT COLLINS, CO 80528

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.350 | **Nonpriority creditor's name and mailing address** | | $2,439.89 |
|---|---|---|---|

PROSERV GILMORE VALVE,LLC
1231 LUMPKIN ROAD
HOUSTON, TX 77043

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.351 | **Nonpriority creditor's name and mailing address** | | $39,239.86 |
|---|---|---|---|

PUFFER SWEIVEN LP
P O BOX 301124
DALLAS, TX 75303-1124

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Diamond Offshore Company | Case number (if known) 20-32307 |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.352**

**Nonpriority creditor's name and mailing address**                                              $17,834.52

PUMP SYSTEMS, LLC
405 COMMERCE PT.
METAIRIE, LA 70123

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.353**

**Nonpriority creditor's name and mailing address**                                              $26,638.21

QUINCY COMPRESSOR LLC
701 NORTH DOBSON AVENUE
BAY MINETTE, AL 77061

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.354**

**Nonpriority creditor's name and mailing address**                                              $26,168.72

RADIO HOLLAND USA, INC.
P O BOX 973893
DALLAS, TX 75397

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.355**

**Nonpriority creditor's name and mailing address**                                              $532.11

RALPH'S INDUSTRIAL ELECTRONIC SUPPLIES
INDUSTRIAL ELECTRONIC SUPPLIES
P O BOX R
LAFAYETTE, LA 70502

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.356**

**Nonpriority creditor's name and mailing address**                                              $933.75

READYREFRESH BY NESTLE
A DIVISION OF NESTLE WATERS
NORTH AMERICA INC
LOUISVILLE, KY 40285-6680

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Diamond Offshore Company
          Name

Case number *(if known)*  20-32307

---

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

| 3.357 | **Nonpriority creditor's name and mailing address** | | $13,712.42 |
|---|---|---|---|

RED WING BRANDS OF AMERICA INC.
RED WING SHOE COMPANY, INC
314 MAIN STREET
RED WING, MN 55066

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.358 | **Nonpriority creditor's name and mailing address** | | $4,572.00 |
|---|---|---|---|

REEL POWER OIL & GAS, INC. DBA:RADOIL
8780 WEST ROAD
HOUSTON, TX 77064

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.359 | **Nonpriority creditor's name and mailing address** | | $10,147.26 |
|---|---|---|---|

REFINITIV US LLC
PO BOX 415983
BOSTON, MA 02241

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.360 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

REGGIE LYNN JONES SR.
C/O THE YOUNG FIRM
ATTN: TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.361 | **Nonpriority creditor's name and mailing address** | | $135,369.49 |
|---|---|---|---|

RELYON NUTEC USA, LLC
ATTN:ACCOUNTS RECEIVABLE
209 CLENDENNING ROAD
HOUMA, LA 70363

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Diamond Offshore Company | Case number *(if known)* | 20-32307 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.362 | **Nonpriority creditor's name and mailing address** | | $4,209.40 |
|---|---|---|---|

REMOTE OCEAN SYSTEMS INC (ROS)
5618 COPLEY DRIVE
SAN DIEGO, CA 92111

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.363 | **Nonpriority creditor's name and mailing address** | | $574.00 |
|---|---|---|---|

RENE ALEGRIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.364 | **Nonpriority creditor's name and mailing address** | | $1,951.41 |
|---|---|---|---|

RESHMA LATCHMAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.365 | **Nonpriority creditor's name and mailing address** | | $652.52 |
|---|---|---|---|

RESOURCE POWER GROUP
P O BOX 54942
NEW ORLEANS, LA 70154

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.366 | **Nonpriority creditor's name and mailing address** | | $36,035.00 |
|---|---|---|---|

REVOLUTIONARY SECURITY LLC
350 SENTRY PARKWAY, BUILDING 670, STE 201
BLUE BELL, PA 19422

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor  Diamond Offshore Company
_____
Name

Case number *(if known)*  20-32307
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.367** | **Nonpriority creditor's name and mailing address** | $232,705.06

REXEL
521 HWY 90
MISSOURI CITY, TX 77489

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.368** | **Nonpriority creditor's name and mailing address** | $1,874.81

RICE ELECTRONICS
1006 CLOTHILDE ST.
MORGAN CITY, LA 70380

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.369** | **Nonpriority creditor's name and mailing address** | $32,980.00

RICHARD C. OWEN JR.
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.370** | **Nonpriority creditor's name and mailing address** | $ Undetermined

RICHARD LEE BASS SR.
C/O THE YOUNG FIRM
ATTN: TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.371** | **Nonpriority creditor's name and mailing address** | $305,864.66

RIG SURVEYS INC
1333 PRICE PLAZA DRIVE
KATY, TX 77449

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor      Diamond Offshore Company
            _____
            Name                                                    Case number _(if known)_ _20-32307_

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

---

**3.372**    **Nonpriority creditor's name and mailing address**      $ Undetermined

ROBERT GLASS
C/O THE YOUNG FIRM
ATTN: TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
_Check all that apply._
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.373**    **Nonpriority creditor's name and mailing address**      $ Undetermined

ROBERT J PETERS C/O THE YOUNG FIRM - TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
_Check all that apply._
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.374**    **Nonpriority creditor's name and mailing address**      $213,325.03

ROMAR OFFSHORE WELDING SERVICES, LLC
P O BOX 5539
MOSS POINT, MS 39563

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.375**    **Nonpriority creditor's name and mailing address**      $ Undetermined

RONALD MAYNARD C/O KOERNER LAW FIRM - LOUIS KOERNER
1204 JACKSON AVENUE
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
_Check all that apply._
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.376**    **Nonpriority creditor's name and mailing address**      $ Undetermined

RONALD MELTON C/O THE YOUNG FIRM - TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
_Check all that apply._
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor      Diamond Offshore Company
            _____
            Name                                              Case number (if known)  20-32307
                                                                                      _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.377 | **Nonpriority creditor's name and mailing address** | $ Undermined

ROY ANDERSON C/O THE YOUNG FIRM - TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.378 | **Nonpriority creditor's name and mailing address** | $47,146.17

RPS ENERGY PTY LTD
38 STATION ST
SOBIACO, WA 6008

AUSTRALIA

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.379 | **Nonpriority creditor's name and mailing address** | $1,750.00

RPS GROUP, INC.
20405 TOMBALL PARKWAY
SUITE 200
HOUSTON, TX 77070

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.380 | **Nonpriority creditor's name and mailing address** | $ Undermined

RUSTY BRADSHAW C/O THE YOUNG FIRM - TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

3.381 | **Nonpriority creditor's name and mailing address** | $5,954.31

SABINE UNIVERSAL PRODUCTS, INC.
945 HOUSTON AVE.
PORT ARTHUR, TX 77640

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Diamond Offshore Company
_____
Name

Case number *(if known)*  20-32307
_____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.382**   **Nonpriority creditor's name and mailing address**    $294,124.00

SAFEKICK AMERICAS LLC
1350 RAVELLO DRIVE
KATY, TX 77449

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.383**   **Nonpriority creditor's name and mailing address**    $5,572.86

SAFETY MANAGEMENT SYSTEMS LLC
2916 N UNIVERSITY
LAFAYETTE, LA 70507

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.384**   **Nonpriority creditor's name and mailing address**    $9,714.20

SAIA MOTOR FREIGHT LINE LLC
P O BOX A
STATION 1
HOUMA, LA 70363

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.385**   **Nonpriority creditor's name and mailing address**    $141,034.90

SALUNDA LIMITED
6 AVONBURY BUISNESS PARK
HOWES LANE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.386**   **Nonpriority creditor's name and mailing address**    $ Undetermined

SAMUEL CURRIE MCLEOD
C/O THE YOUNG FIRM
ATTN: TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor  Diamond Offshore Company
Name

Case number (if known)  20-32307

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.387 | **Nonpriority creditor's name and mailing address** | | $226.63 |
|---|---|---|---|

SAUER COMPRESSORS USA, INC.
245 LOG CANOE CIRCLE
STEVENSVILLE, MD 21666

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.388 | **Nonpriority creditor's name and mailing address** | | $35,621.10 |
|---|---|---|---|

SAVAGE BRANDS
FOURTH FLOOR
4203 YOAKUM BOULEVARD
HOUSTON, TX 77006

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.389 | **Nonpriority creditor's name and mailing address** | | $570.06 |
|---|---|---|---|

SCHALLER AUTOMATION LP
811 SHOTGUN ROAD
SUNRISE, FL 33326

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.390 | **Nonpriority creditor's name and mailing address** | | $15,255.16 |
|---|---|---|---|

SCHOPPE DESIGN AND GRAPHICS, INC.
13602 WESTLAND EAST BLVD
HOUSTON, TX 77041-1205

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.391 | **Nonpriority creditor's name and mailing address** | | $67,144.00 |
|---|---|---|---|

SEA TRAN MARINE, LLC
107 HWY 90 WEST
NEW IBERIA, LA 70560

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor    Diamond Offshore Company

Name

Case number *(if known)*   20-32307

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.392**   **Nonpriority creditor's name and mailing address**        $266,265.79

SEATRAX INC.
13233 FM 529
HOUSTON, TX 77041

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.393**   **Nonpriority creditor's name and mailing address**        $1,151.00

SEAWARD SAFETY, INC.
1424 W. SAM HOUSTON PARKWAY N.
SUITE 140
HOUSTON, TX 77043

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.394**   **Nonpriority creditor's name and mailing address**        $338.25

SEMCO MARITIME INC.
10801 KEMPWOOD DRIVE
SUITE ONE
HOUSTON, TX 77043

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.395**   **Nonpriority creditor's name and mailing address**        $2,458.48

SERVICE ONE LLC
56620 BEHRMAN STREET
SLIDELL, LA 70458

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.396**   **Nonpriority creditor's name and mailing address**        $827,705.90

SGS US GULF COAST DIVING, LLC
811 BAY STAR BLVD.
WEBSTER, TX 77598

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor      Diamond Offshore Company
            _____
            Name

Case number (if known) __20-32307_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.397 | **Nonpriority creditor's name and mailing address** | | $750.00 |
|---|---|---|---|

SHAMROCK COMMUNICATIONS
20302 PARK ROW
#500
KATY, TX 77449

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.398 | **Nonpriority creditor's name and mailing address** | | $4,389.82 |
|---|---|---|---|

SHRM CATERING SERVICES, INC.
EUREST SUPPORT SERVICES (ESS)
3400 YORKMONT ROAD
CHARLOTTE, NC 28217

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.399 | **Nonpriority creditor's name and mailing address** | | $273.60 |
|---|---|---|---|

SIDNEY MCKAY JR.
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.400 | **Nonpriority creditor's name and mailing address** | | $123,620.25 |
|---|---|---|---|

SIGNET MARITIME CORPORATION
1300 POST OAK BOULEVARD
SUITE 600
HOUSTON, TX 77056-3090

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.401 | **Nonpriority creditor's name and mailing address** | | $1,295.73 |
|---|---|---|---|

SIMPLEX AMERICAS LLC
20 BARTLES CORNER ROAD
FLEMINGTON, NJ 08822

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor      Diamond Offshore Company
            _____                Case number *(if known)*  20-32307
            Name                                                    _____

---

### Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

**3.402** | **Nonpriority creditor's name and mailing address** | $29.25

SMS KOREA CO., LTD.
#96B-11L
MYEONGCHON-DONG
ULSA 683-390
KOREA, REPUBLIC OF

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.403** | **Nonpriority creditor's name and mailing address** | $416,907.50

SODEXO REMOTE SITES, LLC
PO BOX 360170
PITTSBURGH, PA 15251-6170

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.404** | **Nonpriority creditor's name and mailing address** | $595.00

SOFTDRAFT LLC
9160 HIGHWAY 64
STE 12-281
LAKELAND, TN 38002

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.405** | **Nonpriority creditor's name and mailing address** | $135,001.47

SOPUS PRODUCTS
150 N. DAIRY ASHFORD, BUILDING F
HOUSTON, TX 77079

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.406** | **Nonpriority creditor's name and mailing address** | $28,125.00

SOUTHWEST IMPREGLON SALES, INC.
15014 LEE RD
HUMBLE, TX 77396

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Diamond Offshore Company
          _____
          Name

Case number (if known) 20-32307
                       _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.407**

**Nonpriority creditor's name and mailing address**                                          $1,409.18

SOUTHWEST OILFIELD PRODUCTS, INC
P O BOX 24068
HOUSTON, TX 77229

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.408**

**Nonpriority creditor's name and mailing address**                                          $100,120.59

SOUTHWEST WIRE ROPE, INC.
8641 MOERS RD
HOUSTON, TX 77075

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.409**

**Nonpriority creditor's name and mailing address**                                          $14,090.00

SPARKHOUND, LLC
P O BOX 53885
LAFAYETTE, LA 70505-3885

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.410**

**Nonpriority creditor's name and mailing address**                                          $161,603.00

SPECIALTIES COMPANY
COOPER STATE RUBBER, INC.
14141 S WAYSIDE DR
HOUSTON, TX 77048

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.411**

**Nonpriority creditor's name and mailing address**                                          $82,125.00

SPEEDCAST COMMUNICATIONS, INC
4400 S. SAM HOUSTON PARKWAY EAST
HOUSTON, TX 77048

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Diamond Offshore Company
          _____
          Name                                         Case number *(if known)* __20-32307__

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.412**   **Nonpriority creditor's name and mailing address**                                      $5,500.00

SPENCER OGDEN INC.
LOCKBOX NUMBER 893501                        **As of the petition filing date, the claim is:**
1501 NORTH PLANO ROAD, SUITE 100             *Check all that apply.*
RICHARDSON, TX 75081-5044
                                             ☐ Contingent
                                             ☐ Unliquidated
                                             ☐ Disputed

                                             **Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various  **Is the claim subject to offset?**

**Last 4 digits of account number**          ☐ No
                                             ☐ Yes

---

**3.413**   **Nonpriority creditor's name and mailing address**                                      $1,744.69

SPIDER
A DIVISION OF SAFEWORKS, LLC                 **As of the petition filing date, the claim is:**
P O BOX 8538-424                             *Check all that apply.*
PHILADELPHIA, PA 19171
                                             ☒ Contingent
                                             ☒ Unliquidated
                                             ☐ Disputed

                                             **Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various  **Is the claim subject to offset?**

**Last 4 digits of account number**          ☐ No
                                             ☐ Yes

---

**3.414**   **Nonpriority creditor's name and mailing address**                                      $6,500.00

SPINDLETOP CHARITIES, INC.
ATTN: KRISTEN BARLEY                          **As of the petition filing date, the claim is:**
3505 W. SAM HOUSTON PKWY N                    *Check all that apply.*
HOUSTON, TX 77043
                                             ☐ Contingent
                                             ☐ Unliquidated
                                             ☐ Disputed

                                             **Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various  **Is the claim subject to offset?**

**Last 4 digits of account number**          ☐ No
                                             ☐ Yes

---

**3.415**   **Nonpriority creditor's name and mailing address**                                      $1,287,137.71

ST ENGINEERING HALTER MARINE AND OFFSHORE
601 BAYOU CASOTTE PKWY                        **As of the petition filing date, the claim is:**
PASCAGOULA, MS 39581                         *Check all that apply.*

                                             ☐ Contingent
                                             ☐ Unliquidated
                                             ☐ Disputed

                                             **Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various  **Is the claim subject to offset?**

**Last 4 digits of account number**          ☐ No
                                             ☐ Yes

---

**3.416**   **Nonpriority creditor's name and mailing address**                                      $198.36

STANDARD AUTOMATION AND CONTROL LP
P O BOX 849717                               **As of the petition filing date, the claim is:**
DALLAS, TX 75284-9717                        *Check all that apply.*

                                             ☐ Contingent
                                             ☐ Unliquidated
                                             ☐ Disputed

                                             **Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various  **Is the claim subject to offset?**

**Last 4 digits of account number**          ☐ No
                                             ☐ Yes

---

Debtor   Diamond Offshore Company
_____
Name

Case number *(if known)* 20-32307
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.417** | **Nonpriority creditor's name and mailing address** | $858.18

STANDARD REGISTER INC.
10735 W. LITTLE YORK
# 100
HOUSTON, TX 77041

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.418** | **Nonpriority creditor's name and mailing address** | $487.20

STARGEL OFFICE SOLUTIONS
4700 BLALOCK ROAD
HOUSTON, TX 77041

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.419** | **Nonpriority creditor's name and mailing address** | $28,640.65

STRATEGIC MAINTENANCE SOLUTIONS, INC.
12 ESTATE DRIVE
GORHAM, ME 04038

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.420** | **Nonpriority creditor's name and mailing address** | $9,806.00

STRATUS POWER SERVICES, INC.
10656 KINGHURST ST.
HOUSTON, TX 77099

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.421** | **Nonpriority creditor's name and mailing address** | $1,660.00

SUB SEA SERVICES AS
4029 STAVANGER
NORWAY

NORWAY

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Diamond Offshore Company | Case number *(if known)* | 20-32307 |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.422 | **Nonpriority creditor's name and mailing address** | | $118.00 |
|---|---|---|---|

SUGARLAND EXTERMINATING CO.
P O BOX 13040
NEW IBERIA, LA 70562-3040

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.423 | **Nonpriority creditor's name and mailing address** | | $777.64 |
|---|---|---|---|

SUMMIT ELECTRIC SUPPLY CO., INC.
417 SUN BELT
CORPUS CHRIST, TX 78469-4895

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.424 | **Nonpriority creditor's name and mailing address** | | $1,379.50 |
|---|---|---|---|

SUNBELT SUPPLY CO.
P O BOX 5687
PASADENA, TX 77508-5687

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.425 | **Nonpriority creditor's name and mailing address** | | $107.32 |
|---|---|---|---|

SUNSOURCE
P O BOX 730698
DALLAS, TX 75373-0698

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.426 | **Nonpriority creditor's name and mailing address** | | $41,155.34 |
|---|---|---|---|

SUPERIOR SUPPLY & STEEL
SENTRY SUPPLY INC.
P O BOX 972291
DALLAS, TX 75397-2291

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Diamond Offshore Company
_____
          Name

Case number *(if known)*  20-32307
_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.427 | **Nonpriority creditor's name and mailing address** | | $9,434.80 |
|---|---|---|---|

SURBO TUBULAR SERVICES, INC.
8861 PARK AVE.
HOUMA, LA 70363

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.428 | **Nonpriority creditor's name and mailing address** | | $1,025.00 |
|---|---|---|---|

SURVITEC SAFETY SOLUTIONS US LLC
290 BELTWAY GREEN BLVD SUITE 400
PASADENA, TX 77503

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.429 | **Nonpriority creditor's name and mailing address** | | $5,306.02 |
|---|---|---|---|

SWAGELOK LOUISIANA
9243 INTERLINE AVENUE
BATON ROUGE, LA 70809

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.430 | **Nonpriority creditor's name and mailing address** | | $59,376.70 |
|---|---|---|---|

SWAGELOK WEST HOUSTON
11311 TANNER ROAD
HOUSTON, TX 77041

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.431 | **Nonpriority creditor's name and mailing address** | | $4,726.20 |
|---|---|---|---|

SYNERGY RESOURCES, LLC
P O BOX 53508
LAFAYETTE, LA70505

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Diamond Offshore Company
_____
          Name

Case number *(if known)*  20-32307
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.432**  **Nonpriority creditor's name and mailing address**                                               $1.14

SZAMLA
1024 BUDAPEST-HUF

HUNGARY

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

**3.433**  **Nonpriority creditor's name and mailing address**                                               $35,858.51

TAMROTOR MARINE COMPRESSORS AS
PROF. BIRKELANDSVEI 24 D
PO BOX 3 FURUSET
1001 OSLO
NORWAY

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

**3.434**  **Nonpriority creditor's name and mailing address**                                               $0.07

TASMAN OIL TOOLS
P O BOX 85
BERRIMAH, NT, NT 0828
AUSTRALIA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

**3.435**  **Nonpriority creditor's name and mailing address**                                               $15,514.20

TEAM INFORMATICS, INC.
901 MARQUETTE AVE
SUITE 1500
MINNEAPOLIS, MN 55402-3218

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

**3.436**  **Nonpriority creditor's name and mailing address**                                               $7,754.19

TECH OIL PRODUCTS, LLC
4308 W. ADMIRAL DOYLE DR.
NEW IBERIA, LA 70560

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**

**Last 4 digits of account number**

☐ No
☐ Yes

---

Debtor      Diamond Offshore Company
            _____          Case number *(if known)*  20-32307
            Name                                             _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | **Amount of claim** |
|---|---|

---

**3.437** | **Nonpriority creditor's name and mailing address** | $8,310.00

TELEMAR USA LLC
3327 S. SAM HOUSTON PKWY E
#100
HOUSTON, TX 77047-6504

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.438** | **Nonpriority creditor's name and mailing address** | $ Undetermined

TERRENCE NOBLES C/O THE YOUNG FIRM - TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.439** | **Nonpriority creditor's name and mailing address** | $ Undetermined

TERRY CASE C/O THE YOUNG FIRM - TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.440** | **Nonpriority creditor's name and mailing address** | $ Undetermined

THE FIDELITY AND DEPOSIT CO. (JLT INSURANCE)
1400 AMERICAN LANE
TOWER 1
SCHAUMBURG, IL 60196

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond No. 15C00192D for the benefit of The Dept. of Treasury  in the amount of $60,000

**Date or dates debt was incurred** 02/07/2013

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.441** | **Nonpriority creditor's name and mailing address** | $ Undetermined

THE FIDELITY AND DEPOSIT CO. (JLT INSURANCE)
1400 AMERICAN LANE
TOWER 1
SCHAUMBURG, IL 60196

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond No. 991365550 for the benefit of The US Dept of Homeland Sec in the amount of $100,000

**Date or dates debt was incurred** 02/07/2013

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Diamond Offshore Company
          _____
          Name

Case number (if known) 20-32307
                       _____

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.442 | **Nonpriority creditor's name and mailing address** | | $21,371.49 |
|---|---|---|---|

THE HILLER COMPANIES, INC.
3751 JOY SPRINGS DRIVE
MOBILE, AL 36693

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.443 | **Nonpriority creditor's name and mailing address** | | $31,597.30 |
|---|---|---|---|

THE OILGEAR COMPANY
P O BOX 645737
PITTSBURGH, PA 15264-5255

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.444 | **Nonpriority creditor's name and mailing address** | | $258,164.06 |
|---|---|---|---|

THE REACH GROUP AMERICAS LLC
16420 PARK TEN PLACE, SUITE 500
HOUSTON, TX 77084

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.445 | **Nonpriority creditor's name and mailing address** | | $5,887.84 |
|---|---|---|---|

THE REYNOLDS COMPANY
P O BOX 671344
DALLAS, TX 75267-1344

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.446 | **Nonpriority creditor's name and mailing address** | | $11,974.36 |
|---|---|---|---|

THE TRUST COMPANY OF THE
MARSHALL ISLANDS, INC.
P O BOX 2095
RESTON, VA 20195-0095

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Diamond Offshore Company
          _____
          Name

Case number *(if known)*   20-32307
          _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.447**  **Nonpriority creditor's name and mailing address**                                                    $ Underdetermined

THEODORE RATCLIFF C/O THE YOUNG FIRM - TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.448**  **Nonpriority creditor's name and mailing address**                                                    $89,008.57

THRUSTMASTER OF TEXAS, INC.
6900 THRUSTMASTER DR
HOUSTON, TX 77041

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.449**  **Nonpriority creditor's name and mailing address**                                                    $ Undetermined

TIMOTHY MOULDER C/O THE YOUNG FIRM - TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.450**  **Nonpriority creditor's name and mailing address**                                                    $54,484.79

TORQ/LITE
P O BOX 50080
NEW ORLEANS, LA 70160

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.451**  **Nonpriority creditor's name and mailing address**                                                    $3,456.99

TOTAL SAFETY U.S., INC.
P O BOX 974686
DALLAS, TX 75397-4686

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Diamond Offshore Company | Case number *(if known)* | 20-32307 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.452**   **Nonpriority creditor's name and mailing address**                                           $1,767.00

TOTAL VISA SOLUTIONS
2211 NORFOLK ST
SUITE 300
HOUSTON, TX 77098

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.453**   **Nonpriority creditor's name and mailing address**                                           $54.38

TOYOTA LIFT OF HOUSTON
P O BOX 678528
DALLAS, TX 75267-8528

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.454**   **Nonpriority creditor's name and mailing address**                                           $5,636.00

UNI AMERICAS, L.L.C.
57174 HARDIN ROAD
SLIDELL, LA 70461

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.455**   **Nonpriority creditor's name and mailing address**                                           $1,000.00

UNITED STATES COAST GUARD
800 DAVID DRIVE
MORGAN CITY, LA 70380

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.456**   **Nonpriority creditor's name and mailing address**                                           $172,806.78

UNITED VISION LOGISTICS
P O BOX 975357
DALLAS, TX 75397-5357

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Diamond Offshore Company
_____
          Name

Case number *(if known)* __20-32307__

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.457 | **Nonpriority creditor's name and mailing address** | | $73,183.22 |
|---|---|---|---|

UNIVAR USA INC
777 BRISBANE STREET
HOUSTON, TX 77061-5044

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.458 | **Nonpriority creditor's name and mailing address** | | $49.37 |
|---|---|---|---|

UPS SUPPLY CHAIN SOLUTIONS,INC.
SOLUTIONS
BOX 371232
PITTSBURG, PA 15250-7232

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.459 | **Nonpriority creditor's name and mailing address** | | $8,703.46 |
|---|---|---|---|

UPS
UPS FREIGHT
P O BOX 730900
DALLAS, TX 75373-0900

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.460 | **Nonpriority creditor's name and mailing address** | | $15,652.00 |
|---|---|---|---|

UTEX INDUSTRIES, INC.
DEPT. 81
P O BOX 4346
HOUSTON, TX 77210-4346

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.461 | **Nonpriority creditor's name and mailing address** | | $1,444.16 |
|---|---|---|---|

VALIN CORPORATION
5225 HELLYER AVE
STE 250
SAN JOSE, CA 95138

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor   Diamond Offshore Company
_____
Name

Case number (if known)   20-32307
_____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.462**

**Nonpriority creditor's name and mailing address**

VALLOUREC DRILLING PRODUCTS USA, INC.
P O BOX 844126
DALLAS, TX 75284-4126

$0.00

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.463**

**Nonpriority creditor's name and mailing address**

VANCO RING GASKET SPECIALTY CORP., INC
10138 CASH ROAD
STAFFORD, TX 77477

$926.10

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.464**

**Nonpriority creditor's name and mailing address**

VERIZON WIRELESS
ONE VERIZON WAY
BASKING RIDGE, NJ 07920

$711.86

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.465**

**Nonpriority creditor's name and mailing address**

VERIZON
ONE VERIZON WAY
BASKING RIDGE, NJ 07920

$29,032.11

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.466**

**Nonpriority creditor's name and mailing address**

VETCO GRAY, LLC
P O BOX 841017
DALLAS, TX 75284-1017

$256,719.00

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Diamond Offshore Company
          _____
          Name

Case number (if known)  20-32307
                        _____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.467** | **Nonpriority creditor's name and mailing address** | $60,406.03

VIKING LIFE-SAVING EQUIPMENT (AMERICA) INC.
11255 NW 106 ST. SUITE 1
MIAMI, FL 33178

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.468** | **Nonpriority creditor's name and mailing address** | $10,176.29

VRYHOF AMERICAS
757 N ELDRIDGE PARKWAY
SUITE 675
HOUSTON, TX 77079

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.469** | **Nonpriority creditor's name and mailing address** | $27,523.65

W & O SUPPLY, INC
W & O
101 CAPITAL BLVD.
HOUMA, LA 70360

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.470** | **Nonpriority creditor's name and mailing address** | $37,060.00

W-INDUSTRIES OF LOUISIANA, LLC
7616 JOHNSTON STREET
MAURICE, LA 70555

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.471** | **Nonpriority creditor's name and mailing address** | $ Undetermined

WALLACE INTERNATIONAL PTY LTD
PO BOX 29
BELMONT, WESTERN AUSTRALIA 6984
AUSTRALIA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Diamond Offshore Company
Name

Case number *(if known)*  20-32307

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.472** | **Nonpriority creditor's name and mailing address** | $8,786.94

WARTSILA NORTH AMERICA, INC.
819 CENTRAL AVENUE
JEFFERSON, LA 70121

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.473** | **Nonpriority creditor's name and mailing address** | $75.51

WATERWORKS DISTRICT NO.3
12810 HIGHWAY 171
LONGVILLE, LA 70652

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.474** | **Nonpriority creditor's name and mailing address** | $11,000.00

WEAVER AND TIDWELL, LLP
2821 WEST 7TH STREET
SUITE 700
FORT WORTH, TX 76107

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.475** | **Nonpriority creditor's name and mailing address** | $16,310.04

WELL SERVICE & SUPPLY, INC.
110 LITTLE BEAVER LANE
NEW IBERIA, LA 70560

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

**3.476** | **Nonpriority creditor's name and mailing address** | $1,394.14

WEST JEFFERSON INDUSTRIAL
MEDICINE
107 WALL BLVD.
NEW ORLEANS, LA 70056

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Debtor       Diamond Offshore Company                                      Case number *(if known)* 20-32307
             Name

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.477 | **Nonpriority creditor's name and mailing address** | | $294.31 |
|---|---|---|---|

WEX BANK
PO BOX 4337
CAROL STREAM, IL 60197-4337

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.478 | **Nonpriority creditor's name and mailing address** | | $7,126.49 |
|---|---|---|---|

WHOLESALE ELECTRIC SUPPLY COMPANY OF HOUSTON, INC.
P O BOX 732778
DALLAS, TX 75373-2778

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.479 | **Nonpriority creditor's name and mailing address** | | $190,602.88 |
|---|---|---|---|

WILHELMSEN SHIPS SERVICE
9400 NEW CENTURY DRIVE
PASADENA, TX 77507

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.480 | **Nonpriority creditor's name and mailing address** | | $120.75 |
|---|---|---|---|

WILLIAM HARRY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

| 3.481 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

WILLIE R EVANS
C/O THE YOUNG FIRM
ATTN: TIM YOUNG
400 POYDRAS STREET
SUITE 2090
NEW ORLEANS, LA 70130

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Potential Litigation - Personal Injury

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 100 of 104

Debtor____Diamond Offshore Company_____     Case number _(if known)___20-32307_____
             Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim**
If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| 3.482 | **Nonpriority creditor's name and mailing address** | | $38,153.70 |

WILSON WALTON INTERNATIONAL, INC
6300 LONG DR.
HOUSTON, TX 77087

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.483 | **Nonpriority creditor's name and mailing address** | | $723.20 |

WOMACK MACHINE SUPPLY COMPANIES
P O BOX 678389
DALLAS, TX 75267-8389

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.484 | **Nonpriority creditor's name and mailing address** | | $2,745.00 |

WOODCO USA
773 MCCARTY ST.
HOUSTON, TX 77029

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.485 | **Nonpriority creditor's name and mailing address** | | $2,477.11 |

WORLD WIDE METRIC, INC.
2103 E. GOVERNOR CIRCLE
HOUSTON, TX 77092

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

| 3.486 | **Nonpriority creditor's name and mailing address** | | $34,453.16 |

WORLDWIDE OILFIELD MACHINE, INC.
11809 CANEMONT STREET
HOUSTON, TX 77035

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**

Debtor    Diamond Offshore Company
          _____
          Name

Case number *(if known)*  20-32307
                          _____

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

| 3.487 | **Nonpriority creditor's name and mailing address** | $1,021.00 |

XTEND PACKAGING, INC
519 RANKIN CIRCLE NORTH
HOUSTON, TX 77073

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.488 | **Nonpriority creditor's name and mailing address** | $885.57 |

ZOLL MEDICAL CORP.
32 SECOND AVE.
BURLINGTON, MA 01803-4420

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| 3.489 | **Nonpriority creditor's name and mailing address** | $19,888.23 |

ZYCUS INC.
103 CARNEGIE CENTER, SUITE #321
PRINCETON, NJ 08540

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred** Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor      Diamond Offshore Company
            _____
            Name

Case number *(if known)*  20-32307
            _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

**4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|---------------------------------------------------------------------------|------------------------------------------|

Debtor     Diamond Offshore Company                               Case number (if known) 20-32307
           _____
           Name

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ _____ 0.00<br>+ undetermined amounts |
| 5b. **Total claims from Part 2** | 5b. **+** | $ _____ 471,050,079.88<br>+ undetermined amounts |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ _____ 471,050,079.88<br>+ undetermined amounts |

**Fill in this information to identify the case:**

Debtor name  Diamond Offshore Company

United States Bankruptcy Court for the: Southern _____ District of Texas (Houston Division)

Case number (If known): 20-32307 _____ Chapter 11

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Agency Agreements-3 Stars Visa (GOM) Services and Compliance Agreement (1 Dec 2009) | 3 STARS VISAS LLC<br>ATTN: GENERAL COUNSEL<br>7880 SAN FELIPE #109<br>HOUSTON, TX 77063 |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Consulting Agreements-DOC - A.S. Mosley & Co. Ltd. - Consulting Services Agreement - 6 Feb 2019 | A.S. MOSLEY & CO. LTD.<br>ATTN: GENERAL COUNSEL<br>PETMATHEN LAUNDRY COTTAGE<br>OYNE, INSCH AB52 6RU<br>UNITED KINGDOM |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Misc Contracts-ABB-MSA - DOC-ABB Inc | ABB INC.<br>ATTN: GENERAL COUNSEL<br>12040 REGENCY PARKWAY<br>SUITE 200<br>CARY, NC 27518 |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Misc Contracts-ABB-Turbo Charger Overhaul Agreement - DOC-ABB | ABB INC.<br>ATTN: GENERAL COUNSEL<br>1109 HOWARD AVENUE<br>DEER PARK, TX 77536 |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Service Agreements-DOC-ABB Inc-Turgocharger Overhaul Agreement - 5 Nov 2019 | ABB INC.<br>ATTN: GENERAL COUNSEL<br>1109 HOWARD AVENUE<br>DEER PARK, TX 77536 |

Debtor     Diamond Offshore Company
           Name                                                              Case number (if known)  20-32307

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | IT Contracts-DOC - Acuite Consulting Solutions, LLC - 22 Oct 2018 | ACUITE CONSULTING SOLUTIONS, LLC<br>ATTN: GENERAL COUNSEL<br>105 WILLOUGHBY COURT<br>VENETIA, PA 15367 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Labor Services Agreements-DOC-Advantage Resourcing | ADVANTAGE HUMAN RESOURCING, INC.<br>ATTN: GENERAL COUNSEL<br>220 NORWOOD PARK SOUTH<br>NORWOOD, MA 02062 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Delta Service Agreement | AIR FRANCE<br>ATTN: GENERAL COUNSEL<br>C/O DELTA AIRLINES INC<br>1030 DELTA BOULEVARD<br>ATLANTA, GA 30320 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Data Subscription Service or Access Agreement-DOC-Aker MH AS - Agreement Concerning Access to PLC Software - 10Mar2010 | AKER MH AS<br>ATTN: GENERAL COUNSEL<br>SERVICEBOX 413<br>DVERGSNES<br>KRISTANSAND 4604<br>NORWAY |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Amendment No. 1 to Agreement Concerning Access to PLC Software | AKER MH AS<br>ATTN: GENERAL COUNSEL<br>SERVICEBOX 413<br>DVERGSNES<br>KRISTANSAND 4604<br>NORWAY |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Access to PLC Software Agreement | AKER MH AS<br>ATTN: GENERAL COUNSEL<br>SERVICEBOX 413<br>DVERGSNES<br>KRISTANSAND 4604<br>NORWAY |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Agreement Concerning Access to PLC Software | AKER MH AS<br>ATTN: GENERAL COUNSEL<br>SERVICEBOX 413<br>DVERGSNES<br>KRISTANSAND 4604<br>NORWAY |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   Diamond Offshore Company
         Name

Case number (if known)  20-32307

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.13** | State what the contract or lease is for and the nature of the debtor's interest | Misc Contracts-MSA - DOC-MHWirth | AKER MH, INC<br>ATTN: GENERAL COUNSEL<br>28377 FM 529<br>HOUSTON, TX 77493 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.14** | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Master Services Agreement | AKER MH, INC<br>ATTN: GENERAL COUNSEL<br>28377 FM 529<br>HOUSTON, TX 77493 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.15** | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Agreements-Alfa Laval - 188-114774 | ALFA LAVAL, INC<br>ATTN: GENERAL COUNSEL<br>10470 DEER TRAIL DRIVE<br>HOUSTON, TX 77038 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.16** | State what the contract or lease is for and the nature of the debtor's interest | Delta Service Agreement | ALITALIA<br>ATTN: GENERAL COUNSEL<br>C/O DELTA AIRLINES INC<br>1030 DELTA BOULEVARD<br>ATLANTA, GA 30320 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.17** | State what the contract or lease is for and the nature of the debtor's interest | Benefits-HR Agreements-DOC-All Relocation Services, Ltd. (ARS) | ALL RELOCATION SERVICES, LTD.<br>ATTN: GENERAL COUNSEL<br>12425 CHIMNEY ROCK<br>HOUSTON, TX 77035 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.18** | State what the contract or lease is for and the nature of the debtor's interest | MSA - Allis-Chalmers Energy, Inc.- 091107 | ALLIS-CHALMERS ENERGY INC.<br>ATTN: GENERAL COUNSEL<br>5075 WESTHEIMER<br>SUITE 890<br>HOUSTON, TX 77056 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| **2.19** | State what the contract or lease is for and the nature of the debtor's interest | MSA - Allis-Chalmers Energy, Inc.- 091107 | ALLIS-CHALMERS RENTAL SERVICES, INC.<br>ATTN: GENERAL COUNSEL<br>5075 WESTHEIMER<br>SUITE 890<br>HOUSTON, TX 77056 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |

Debtor ___Diamond Offshore Company_____     Case number *(if known)* __20-32307_____
           Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | MSA - Allis-Chalmers Energy, Inc.-091107 | ALLIS-CHALMERS TUBULAR SERVICES, INC. ATTN: GENERAL COUNSEL 5075 WESTHEIMER SUITE 890 HOUSTON, TX 77056 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | MSA - American Block Manufacturing Co.-091107 | AMERICAN BLOCK MANUFACTURING CO. ATTN: GENERAL COUNSEL 6311 BREEN ROAD HOUSTON, TX 77086 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | MSA - American Fire & Safety LLC-042507 | AMERICAN FIRE & SAFETY LLC ATTN: GENERAL COUNSEL 1034 SMEDE HIGHWAY BROUSSARD, LA 70518 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy - Property: Commercial | XL BERMUDA LTD P.O. BOX HM 2245 HAMILTON BERMUDA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreements-DOC-AMOG Consulting Inc. - Consulting Services Agreement - 1 Oct 2019 | AMOG CONSULTING INC. ATTN: PRESIDENT 770 SOUTH POST OAK LANE SUITE 310 HOUSTON, TX 77056 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | Drilling Contracts-Anadarko(Oxy)-DOC - Ocean BlackHawk | ANADARKO PETROLEUM CORPORATION ATTN: GENERAL COUNSEL 1201 LAKE ROBBINS DRIVE THE WOODLANDS, TX 77380 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | Drilling Contracts-Anadarko-BlackHawk- Amended and Restated Ltr Agmnt and Amendment-1 March 2019 | ANADARKO PETROLEUM CORPORATION ATTN: GENERAL COUNSEL 1201 LAKE ROBBINS DRIVE THE WOODLANDS, TX 77380 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Diamond Offshore Company
          Name
                                                              Case number (if known)  20-32307

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | MSA - Aquilex Hydrochem, Inc.-020498 | AQUILEX HYDROCHEM, INC. ATTN: GENERAL COUNSEL 900 GEORGIA AVENUE DEER PARK, TX 77536 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy - Excess Liability | LIBERTY MUTUAL FIRE INSURANCE COMPANY 9811 KATY FREEWAY SUITE 350 HOUSTON, TX 77024 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | MSA - Ardent Services, L.L.C.-070102 | ARDENT SERVICES, LLC ATTN: GENERAL COUNSEL 2400 VETERANS BOULEVARD SUITE330 KENNER, LA 70062 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy - Excess Liability | LIBERTY SPECIALTY MARKETS AGENCY LIMITED 141 FRONT STREET HAMILTON HM19 BERMUDA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy - Excess Liability | LLOYD'S OF LONDON C/O ED BROKING ONE LIME STREET LONDON EC3M 7HA UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | MSA - Ark Energy LLC-072711 | ARK ENERGY LLC ATTN: GENERAL COUNSEL 2000 WEST SAM HOUSTON PARKWAY SOUTH SUITE 1100 HOUSTON, TX 77042 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement for the Purchase of Software Licenses and Installation, Maintenance and Support | ASHFORD TECHNICAL SOFTWARE, INC. ATTN: CHIEF OPERATING OFFICER 1035 DAIRY ASHFORD SUITE 140 HOUSTON, TX 77079 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    <u>Diamond Offshore Company</u>
          Name

Case number (if known) <u>20-32307</u>

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreements (MSAs)-Ashford Technical Software, Inc.-062310 | ASHFORD TECHNICAL SOFTWARE, INC. ATTN: GENERAL COUNSEL 1035 DAIRY ASHFROD SUITE 140 HOUSTON, TX 77079 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Agreements-Aspin Kemp & Associates - 180-115643 | ASPIN KEMP & ASSOCIATES INC. ATTN: GENERAL COUNSEL 23 BROOK STREET MONTAGUE, PE C0A 1R0 CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | Astican-Diamond Astican Stacking Agreement 31 JAN 2017 | ASTILLEROS CANARIOS, S.A. ATTN: GERMAN C. SUAREZ AVDA. DE LAS PETROLIFERAS LAS PALMAS DE G.C. 35008 SPAIN |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | IT Contracts-DOC-AT&T - DigiLine Service - 29Feb2012 | AT&T CORP. ATTN: GENERAL COUNSEL 225 WEST RANDOLPH CHICAGO, IL 60606 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | IT Contracts-DOC-AT&T - SmartTrunk Service - 06Jan2012 | AT&T CORP. ATTN: GENERAL COUNSEL 225 WEST RANDOLPH CHICAGO, IL 60606 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | MSA - Athens Group Drilling Technology Assurance Services, LLC-072310 | ATHENS GROUP DRILLING TECHNOLOGY ASSURANCE SERVICES, LLC ATTN: GENERAL COUNSEL 5608 PARKCREST DRIVE SUITE 200 AUSTIN, TX 78731 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreements-DOC-ATPI Jersey Ltd - Travel Services Agreement - 4Apr16 | ATPI JERSEY LTD ATTN: GENERAL COUNSEL RIVERCASTLE HOUSE, 10 LEAKE STREET LONDON SE1 7NN UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Diamond Offshore Company
          Name                                                          Case number (if known)   20-32307

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | MSA - Automatic Power, Inc.-122095 | AUTOMATIC POWER, INC.<br>ATTN: GENERAL COUNSEL<br>P.O. BOX 414<br>WESTWEGO, LA 70096-0414 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | MSA - Bagby Elevator Company-102606 | BAGBY ELEVATOR COMPANY<br>ATTN: GENERAL COUNSEL<br>101 OLD SHELL ROAD<br>MOBILE, AL 36604 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | Black Ships Riser Firm Proposal | BAKER HUGHES |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy - Excess Directors & Officers Liability | ARGO RE LTD<br>P.O. BOX HM 1282<br>HAMILTON<br>BERMUDA |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | MSA - Betco Scaffolds, Inc.-051509 | BETCO SCAFFOLDS, INC<br>ATTN: GENERAL COUNSEL<br>2535 WEST CARDINALE DRIVE<br>BEAMONT, TX 77705 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | MSA - BIS Salamis, Inc.-031808 | BIS SALAMIS, INC.<br>ATTN: GENERAL COUNSEL<br>1316 B UNDERWOOD ROAD<br>LA PORTE, TX 77571 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | MSA - BMT Scientific Marine Services, Inc. | BMT SCIENTIFIC MARINE SERVICES, INC.<br>ATTN: GENERAL COUNSEL<br>9835 WHITHORN DRIVE<br>HOUSTON, TX 77095 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor      Diamond Offshore Company                          Case number (if known)  20-32307
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | Drilling Contracts-BP-DODI-DOGC-DOC - Transaction Agreement | BP DEVELOPMENTS AUSTRALIA PTY LTD ATTN: GENERAL COUNSEL LEVEL 17 717 BOURKE STREET DOCKLANDS, VIC 3008 AUSTRALIA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | Drilling Contracts-BP-DODI-DOGC-DOC - Transaction Agreement | BP DEVELOPMENTS AUSTRALIA PTY LTD ATTN: GENERAL COUNSEL LEVEL 17 717 BOURKE STREET DOCKLANDS, VIC 3008 AUSTRALIA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | Drilling Contracts-BP-DODI-DOGC-DOC - Transaction Agreement | BP DEVELOPMENTS AUSTRALIA PTY LTD ATTN: GENERAL COUNSEL LEVEL 17 717 BOURKE STREET DOCKLANDS, VIC 3008 AUSTRALIA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | Drilling Contracts-BP-DODI-DOGC-DOC - Transaction Agreement | BP EXPLORATION & PRODUCTION INC. ATTN: GENERAL COUNSEL 1209 ORANGE STREET WILMINGTON, DE 19801 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | Drilling Contracts-BP-DODI-DOGC-DOC - Transaction Agreement | BP EXPLORATION & PRODUCTION INC. ATTN: GENERAL COUNSEL 1209 ORANGE STREET WILMINGTON, DE 19801 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | Drilling Contracts-BP-DODI-DOGC-DOC - Transaction Agreement | BP EXPLORATION & PRODUCTION INC. ATTN: GENERAL COUNSEL 1209 ORANGE STREET WILMINGTON, DE 19801 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreements-DOC-Frontline Resources, Inc.-Consulting Services Agreement-1 Jul 2018 | BP EXPLORATION & PRODUCTION INC. ATTN: GENERAL COUNSEL 1209 ORANGE STREET WILMINGTON, DE 19801 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Diamond Offshore Company                                    Case number *(if known)*  20-32307
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** | Drilling Contracts-BP-DOC - Ocean BlackHornet | BP EXPLORATION & PRODUCTION INC. ATTN: GENERAL COUNSEL 1209 ORANGE STREET WILMINGTON, DE 19601 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | Drilling Contracts-BP-DOC - Ocean BlackLion | BP EXPLORATION & PRODUCTION INC. ATTN: GENERAL COUNSEL 1209 ORANGE STREET WILMINGTON, DE 19601 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Agreements-Cameron | CAMERON INTERNATIONAL CORP. C/O CAMERON DRILLING SYSTEM P.O. BOX 1212 HOUSTON, TX 77001 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Agreements-Cameron | CAMERON INTERNATIONAL CORP. C/O CAMERON DRILLING SYSTEM P.O. BOX 1212 HOUSTON, TX 77001 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Agreements-Cameron | CAMERON INTERNATIONAL CORP. C/O CAMERON DRILLING SYSTEM P.O. BOX 1212 HOUSTON, TX 77001 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Agreements-Cameron | CAMERON INTERNATIONAL CORP. C/O CAMERON DRILLING SYSTEM P.O. BOX 1212 HOUSTON, TX 77001 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Agreements-Cameron | CAMERON INTERNATIONAL CORP. C/O CAMERON DRILLING SYSTEM P O BOX 1212 HOUSTON, TX 77001 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor     Diamond Offshore Company
           Name

Case number *(if known)*  20-32307

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Agreements-Cameron | CAMERON INTERNATIONAL CORP.<br>C/O CAMERON DRILLING SYSTEM<br>P O BOX 1212<br>HOUSTON, TX 77001 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Agreements-Cameron | CAMERON INTERNATIONAL CORP.<br>C/O CAMERON DRILLING SYSTEM<br>P O BOX 1212<br>HOUSTON, TX 77001 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Agreements-Cameron - 158-110997 | CAMERON INTERNATIONAL CORPORATION<br>C/O CAMERON DRILLING SYSTEM<br>ATTN: GENERAL COUNSEL<br>P.O. BOX 1212<br>HOUSTON, TX 77001 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | Misc Contracts-Speedcast-Caprock-Speedcast MSA - Schedule 12 | CAPROCK COMUNICACOES DO BRASIL LTDA<br>ATTN: GENERAL COUNSEL<br>AVENIDA PREFEITO ARISTEU FERREIRA DA SILVA<br>GRANJA DOS CAVALEIROS<br>MACAE, RIO DE JANEIRO 2600<br>BRAZIL |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | Cathay Pacific Service Agreement | CATHY PACIFIC AIRWAYS<br>ATTN: GENERAL COUNSEL<br>500 5TH AVENUE<br>SUITE 3030<br>NEW YORK, NY 10110 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | POA Agreements-DOC-Central Dispatch Inc. PoA | CENTRAL DISPATCH INC.<br>ATTN: GENERAL COUNSEL<br>P.O. BOX 2070<br>GRETNA, LA 70054-2070 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | Misc Contracts-MSA - DOC-Chet Morrison | CHET MORRISON CONTRACTORS, INC.<br>ATTN: GENERAL COUNSEL<br># 9 BAYOU DULARGE ROAD<br>HOUMA, LA 70363 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor     Diamond Offshore Company
           Name

Case number *(if known)*  20-32307

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy - Excess Liability | LLOYD'S OF LONDON<br>C/O ED BROKING<br>ONE LIME STREET<br>LONDON EC3M 7HA<br>UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreements-DOC-Cisco Systems, Inc - Secure Operations Services Agreement - 21Jul16 | CISCO INTERNATIONAL LIMITED<br>ATTN: GENERAL COUNSEL<br>1 CALLAGHAN SQUARE<br>CARDIFF CF10 5BT<br>UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | Misc Contracts-Secure Ops Agreement - DOC-Cisco | CISCO INTERNATIONAL LIMITED<br>ATTN: GENERAL COUNSEL<br>1 CALLAGHAN SQUARE<br>CARDIFF CF10 5BT<br>UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | Amendment No. 1 to the Secure Operations Services Agreement | CISCO INTERNATIONAL LIMITED<br>ATTN: GENERAL COUNSEL<br>1 CALLAGHAN SQUARE<br>CARDIFF CF10 5BT<br>UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | Amendment No. 2 to the Secure Operations Services Agreement | CISCO INTERNATIONAL LIMITED<br>ATTN: GENERAL COUNSEL<br>1 CALLAGHAN SQUARE<br>CARDIFF CF10 5BT<br>UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | Misc Contracts-Secure Ops Agreement - DOC-Cisco | CISCO SYSTEMS INC<br>ATTN: GENERAL COUNSEL<br>170 WEST TASMAN DRIVE<br>SAN JOSE, CA 95134 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | Amendment No. 1 to the Secure Operations Services Agreement | CISCO SYSTEMS INC<br>ATTN: GENERAL COUNSEL<br>170 WEST TASMAN DRIVE<br>SAN JOSE, CA 95134 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Diamond Offshore Company
          Name                                                        Case number (if known)  20-32307

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.76** | State what the contract or lease is for and the nature of the debtor's interest | Amendment No. 2 to the Secure Operations Services Agreement | CISCO SYSTEMS INC<br>ATTN: GENERAL COUNSEL<br>170 WEST TASMAN DRIVE<br>SAN JOSE, CA 95134 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.77** | State what the contract or lease is for and the nature of the debtor's interest | Service Agreements-DO - Cisco Secure Ops Agreement Amenment No 1 - Executed | CISCO SYSTEMS, INC.<br>ATTN: GENERAL COUNSEL<br>170 WEST TASMAN DRIVE<br>SAN JOSE, CA 95134 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.78** | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreements-DOC - Classmet LLC - Consulting Services Agreement - 2Apr2018pdf | CLASSMET LLC<br>ATTN: GENERAL COUNSEL<br>P.O. BOX 132102<br>THE WOODLANDS, TX 77393 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.79** | State what the contract or lease is for and the nature of the debtor's interest | Lease - Building | AMERICAN HOME ASSURANCE COMPANY (AIG)<br>2929 ALLEN PARKWAY<br>FLOOR 12<br>HOUSTON, TX 77019 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.80** | State what the contract or lease is for and the nature of the debtor's interest | Lease - Building | ARCH INSURANCE (BERMUDA) (A DIVISION OF ARCH REINSURANCE LTD.)<br>WATERLOO HOUSE 100 PITTS BAY ROAD<br>PEMBROKE HM08<br>BERMUDA |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.81** | State what the contract or lease is for and the nature of the debtor's interest | Lease - Building | ARGO RE LTD<br>P.O. BOX HM 1282<br>HAMILTON<br>BERMUDA |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.82** | State what the contract or lease is for and the nature of the debtor's interest | Lease - Building | ARGO RE LTD<br>P.O. BOX HM 1282<br>HAMILTON<br>BERMUDA |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor      Diamond Offshore Company                                      Case number (if known) 20-32307
            Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | IT Contracts-DOC-Cignizant Technologies (prev. KBACE Technologies) - 25Sep2014 | COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION<br>ATTN: GENERAL COUNSEL<br>211 QUALITY CIRCLE<br>COLLEGE STATION, TX 77845 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreements-DOC-Cohesive Solutions, Inc. - Service Agreement - 25Sep2019 | COHESIVE SOLUTIONS, INC<br>ATTN: GENERAL COUNSEL<br>125 TOWNPARK DRIVE<br>SUITE 240<br>KENNESAW, GA 30144 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | IT Contracts-Comcast MSA | COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC<br>ATTN: GENERAL COUNSEL<br>1701 JOHN F KENNEDY BLVD<br>PHILADELPHIA, PA 19103-2838 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | Agency Agreements-Crane Worldwide_Services and Compliance Agreement (2 March 2013) | CRANE WORLDWIDE LOGISTICS LLC<br>ATTN: GENERAL COUNSEL<br>1500 RANKIN ROAD<br>HOUSTON, TX 77073 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | Misc Contracts-Services and Compliance Agreement - DOC-Crane Worldwide Logistics | CRANE WORLDWIDE LOGISTICS LLC<br>ATTN: GENERAL COUNSEL<br>1500 RANKIN ROAD<br>HOUSTON, TX 77073 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | IT Contracts-DOC-Critical Start, Inc. - Master Services Agreement - 01Sep2018 | CRITICAL START, INC.<br>ATTN: ATTENTION OPERATIONS<br>6851 COMMUNICATIONS PARKWAY<br>PLANO, TX 75024 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreements-DOC-Data Gumbo Corporation - Master SaaS Agreement - 01Nov2019 | DATA GUMBO CORPORATION<br>ATTN: GENERAL COUNSEL<br>1336 BRITTMOORE ROAD<br>HOUSTON, TX 77043 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor      Diamond Offshore Company                                    Case number *(if known)*   20-32307
            Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreements-EQN 12385 - Quotation to DODI for MIMS implementation | DEEP SEA MOORING<br>ATTN: GENERAL COUNSEL<br>VRYH OF AMERICAS<br>757 NORTH ELDRIDGE PARKWAY<br>SUITE 675<br>HOUSTON, TX 77077 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | Deep Sea Mooring-Mbth contract | DEEP SEA MOORING UK LTD.<br>ATTN: GENERAL MANAGER<br>DOCK GATE HOUSE<br>WATERLOO QUAY<br>ABERDEEN AB11 5DF<br>UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | Lease - Rig Equipment & Tools | BERKLEY INSURANCE COMPANY<br>757 THIRD AVENUE<br>10TH FLOOR<br>NEW YORK, NY 10017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreements-DODI-Deepwater Subsea LLC - Services Agreement - 27Jan17 | DEEPWATER SUBSEA LLC<br>ATTN: GENERAL COUNSEL<br>410 WEST GRAND PARKWAY SOUTH<br>SUITE 100<br>KATY, TX 77494 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.94 | State what the contract or lease is for and the nature of the debtor's interest | IT Contracts-DOC-Dell Financial Services L.L.C.-Master Lease Agreement Schedules 001-6783766-500 and 501 - 25 Mar 2019 | DELL FINANCIAL SERVICES LLC<br>C/O DELL INC.<br>ATTN: GENERAL COUNSEL<br>ONE DELL WAY<br>ROUND ROCK, TX 78682 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.95 | State what the contract or lease is for and the nature of the debtor's interest | Master Lease Agreement Schedules 001-6783766-501 | DELL FINANCIAL SERVICES LLC<br>C/O DELL INC.<br>ATTN: GENERAL COUNSEL<br>ONE DELL WAY<br>ROUND ROCK, TX 78682 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.96 | State what the contract or lease is for and the nature of the debtor's interest | Delta Service Agreement | DELTA AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>1030 DELTA BLVD<br>ATLANTA, GA 30320 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  Diamond Offshore Company
Name

Case number *(if known)*  20-32307



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreements-DOC-Det Norske Veritas (USA) Inc. (DNV GL) - Services Agreement - 16Jun16 | DET NORSKE VERITAS (U.S.A.), INC.<br>ATTN: DAVID MCKAY<br>1400 RAVELLO DRIVE<br>KATY, TX 77449 |
|  | State the term remaining | | |
|  | List the contract number of any government contract | | |
| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | Intercompany Agreements-Procurement Agreements-DOC-DHLLLC (Zug) 10-Dec-2009 | DIAMOND HUNGARY LEASING L.L.C.<br>ADY ENDRE U. 15<br>ÚJLENGYEL H-2724<br>HUNGARY |
|  | State the term remaining | | |
|  | List the contract number of any government contract | | |
| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | Intercompany Agreements-Procurement Agreements-DOC-DOTLLC 4-Nov-2011 | DIAMOND OFFSHORE (TRINIDAD) L.L.C.<br>15415 KATY FREEWAY<br>SUITE 100<br>HOUSTON, TX 77094 |
|  | State the term remaining | | |
|  | List the contract number of any government contract | | |
| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | Rig Bareboat Charters (BBCs)- O Endeavor - DOSC-DOD(UK)L | DIAMOND OFFSHORE DRILLING (UK) LIMITED<br>HOWE MOSS DRIVE<br>KIRKHILL INDUSTRIAL ESTATE<br>ABERDEEN, SCOTLAND AB2 0GL<br>UNITED KINGDOM |
|  | State the term remaining | | |
|  | List the contract number of any government contract | | |
| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | Rig Bareboat Charters (BBCs)- O Endeavor - DOSC-DOD(UK)L | DIAMOND OFFSHORE DRILLING (UK) LIMITED<br>HOWE MOSS DRIVE<br>KIRKHILL INDUSTRIAL ESTATE<br>ABERDEEN, SCOTLAND AB2 0GL<br>UNITED KINGDOM |
|  | State the term remaining | | |
|  | List the contract number of any government contract | | |
| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | Intercompany Agreements-Procurement Agreements-DOC-DODL 11 Oct 2013 | DIAMOND OFFSHORE DRILLING LIMITED<br>C/O CENTRALIS CAYMAN LIMITED<br>ONE CAPITAL PLACE, 3RD FLOOR<br>PO BOX 1564<br>GRAND CAYMAN KY1-1110<br>CAYMAN ISLANDS |
|  | State the term remaining | | |
|  | List the contract number of any government contract | | |
| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | Intercompany Agreements-Procurement Agreements-DOC-DODSB 1 Jan 2008 | DIAMOND OFFSHORE DRILLING SDN. BHD.<br>E0A3, 3RD FLOOR, EAST BLOCK<br>WISMA GOLDEN EAGLE REALTY<br>142C JALAN AMPANG<br>KUALA LUMPUR 50450<br>MALAYSIA |
|  | State the term remaining | | |
|  | List the contract number of any government contract | | |

Debtor   Diamond Offshore Company
         Name

Case number (if known) 20-32307

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.104 | State what the contract or lease is for and the nature of the debtor's interest | Intercompany Agreements-Procurement Agreements-DOC-DOGC 1 Jan 2015 | DIAMOND OFFSHORE GENERAL COMPANY 15415 KATY FREEWAY SUITE 100 HOUSTON, TX 77094 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.105 | State what the contract or lease is for and the nature of the debtor's interest | Intercompany Agreements-Procurement Agreements-DOC-DOGC 1 Jan 2015 | DIAMOND OFFSHORE GENERAL COMPANY 15415 KATY FREEWAY SUITE 100 HOUSTON, TX 77094 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.106 | State what the contract or lease is for and the nature of the debtor's interest | Intercompany Agreements-Procurement Agreements-DOC-DOL (Zug) 1 Jan-2014 | DIAMOND OFFSHORE LIMITED HOWE MOSS DRIVE KIRKHILL INDUSTRIAL ESTATE ABERDEEN, SCOTLAND AB2 0GL UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.107 | State what the contract or lease is for and the nature of the debtor's interest | Rig Bareboat Charters (BBCs)- O BlackHawk - DOL Zug-DOC | DIAMOND OFFSHORE LIMITED HOWE MOSS DRIVE KIRKHILL INDUSTRIAL ESTATE ABERDEEN, SCOTLAND AB2 0GL UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.108 | State what the contract or lease is for and the nature of the debtor's interest | Rig Bareboat Charters (BBCs)- O BlackHawk - DOL Zug-DOC | DIAMOND OFFSHORE LIMITED HOWE MOSS DRIVE KIRKHILL INDUSTRIAL ESTATE ABERDEEN, SCOTLAND AB2 0GL UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.109 | State what the contract or lease is for and the nature of the debtor's interest | Rig Bareboat Charters (BBCs)- O BlackHornet - DOL Zug-DOC | DIAMOND OFFSHORE LIMITED HOWE MOSS DRIVE KIRKHILL INDUSTRIAL ESTATE ABERDEEN, SCOTLAND AB2 0GL UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.110 | State what the contract or lease is for and the nature of the debtor's interest | Rig Bareboat Charters (BBCs)- O BlackHornet - DOL Zug-DOC | DIAMOND OFFSHORE LIMITED HOWE MOSS DRIVE KIRKHILL INDUSTRIAL ESTATE ABERDEEN, SCOTLAND AB2 0GL UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Diamond Offshore Company    Case number *(if known)* 20-32307
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.111** | State what the contract or lease is for and the nature of the debtor's interest | Rig Bareboat Charters (BBCs)- O BlackLion - DOL Zug-DOC | DIAMOND OFFSHORE LIMITED HOWE MOSS DRIVE KIRKHILL INDUSTRIAL ESTATE ABERDEEN, SCOTLAND AB2 0GL UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.112** | State what the contract or lease is for and the nature of the debtor's interest | Rig Bareboat Charters (BBCs)- O BlackLion - DOL Zug-DOC | DIAMOND OFFSHORE LIMITED HOWE MOSS DRIVE KIRKHILL INDUSTRIAL ESTATE ABERDEEN, SCOTLAND AB2 0GL UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.113** | State what the contract or lease is for and the nature of the debtor's interest | Rig Bareboat Charters (BBCs)- O BlackRhino - DOL Zug-DOC | DIAMOND OFFSHORE LIMITED HOWE MOSS DRIVE KIRKHILL INDUSTRIAL ESTATE ABERDEEN, SCOTLAND AB2 0GL UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.114** | State what the contract or lease is for and the nature of the debtor's interest | Rig Bareboat Charters (BBCs)- O BlackRhino - DOL Zug-DOC | DIAMOND OFFSHORE LIMITED HOWE MOSS DRIVE KIRKHILL INDUSTRIAL ESTATE ABERDEEN, SCOTLAND AB2 0GL UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.115** | State what the contract or lease is for and the nature of the debtor's interest | Intercompany Agreements-Administrative Services-Payroll Services Agreements-DOMC-DOC 01 -Jan-2014 | DIAMOND OFFSHORE MANAGEMENT COMPANY 15415 KATY FREEWAY SUITE 100 HOUSTON, TX 77094 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.116** | State what the contract or lease is for and the nature of the debtor's interest | Intercompany Agreements-Administrative Services-Payroll Services Agreements-DOMC-DOC 01 -Jan-2014 | DIAMOND OFFSHORE MANAGEMENT COMPANY 15415 KATY FREEWAY SUITE 100 HOUSTON, TX 77094 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.117** | State what the contract or lease is for and the nature of the debtor's interest | Intercompany Agreements-Procurement Agreements-DOC-DONBV 1-Jan-2009 | DIAMOND OFFSHORE NETHERLANDS B.V. ZUIDPLEIN 126 WTC TOWER H 15TH FLOOR AMSTERDAM 1077XV NETHERLANDS |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor _____Diamond Offshore Company_____     Case number (if known) __20-32307_____
              Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.118 | State what the contract or lease is for and the nature of the debtor's interest | Intercompany Agreements-Procurement Agreements-DOC-DOSC Sucursal Colombia 19 Jun 2014 | DIAMOND OFFSHORE SERVICES COMPANY<br>15415 KATY FREEWAY<br>SUITE 100<br>HOUSTON, TX 77094 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.119 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreements-DOC-DNV GL AS - Periodical Service Agreement for Classification and Statutory Surveys - 22Sep2017 | DNV GL AS<br>ATTN: GENERAL COUNSEL<br>P.O BOX 300<br>HOVIK 1322<br>NORWAY |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.120 | State what the contract or lease is for and the nature of the debtor's interest | IT Contracts-DOC-DocuSign, Inc. - Master Services Agreement - 06Dec2018 | DOCUSIGN, INC.<br>ATTN: GENERAL COUNSEL<br>221 MAIN STREET<br>SUITE 1000<br>SAN FRANCISCO, CA 94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.121 | State what the contract or lease is for and the nature of the debtor's interest | IT Contracts-DOC-DocuSign, Inc. - MSA Order - 31Jul2019 | DOCUSIGN, INC.<br>ATTN: GENERAL COUNSEL<br>221 MAIN STREET<br>SUITE 1000<br>SAN FRANCISCO, CA 94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.122 | State what the contract or lease is for and the nature of the debtor's interest | MSA - Axon Pressure Products-063010 | DRILLING CONTROLS, INC.<br>ATTN: GENERAL COUNSEL<br>8909 JACKRABBIT ROAD<br>HOUSTON, TX 77095 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.123 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreements-DOC-Drilling Systems, Inc. - Maintenance & Technical Support Services Agreement - 1Jan14 | DRILLING SYSTEMS, INC.<br>ATTN: GENERAL COUNSEL<br>15720 PARK ROW<br>SUITE 350<br>HOUSTON, TX 77084 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.124 | State what the contract or lease is for and the nature of the debtor's interest | Benefits-HR Agreements-DOC-Drugtest, Inc. dba DISA, Inc. - Master Services Agreement - 12Sep2011 | DRUGTEST , INC. DBA DISA, INC.<br>ATTN: GENERAL COUNSEL<br>12600 NORTHBOROUGH DRIVE<br>SUITE 300<br>HOUSTON, TX 77067 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor      Diamond Offshore Company                                    Case number (if known)  20-32307
            Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.125 | State what the contract or lease is for and the nature of the debtor's interest | Lease - Subsea Equipment | ENDURANCE SPECIALTY INSURANCE LTD. WATERLOO HOUSE 100 PITTS BAY ROAD PEMBROKE HM08 BERMUDA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.126 | State what the contract or lease is for and the nature of the debtor's interest | Lease - Subsea Equipment | GENERAL STAR INDEMNITY COMPANY C/O AMWINS BROKERAGE OF TEXAS, INC. 2204 TIMBERLOCH SUITE 185 THE WOODLANDS, TX 77380 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.127 | State what the contract or lease is for and the nature of the debtor's interest | Lease - Subsea Equipment | HAMILTON RE, LTD. 90 PITTS BAY ROAD PEMBROKE HM08 BERMUDA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.128 | State what the contract or lease is for and the nature of the debtor's interest | Lease - Subsea Equipment | LIBERTY MUTUAL FIRE INSURANCE COMPANY 9811 KATY FREEWAY SUITE 350 HOUSTON, TX 77024 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.129 | State what the contract or lease is for and the nature of the debtor's interest | Emirates Service Agreement | EMIRATES ATTN: GENERAL COUNSEL EMIRATES,5TH FLOOR 55 EAST 59TH STREET NEW YORK, NY 10022 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.130 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy - Excess Liability | MARKEL BERMUDA LIMITED MARKEL HOUSE 2 FRONT STREET HAMILTON BERMUDA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.131 | State what the contract or lease is for and the nature of the debtor's interest | IT Contracts-Equinix-DOC_msa | EQUINIX LLC ATTN: GENERAL COUNSEL ONE LAGOON DRIVE 4TH FLOOR REDWOOD CITY, CA 94065 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor      Diamond Offshore Company
            Name

Case number (if known) 20-32307

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.132 | State what the contract or lease is for and the nature of the debtor's interest | Benefits-HR Agreements-DOC-Ernst & Young LLP - Engagement Agreement - 28Mar17 | ERNST & YOUNG LLP<br>ATTN: GENERAL COUNSEL<br>1401 MCKINNEY STREET<br>SUITE 1200<br>HOUSTON, TX 77010 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.133 | State what the contract or lease is for and the nature of the debtor's interest | IT Contracts-DOC - eVerge Group, LLC - Consulting Agreement - 1 Mar 2019 | EVERGE GROUP, LLC<br>ATTN: GENERAL COUNSEL<br>4965 PRESTON PARK BOULEVARD<br>SUITE 700<br>PLANO, TX 75093 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.134 | State what the contract or lease is for and the nature of the debtor's interest | IT Contracts-DOC-Mandiant - Services Agreement - 8Nov16 | FIREEYE INC. D/B/A MANDIANT<br>ATTN: GENERAL COUNSEL<br>1440 MCCARTHY BOULEVARD<br>MILPITAS, CA 95035 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.135 | State what the contract or lease is for and the nature of the debtor's interest | IT Contracts-DOC-Mandiant - Services Agreement - 8Nov16 | FIREEYE, INC., D/B/A MANDIANT<br>ATTN: GENERAL COUNSEL<br>1440 MCCARTHY BOULEVARD<br>MILPITAS, CA 95035 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.136 | State what the contract or lease is for and the nature of the debtor's interest | Misc Contracts-Franklin Offshore-Purchase Order - DOC-Franklin Offshore | FRANKLIN OFFSHORE INTERNATIONAL PTE LTD<br>ATTN: GENERAL COUNSEL<br>11 PANDAN RD<br>609259<br>SINGAPORE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.137 | State what the contract or lease is for and the nature of the debtor's interest | Misc Contracts-Franklin Offshore-Equipment Sale Agreement - DO-Franklin - FINAL - EXECUTED by DO and Franklin | FRANKLIN OFFSHORE INTERNATIONAL PTE. LTD<br>ATTN: GILBERT TEO<br>11 PANDAN ROAD<br>609259<br>SINGAPORE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.138 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreements-DOC - Friede & Goldman, LLC - Master Engineering Services Agreement #MSA-DODI-01 - 27 Dec 2018 | FRIEDE & GOLDMAN, LLC<br>ATTN: GENERAL COUNSEL<br>3151 BRIARPARK DRIVE<br>SUITE 800<br>HOUSTON, TX 77042 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Diamond Offshore Company
          Name                                                    Case number (if known)  20-32307

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.139 | State what the contract or lease is for and the nature of the debtor's interest | Facilities Contracts-DOC-Fujitech America, Inc. | FUJITEC AMERICA, INC.<br>ATTN: GENERAL COUNSEL<br>7258 INNOVATION WAY<br>MASON, OH 45040 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.140 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreements-DOC-G.H. Project Management Services, LLC - Consulting Services Agreement - 22Jun17 | G.H. PROJECT MANAGEMENT SERVICES, LLC<br>ATTN: GENERAL COUNSEL<br>1943 SHADOW FOREST<br>KATY, TX 77494 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.141 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy - Automobile | AMERICAN HOME ASSURANCE COMPANY (AIG)<br>2929 ALLEN PARKWAY<br>FLOOR 12<br>HOUSTON, TX 77019 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.142 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreements-DOC-George Baca - Consulting Agreement - 07May2015 | GEORGE BACA<br>ATTN: GENERAL COUNSEL<br>6114 ALLENTOWN DRIVE<br>SPRING, TX 77389 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.143 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Agreements-Grant Prideco | GRANT PRIDECO, L.P.<br>ATTN: GENERAL COUNSEL<br>400 NORTH SAM HOUSTON PARKWAY EAST<br>SUITE 900<br>HOUSTON, TX 77060 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.144 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Agreements-Grant Prideco | GRANT PRIDECO, L.P.<br>ATTN: GENERAL COUNSEL<br>400 NORTH SAM HOUSTON PARKWAY EAST<br>SUITE 900<br>HOUSTON, TX 77060 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.145 | State what the contract or lease is for and the nature of the debtor's interest | HR Agreements-Kichler Greg | GREG KICHLER<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor ___Diamond Offshore Company_____   Case number *(if known)* __20-32307_____
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.146 | State what the contract or lease is for and the nature of the debtor's interest | Subscription Agreements-DOC-Gulf Coast Risk Solutions, LLC - Subscription Services Agreement - 14Mar2018 | GULF COAST RISK SOLUTIONS, LLC(GCRS)<br>ATTN: GENERAL COUNSEL<br>5400 KATY FREEWAY<br>SUITE 290<br>HOUSTON, TX 77007 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.147 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreements-DOC - GustoMSA U.S. Inc.-Consulting Services Agreement - 1 Sep 2018 | GUSTOMSC U.S. INC.<br>ATTN: GENERAL COUNSEL<br>840 WEST SAM HOUSTON PARKWAY NORTH<br>SUITE 410 - CITY CENTER 4<br>HOUSTON, TX 77024 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.148 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreements-H. Brown, Inc.-Service Agreement-18 mar 2020 | H. BROWN, INC.<br>ATTN: GENERAL COUNSEL<br>P.O. BOX 427<br>EUNICE, LA 70535 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.149 | State what the contract or lease is for and the nature of the debtor's interest | Lease - Rig Equipment & Tools | CHUBB BERMUDA INSURANCE LTD.<br>P.O. BOX HM 1015<br>HAMILTON<br>BERMUDA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.150 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreements-DOC-Halliburton Energy Services, Inc - Consulting Agreement - 5Dec17 | HALLIBURTON ENERGY SERVICES, INC.<br>ATTN: GENERAL COUNSEL<br>3000 NORTH SAM HOUSTON PARKWAY EAST<br>HOUSTON, TX 77032 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.151 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy - Excess Liability | NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA<br>C/O ED BROKING<br>2929 ALLEN PARKWAY<br>SUITE 1300<br>HOUSTON, TX 77019 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.152 | State what the contract or lease is for and the nature of the debtor's interest | CapRock-21 - CapRock DODI BlackHawk Schedule 21 May 2014BlackHawk GOM FULLY EXECUTED 05-16-14 | HARRIS CAPROCK COMMUNICATIONS, INC.<br>ATTN: GENERAL COUNSEL<br>4400 SOUTH SAM HOUSTON PARKWAY EAST<br>HOUSTON, TX 77048 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Diamond Offshore Company          Case number *(if known)*  20-32307
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.153 | State what the contract or lease is for and the nature of the debtor's interest | CapRock-22 - CapRock-DODI BlackRhino Schedule 22 March 2015 FULLY EXECUTED | HARRIS CAPROCK COMMUNICATIONS, INC. ATTN: GENERAL COUNSEL 4400 SOUTH SAM HOUSTON PARKWAY EAST HOUSTON, TX 77048 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.154 | State what the contract or lease is for and the nature of the debtor's interest | CapRock-23 - CapRock Schedule 23 - Black Lion GOM Operations - FULLY EXECUTED 09032015 | HARRIS CAPROCK COMMUNICATIONS, INC. ATTN: GENERAL COUNSEL 4400 SOUTH SAM HOUSTON PARKWAY EAST HOUSTON, TX 77048 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.155 | State what the contract or lease is for and the nature of the debtor's interest | CapRock-24 - CapRock-DODI BlackHornet Schedule 24 March 2015 FULLY EXECUTED | HARRIS CAPROCK COMMUNICATIONS, INC. ATTN: GENERAL COUNSEL 4400 SOUTH SAM HOUSTON PARKWAY EAST HOUSTON, TX 77048 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.156 | State what the contract or lease is for and the nature of the debtor's interest | Drilling Contracts-Hess-DOC - Ocean BlackRhino | HESS CORPORATION ATTN: GENERAL COUNSEL 1501 MCKINNEY STREET HOUSTON, TX 77010 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.157 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreements-DOC-Hitachi Consulting Corporation - Services Agreement (Technology) - 8Aug16 | HITACHI CONSULTING COMPANY ATTN: GENERAL COUNSEL 123 N. WACKER DRIVE SUITE 1200 CHICAGO, IL 60606 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.158 | State what the contract or lease is for and the nature of the debtor's interest | IT Contracts-DOC - HollandParker LLC - Master Services Agreement (Consulting) - 6 Feb 2019 | HOLLANDPARKER LLC ATTN: GENERAL COUNSEL 12335 KINGSRIDE SUITE 317 HOUSTON, TX 77024 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.159 | State what the contract or lease is for and the nature of the debtor's interest | Hydrill-CSA Contract - Hydrill-DOC - FINAL for EXECUTION as of 4 Feb 2016 | HYDRIL USA DISTRIBUTION LLC ATTN: CONTRACT PERFORMANCE MANAGER 4424 WEST SAM HOUSTON PKWY NORTH HOUSTON, TX 77041 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor      Diamond Offshore Company                                    Case number (if known)  20-32307
            Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.160** | State what the contract or lease is for and the nature of the debtor's interest | Hydrill-CSA Contract - BHGE (Hydril) Notice of Address Change | HYDRIL USA DISTRIBUTION LLC<br>ATTN: SENIOR CONTRACT PERFORMANCE MANAGER<br>3300 NORTH SAM HOUSTON PKWY EAST<br>HOUSTON, TX 77032 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.161** | State what the contract or lease is for and the nature of the debtor's interest | Hydrill-CSA Contract - Hydril-DOC - Amendment No. 1 EXECUTED | HYDRIL USA DISTRIBUTION LLC<br>ATTN: GENERAL COUNSEL<br>3300 NORTH SAM HOUSTON PARKWAY EAST<br>HOUSTON, TX 77032-3411 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.162** | State what the contract or lease is for and the nature of the debtor's interest | Hydrill-CSA Contract - Hydril-DOC - Amendment No. 2 EXECUTED | HYDRIL USA DISTRIBUTION LLC<br>ATTN: GENERAL COUNSEL<br>3300 NORTH SAM HOUSTON PARKWAY EAST<br>HOUSTON, TX 77032-3411 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.163** | State what the contract or lease is for and the nature of the debtor's interest | Hydrill-CSA Contract - Hydril-DOC - EXECUTED FINAL | HYDRIL USA DISTRIBUTION LLC<br>ATTN: CONTRACT PERFORMANCE MANAGER AND ASSOCIATE GENERAL MANAGER<br>4424 WEST SAM HOUSTON PKWY NORTH<br>HOUSTON, TX 77041 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.164** | State what the contract or lease is for and the nature of the debtor's interest | Hydrill-CSA Contract - Hydril-DOC - Spec Rig Exhibit As | HYDRIL USA DISTRIBUTION LLC<br>ATTN: GENERAL COUNSEL<br>3300 NORTH SAM HOUSTON PARKWAY EAST<br>HOUSTON, TX 77032-3411 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.165** | State what the contract or lease is for and the nature of the debtor's interest | Misc Contracts-Hydril-Vetco-BHGE-BHGE-Diamond Riser Services Agreement - EXECUTED Sept 2019 | HYDRIL USA DISTRIBUTION LLC<br>ATTN: RUDY KUSAK - SALES DEPT.<br>3300 NORTH SAM HOUSTON PARKWAY E<br>HOUSTON, TX 77032 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.166** | State what the contract or lease is for and the nature of the debtor's interest | Pressure Control by the Hour (PCbtH)-Letter Agreement BOP Polyflex Hoses - 11 June 2019 Executed | HYDRIL USA DISTRIBUTION LLC<br>ATTN: GENERAL COUNSEL<br>3300 NORTH SAM HOUSTON PARKWAY EAST<br>HOUSTON, TX 77032-3411 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   <u>Diamond Offshore Company</u>
         Name

Case number (if known) __20-32307__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.167 | State what the contract or lease is for and the nature of the debtor's interest | Pressure Control by the Hour (PCbtH)-Letter Agreement SRI Valves -- 11 June 2019 Executed | HYDRIL USA DISTRIBUTION LLC<br>ATTN: GENERAL COUNSEL<br>3300 NORTH SAM HOUSTON PARKWAY EAST<br>HOUSTON, TX 77032-3411 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.168 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Agreements-Hydril | HYDRIL USA DISTRIBUTION LLC<br>ATTN: GENERAL COUNSEL<br>3300 NORTH SAM HOUSTON PARKWAY E<br>HOUSTON, TX 77032-3411 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.169 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Agreements-Hydril | HYDRIL USA DISTRIBUTION LLC<br>ATTN: GENERAL COUNSEL<br>3300 NORTH SAM HOUSTON PARKWAY E<br>HOUSTON, TX 77032-3411 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.170 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Agreements-Hydril | HYDRIL USA DISTRIBUTION LLC<br>ATTN: GENERAL COUNSEL<br>3300 NORTH SAM HOUSTON PARKWAY E<br>HOUSTON, TX 77032-3411 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.171 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement | HYDRIL USA DISTRIBUTION LLC<br>ATTN: RUDY KUSAK - SALES DEPT.<br>3300 NORTH SAM HOUSTON PARKWAY E<br>HOUSTON, TX 77032 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.172 | State what the contract or lease is for and the nature of the debtor's interest | Misc Contracts-Hydril-Vetco-BHGE-MSA - DOC-Hydril and Vetco | HYDRIL USA DISTRIBUTION, LLC<br>ATTN: RUDY KUSAK - SALES DEPT.<br>3300 NORTH SAM HOUSTON PARKWAY E<br>HOUSTON, TX 77032 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.173 | State what the contract or lease is for and the nature of the debtor's interest | IT Contracts-IBM Terms of Use | IBM CLOUD SERVICES<br>ATTN: GENERAL COUNSEL<br>1 NEW ORCHARD ROAD<br>ARMONK, NY 10504-1722 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  Diamond Offshore Company                         Case number *(if known)* 20-32307
        Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.174** | State what the contract or lease is for and the nature of the debtor's interest | IT Contracts-IBM Enterprise Asset Management on Cloud | IBM ENTERPRISE ASSET MANAGEMENT<br>ATTN: GENERAL COUNSEL<br>1 NEW ORCHARD ROAD<br>ARMONK, NY 10504-1722 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.175** | State what the contract or lease is for and the nature of the debtor's interest | Benefits-HR Agreements-DOC-iCIMS - Amendment Order Form | ICIMS, INC.<br>ATTN: GENERAL COUNSEL<br>101 CRAWFORDS CORNER ROAD<br>SUITE 3-100<br>HOLMDEL, NJ 07733 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.176** | State what the contract or lease is for and the nature of the debtor's interest | Benefits-HR Agreements-DOC-iCIMS - Onboarding | ICIMS, INC.<br>ATTN: GENERAL COUNSEL<br>101 CRAWFORDS CORNER ROAD<br>SUITE 3-100<br>HOLMDEL, NJ 07733 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.177** | State what the contract or lease is for and the nature of the debtor's interest | Subscription Service or Access Agreement Order | IHS GLOBAL INC.<br>ATTN: GENERAL COUNSEL<br>15 INVERNESS WAY EAST<br>ENGLEWOOD, CO 80112 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.178** | State what the contract or lease is for and the nature of the debtor's interest | Leases-DOC-ImageNet Equipment Lease Agreement - 23 Jul 2018 | IMAGENET CONSULTING<br>ATTN: GENERAL COUNSEL<br>6050 NORTH COURSE DRIVE<br>HOUSTON, TX 77072 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.179** | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreements-DOC-Ingenium Performance Inc - Master Consulting Services Agreement - 15Dec16 | INGENIUM PERFORMANCE, INC.<br>ATTN: GENERAL COUNSEL<br>9707 BRIARDALE DRIVE<br>FRISCO, TX 75035-3037 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.180** | State what the contract or lease is for and the nature of the debtor's interest | IT Contracts-DOC-Innovative-e, Inc. - Master Service Agreement - 09Apr2019 | INNOVATIVE-E, INC.<br>ATTN: MIKE TAYLOR<br>525-K EAST MARKET STREET<br>#102<br>LEESBURG, VA 20176 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Diamond Offshore Company | Case number (if known) 20-32307 |
| --- | --- | --- |
| | Name | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.181 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreements-DOC - Insight Offshore Consulting LLC - Consulting Services Agreement - 5Apr2018 | INSIGHT OFFSHORE CONSULTING LLC<br>ATTN: GENERAL COUNSEL<br>8603 CHICKASAW PLUM WAY<br>KATY, TX 77494 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.182 | State what the contract or lease is for and the nature of the debtor's interest | Misc Contracts-InterMoor-DOC - InterMoor Inc.-Bill of Sale-Equipment - 7 Jan 2019 | INTERMOOR, INC.<br>ATTN: GENERAL COUNSEL<br>900 THREADNEEDLE<br>SUITE 300<br>HOUSTON, TX 77079 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.183 | State what the contract or lease is for and the nature of the debtor's interest | Misc Contracts-InterMoor-DOC - InterMoor, Inc.-Equipment Sale Agreement -7 Jan 2019 | INTERMOOR, INC.<br>ATTN: MARTIN KOBIELA AND JASON MAYBERRY<br>900 THREADNEEDLE<br>SUITE 300<br>HOUSTON, TX 77079 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.184 | State what the contract or lease is for and the nature of the debtor's interest | Misc Contracts-InterMoor-Equipment Sale and Storage Agreement - DOC-Intermoor Jan 2019 | INTERMOOR, INC.<br>ATTN: MARTIN KOBIELA AND JASON MAYBERRY<br>900 THREADNEEDLE<br>SUITE 300<br>HOUSTON, TX 77079 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.185 | State what the contract or lease is for and the nature of the debtor's interest | Misc Contracts-InterMoor-MSA - DOC-Intermoor Inc | INTERMOOR, INC.<br>ATTN: GENERAL COUNSEL<br>382 DEGREVELLE ROAD<br>AMELIA, LA 70340 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.186 | State what the contract or lease is for and the nature of the debtor's interest | IT Contracts-IBM-POE-ORDER#0060453511 | INTERNATIONAL BUSINESS MACHINES CORPORATION<br>ATTN: GENERAL COUNSEL<br>P.O. BOX 643600<br>PITTSBURGH, PA 15264-3600 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.187 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreements-DOC - International SOS Assistance, Inc. - Certificate of Subscription - 17 Aug 2019 | INTERNATIONAL SOS ASSISTANCE, INC.<br>ATTN: GENERAL COUNSEL<br>3600 HORIZON BOULEVARD<br>SUITE 300<br>TREVOSE, PA 19053 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   <u>Diamond Offshore Company</u>
            Name

Case number *(if known)* <u>20-32307</u>

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.188 | State what the contract or lease is for and the nature of the debtor's interest | IT Contracts-DOC-ITC Global, Inc. | ITC GLOBAL, INC<br>ATTN: GENERAL COUNSEL<br>3430 SOUTH SAM HOUSTON PARKWAY<br>SUITE 500<br>HOUSTON, TX 77047 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.189 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreements-DOC-Joseph G. Clausen - Consulting Agreement - 31Mar17 | JOSEPH G. CLAUSEN<br>ATTN: GENERAL COUNSEL<br>7826 DOVER LANE<br>RICHMOND, TX 77406 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.190 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement | KBACE TECHNOLOGIES INC<br>ATTN: GENERAL COUNSEL<br>6 TRAFALGAR SQUARE<br>NASHUA, NH 03063 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.191 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Agreements-Kiswire - 139-113402-1 | KISWIRE TRADING INC.<br>ATTN: GENERAL COUNSEL<br>3890 STEVE REYNOLDS BOULEVARD<br>NORCROSS, GA 30093 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.192 | State what the contract or lease is for and the nature of the debtor's interest | Delta Service Agreement | KLM<br>ATTN: GENERAL COUNSEL<br>C/O DELTA AIRLINES INC<br>1030 DELTA BOULEVARD<br>ATLANTA, GA 30320 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.193 | State what the contract or lease is for and the nature of the debtor's interest | Misc Contracts-MSA - DOC-Kongsberg Maritime Inc | KONGSBERG MARITIME, INC.<br>ATTN: GENERAL COUNSEL<br>150 JAMES DRIVE EAST<br>SUITE 160<br>ST. ROSE, LA 70087 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.194 | State what the contract or lease is for and the nature of the debtor's interest | Korean Air Service Agreement | KOREAN AIRLINES CO., LTD<br>ATTN: GENERAL COUNSEL<br>1813 WILSHIRE BOULEVARD<br>LOS ANGELES, CA 90057 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor      Diamond Offshore Company                                Case number (if known)  20-32307
            Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.195 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy - Automobile | ARCH INSURANCE (BERMUDA) (A DIVISION OF ARCH REINSURANCE LTD.) WATERLOO HOUSE 100 PITTS BAY ROAD PEMBROKE HM08 BERMUDA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.196 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy - Protection & Indemnity | XL SPECIALTY INSURANCE, INC. PROFESSIONAL |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.197 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreements-DOC-LinRich Solutions, LLC - 01Aug2013 | LINRICH SOLUTIONS, LLC ATTN: GENERAL COUNSEL 20333 STATE HIGHWAY 249 HOUSTON, TX 77070 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.198 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy - Excess Liability | NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA C/O ED BROKING 2929 ALLEN PARKWAY SUITE 1300 HOUSTON, TX 77019 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.199 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy - Property (Rigs) & Protection & Indemnity | TOKIO MARINE SEGURADORA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.200 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreements-DOC-Lloyd's Register Drilling Integrity Services, Inc. - 20Aug2015 | LLOYD'S REGISTER DRILLING INTEGRITY SERVICES, INC. ATTN: GENERAL COUNSEL 1330 ENCLAVE PARKWAY SUITE 200 HOUSTON, TX 77077 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.201 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreements-DOC-Logan Industries International Corporation - 28Feb2020 | LOGAN INDUSTRIES INTERNATIAL CORPORATION ATTN: GENERAL COUNSEL 1000 BLASINGAME ROAD HEMPSTEAD, TX 77445 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Diamond Offshore Company           Case number *(if known)* _20-32307_
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.202 | State what the contract or lease is for and the nature of the debtor's interest | IT Contracts-Long View Fully Executed - EUX Service Desk_Deskside Support | LONG VIEW SYSTEMS CORPORATION ATTN: GENERAL COUNSEL 555 17TH STREET SUITE 1600 NORTHWEST DENVER, CO 80202 |
|  | State the term remaining | | |
|  | List the contract number of any government contract | | |
| 2.203 | State what the contract or lease is for and the nature of the debtor's interest | IT Contracts-LVS_DODI - MSA | LONG VIEW SYSTEMS CORPORATION (USA) ATTN: GENERAL COUNSEL 1221 MCKINNEY SUITE 4150 HOUSTON, TX 77010 |
|  | State the term remaining | | |
|  | List the contract number of any government contract | | |
| 2.204 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreements-DOC-LRN - Governance and Ethics Management System Agreement 01-Sep-2005 | LRN CORPORATION ATTN: CORPORATE COUNSEL THE LEGAL KNOWLEDGE COMPANY 1100 GLENDON AVENUE SUITE 700 LOS ANGELES, CA 90024 |
|  | State the term remaining | | |
|  | List the contract number of any government contract | | |
| 2.205 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreements-DOC-LRN Sixth Amendment 3 Yr Term (26 Mar 2020) | LRN CORPORATION ATTN: CORPORATE COUNSEL THE LEGAL KNOWLEDGE COMPANY 1100 GLENDON AVENUE SUITE 700 LOS ANGELES, CA 90024 |
|  | State the term remaining | | |
|  | List the contract number of any government contract | | |
| 2.206 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreements-DOC-Lynn Romero Trucking Inc - Services Agreement - 31Jul17 | LYNN ROMERO TRUCKING, INC. ATTN: GENERAL COUNSEL P.O. BOX 9189 NEW IBERIA, LA 70562 |
|  | State the term remaining | | |
|  | List the contract number of any government contract | | |
| 2.207 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy - Excess Liability | SKULD MUTUAL PROTECTION & INDEMNITY ASSOCIATION (BERMUDA) LTD. P.O.BOX 1376 VIKA-NO-0114 OSLO NORWAY |
|  | State the term remaining | | |
|  | List the contract number of any government contract | | |
| 2.208 | State what the contract or lease is for and the nature of the debtor's interest | Facilities Contracts-DOC-Marshall Agency | MARSHALL AGENCY ATTN: GENERAL COUNSEL 12515 PARK MEADOW DRIVE HOUSTON, TX 77089 |
|  | State the term remaining | | |
|  | List the contract number of any government contract | | |

Debtor ___Diamond Offshore Company_____  Case number *(if known)* __20-32307_____
           Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.209 | State what the contract or lease is for and the nature of the debtor's interest | Misc Contracts-NOV-Application Servicesd and License Agreement (RigMS) - DOC-NOV | MDTOTCO, A DIVISION OF NATIONAL OILWELL VARCO, L.P. ATTN: GENERAL COUNSEL 12950 WEST LITTLE YORK HOUSTON, TX 77041 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.210 | State what the contract or lease is for and the nature of the debtor's interest | Benefits-HR Agreements-DOC-Mercer (US) Inc - Engagement Agreement - 24May17 | MERCER (US) INC. ATTN: GENERAL COUNSEL 500 DALLAS STREET HOUSTON, TX 77002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.211 | State what the contract or lease is for and the nature of the debtor's interest | Intercompany Agreements-Procurement Agreements-DOC-Mexdrill Offshore, S de RL de CV (Mexdrill Offshore) 1 Nov 2016 | MEXDRILL OFFSHORE, S. DE R.L. DE C.V. CUERNAVACA 106 COLONIA CONDESA, CUAUHTÉMOC CIUDAD DE MÉXICO 6140 MEXICO |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.212 | State what the contract or lease is for and the nature of the debtor's interest | Digital Technologies Agreement | MHWIRTH AS ATTN: GENERAL COUNSEL BUTANGEN 20 KRISTIANSAND 4639 NORWAY |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.213 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Agreements-MH Wirth | MHWIRTH AS ATTN: GENERAL COUNSEL BUTANGEN 20 KRISTIANSAND 4639 NORWAY |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.214 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Agreements-MH Wirth | MHWIRTH AS ATTN: GENERAL COUNSEL BUTANGEN 20 KRISTIANSAND 4639 NORWAY |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.215 | State what the contract or lease is for and the nature of the debtor's interest | MSA - BAE Systems Millennium Industrial & Marine Solutions LLC-122706 | MILLENNIUM INDUSTRIAL AND MARINE SOLUTIONS, INC ATTN: GENERAL COUNSEL 6530 SHORTCUT ROAD MOSS POINT, MS 39563 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Diamond Offshore Company
          Name

Case number (if known)  20-32307

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.216 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreements-DOC-Moss Maritime AS Consulting Agreement - 11-Oct-2013 (inc Amendments) | MOSS MARITIME AS<br>ATTN: GENERAL COUNSEL<br>VOLLSVN.17A<br>LYSAKER 1366<br>NORWAY |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.217 | State what the contract or lease is for and the nature of the debtor's interest | Data Subscription Service or Access Agreement-DOC-Motion Picture Licensing Corporation (MPLC) | MOTION PICTURE LICENSING CORPORATION<br>ATTN: GENERAL COUNSEL<br>P.O. BOX 80144<br>CITY OF INDUSTRY, CA 91716 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.218 | State what the contract or lease is for and the nature of the debtor's interest | Misc Contracts-NOV-MSA - DOC-NOV | NATIONAL OILWELL L.P.<br>ATTN: GENERAL COUNSEL<br>P.O. BOX 4638<br>HOUSTON, TX 7210-4639 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.219 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Agreements-NOV Canceled Orders | NATIONAL OILWELL VARCO<br>ATTN: GENERAL COUNSEL<br>RIG SOLUTIONS SPARES & SERVICE<br>5212 WEST HWY. 90<br>NEW IBERIA, LA 70560 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.220 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Agreements-NOV Canceled Orders | NATIONAL OILWELL VARCO<br>ATTN: GENERAL COUNSEL<br>RIG SOLUTIONS SPARES & SERVICE<br>5212 WEST HWY. 90<br>NEW IBERIA, LA 70560 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.221 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Agreements-NOV Canceled Orders | NATIONAL OILWELL VARCO<br>ATTN: GENERAL COUNSEL<br>RIG SOLUTIONS SPARES & SERVICES<br>5212 WEST HWY. 90<br>NEW IBERIA, LA 70560 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.222 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Agreements-NOV Canceled Orders | NATIONAL OILWELL VARCO<br>ATTN: GENERAL COUNSEL<br>RIG SOLUTIONS SPARES & SERVICES<br>5212 WEST HWY. 90<br>NEW IBERIA, LA 70560 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor      Diamond Offshore Company
            Name

Case number (if known)   20-32307

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.223 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Agreements-NOV Canceled Orders | NATIONAL OILWELL VARCO ATTN: GENERAL COUNSEL RIG SOLUTIONS SPARES & SERVICES 5212 WEST HWY. 90 NEW IBERIA, LA 70560 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.224 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Agreements-NOV Canceled Orders | NATIONAL OILWELL VARCO ATTN: GENERAL COUNSEL RIG SOLUTIONS SPARES & SERVICES 5212 WEST HWY. 90 NEW IBERIA, LA 70560 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.225 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Agreements-NOV Canceled Orders | NATIONAL OILWELL VARCO ATTN: GENERAL COUNSEL RIG SOLUTIONS SPARES & SERVICES 5212 WEST HWY. 90 NEW IBERIA, LA 70560 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.226 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Agreements-NOV Canceled Orders | NATIONAL OILWELL VARCO ATTN: GENERAL COUNSEL RIG SOLUTIONS SPARES & SERVICES 5212 WEST HWY. 90 NEW IBERIA, LA 70560 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.227 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Agreements-NOV Canceled Orders | NATIONAL OILWELL VARCO ATTN: GENERAL COUNSEL RIG SOLUTIONS SPARES & SERVICES 5212 WEST HWY. 90 NEW IBERIA, LA 70560 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.228 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Agreements-NOV Canceled Orders | NATIONAL OILWELL VARCO ATTN: GENERAL COUNSEL RIG SOLUTIONS SPARES & SERVICES 5212 WEST HWY. 90 NEW IBERIA, LA 70560 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.229 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Agreements-NOV Canceled Orders | NATIONAL OILWELL VARCO ATTN: GENERAL COUNSEL RIG SOLUTIONS SPARES & SERVICES 5212 WEST HWY. 90 NEW IBERIA, LA 70560 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  Diamond Offshore Company
Name

Case number *(if known)* 20-32307

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.230 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Agreements-NOV Canceled Orders | NATIONAL OILWELL VARCO ATTN: GENERAL COUNSEL RIG SOLUTIONS SPARES & SERVICES 5212 WEST HWY. 90 NEW IBERIA, LA 70560 |
|  | **State the term remaining** | | |
|  | **List the contract number of any government contract** | | |
| 2.231 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Agreements-NOV Canceled Orders | NATIONAL OILWELL VARCO ATTN: GENERAL COUNSEL RIG SOLUTIONS SPARES & SERVICES 5212 WEST HWY. 90 NEW IBERIA, LA 70560 |
|  | **State the term remaining** | | |
|  | **List the contract number of any government contract** | | |
| 2.232 | **State what the contract or lease is for and the nature of the debtor's interest** | Misc Contracts-NOV-Riser Condition-Based Maintenace (CBM) Contract - NOV-DOC - 7 Feb 2019 (EXECUTED) | NATIONAL OILWELL VARCO, L.P. ATTN: GENERAL COUNSEL 7909 PARKWOOD CIRCLE DRIVE HOUSTON, TX 77036 |
|  | **State the term remaining** | | |
|  | **List the contract number of any government contract** | | |
| 2.233 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Agreements-NOV | NATIONAL OILWELL VARCO, L.P. ATTN: GENERAL COUNSEL 10353 RICHMOND AVENUE HOUSTON, TX 77042 |
|  | **State the term remaining** | | |
|  | **List the contract number of any government contract** | | |
| 2.234 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Agreements-NOV | NATIONAL OILWELL VARCO, L.P. ATTN: GENERAL COUNSEL 10353 RICHMOND AVENUE HOUSTON, TX 77042 |
|  | **State the term remaining** | | |
|  | **List the contract number of any government contract** | | |
| 2.235 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Agreements-NOV | NATIONAL OILWELL VARCO, L.P. ATTN: GENERAL COUNSEL 10353 RICHMOND AVENUE HOUSTON, TX 77042 |
|  | **State the term remaining** | | |
|  | **List the contract number of any government contract** | | |
| 2.236 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Agreements-NOV Canceled Orders | NATIONAL OILWELL VARCO, L.P. ATTN: GENERAL COUNSEL 10353 RICHMOND AVENUE HOUSTON, TX 77042 |
|  | **State the term remaining** | | |
|  | **List the contract number of any government contract** | | |

Debtor    __Diamond Offshore Company_____    Case number *(if known)* __20-32307_____
                    Name

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.237 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Agreements-NOV Canceled Orders | NATIONAL OILWELL VARCO, L.P. ATTN: GENERAL COUNSEL 10353 RICHMOND AVENUE HOUSTON, TX 77042 |
|  | **State the term remaining** |  |  |
|  | **List the contract number of any government contract** |  |  |
| 2.238 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Agreements-NOV Canceled Orders | NATIONAL OILWELL VARCO, L.P. ATTN: GENERAL COUNSEL 10353 RICHMOND AVENUE HOUSTON, TX 77042 |
|  | **State the term remaining** |  |  |
|  | **List the contract number of any government contract** |  |  |
| 2.239 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Agreements-NOV Canceled Orders | NATIONAL OILWELL VARCO, L.P. ATTN: GENERAL COUNSEL 10353 RICHMOND AVENUE HOUSTON, TX 77042 |
|  | **State the term remaining** |  |  |
|  | **List the contract number of any government contract** |  |  |
| 2.240 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Agreements-NOV Canceled Orders | NATIONAL OILWELL VARCO, L.P. ATTN: GENERAL COUNSEL 10353 RICHMOND AVENUE HOUSTON, TX 77042 |
|  | **State the term remaining** |  |  |
|  | **List the contract number of any government contract** |  |  |
| 2.241 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Agreements-NOV Canceled Orders | NATIONAL OILWELL VARCO, L.P. ATTN: GENERAL COUNSEL 10353 RICHMOND AVENUE HOUSTON, TX 77042 |
|  | **State the term remaining** |  |  |
|  | **List the contract number of any government contract** |  |  |
| 2.242 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Agreements-NOV Canceled Orders | NATIONAL OILWELL VARCO, L.P. ATTN: GENERAL COUNSEL 10353 RICHMOND AVENUE HOUSTON, TX 77042 |
|  | **State the term remaining** |  |  |
|  | **List the contract number of any government contract** |  |  |
| 2.243 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Agreements-NOV Canceled Orders | NATIONAL OILWELL VARCO, L.P. ATTN: GENERAL COUNSEL 10353 RICHMOND AVENUE HOUSTON, TX 77042 |
|  | **State the term remaining** |  |  |
|  | **List the contract number of any government contract** |  |  |

Debtor   Diamond Offshore Company
Name

Case number (if known)   20-32307

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.244 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Agreements-NOV Canceled Orders | NATIONAL OILWELL VARCO, L.P. ATTN: GENERAL COUNSEL 10353 RICHMOND AVENUE HOUSTON, TX 77042 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.245 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Agreements-NOV Canceled Orders | NATIONAL OILWELL VARCO, L.P. ATTN: GENERAL COUNSEL 10353 RICHMOND AVENUE HOUSTON, TX 77042 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.246 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy - Excess Directors & Officers Liability | ARGO RE LTD P.O. BOX HM 1282 HAMILTON BERMUDA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.247 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy - Excess Directors & Officers Liability | BERKLEY INSURANCE COMPANY 757 THIRD AVENUE 10TH FLOOR NEW YORK, NY 10017 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.248 | State what the contract or lease is for and the nature of the debtor's interest | IT Contracts-DOC-Netsync Services Agreement-5 Apr 2018 | NETSYNC NETWORK SOLUTIONS ATTN: GENERAL COUNSEL 2500 WEST LOOP SOUTH SUITE 410 HOUSTON, TX 77027 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.249 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreements-DOC-O'Brien's Response Management, LLC - Contract for Oil Spill Response Services - 22Dec2015 | O'BRIEN'S RESPONSE MANAGEMENT, LLC ATTN: VICE PRESIDENT VESSEL SERVICES 103 MORGAN LANE SUITE 103 PLAINSBORO, NJ 08536 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.250 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreements-DOC-O'Brien's Response Management, LLC - Contract for Oil Spill Response Services - 23Oct2013 | O'BRIEN'S RESPONSE MANAGEMENT, LLC ATTN: VICE PRESIDENT VESSEL SERVICES 103 MORGAN LANE SUITE 103 PLAINSBORO, NJ 08536 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor _____Diamond Offshore Company_____
Name

Case number (if known) __20-32307_____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.251 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreements-DOC-Oceaneering, Inc. - EDGEsmart SaaS Service Agreement - 29Jan2020 | OCEANEERING GLOBAL DATA SOLUTIONS<br>ATTN: GENERAL COUNSEL<br>11911 FM 529<br>HOUSTON, TX 77041 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.252 | State what the contract or lease is for and the nature of the debtor's interest | Intercompany Agreements-Procurement Agreements-DOC-Offshore Drilling Serices of Mexico, S de RL de CV (ODSM) 1 Nov 2016 | OFFSHORE DRILLING SERVICES OF MEXICO, S. DE R.L. DE C.V.<br>CUERNAVACA 106<br>COLONIA CONDESA, CUAUHTÉMOC<br>CIUDAD DE MÉXICO 6140<br>MEXICO |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.253 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Agreements-Oil States | OIL STATES SKAGIT SMATCO LLC<br>ATTN: GENERAL COUNSEL<br>1180 MULBERRY DRIVE<br>HOUMA, LA 70363 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.254 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Agreements-Oil States | OIL STATES SKAGIT SMATCO LLC<br>ATTN: GENERAL COUNSEL<br>1190 MULBERRY DRIVE<br>HOUMA, LA 70363 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.255 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Agreements-Oil States | OIL STATES SKAGIT SMATCO LLC<br>ATTN: GENERAL COUNSEL<br>1190 MULBERRY DRIVE<br>HOUMA, LA 70363 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.256 | State what the contract or lease is for and the nature of the debtor's interest | Onestream XF Cloud Agreement | ONESTREAM SOFTWARE LLC<br>ATTN: GENERAL COUNSEL<br>362 SOUTH STREET<br>ROCHESTER, MI 48307 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.257 | State what the contract or lease is for and the nature of the debtor's interest | IT Contracts-DOC-Oracle America, Inc. | ORACLE AMERICA, INC.<br>ATTN: GENERAL COUNSEL, LEGAL DEPARTMENT<br>500 ORACLE PARKWAY<br>REDWOOD SHORES, CA 94065 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor     Diamond Offshore Company
                Name

Case number *(if known)*   20-32307

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.258 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Agreements-Parker Hannifin - 139-112181 | PARKER HANNIFIN CORPORATION<br>ATTN: GENERAL COUNSEL<br>11151 CASH ROAD<br>STAFFORD, TX 77477 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.259 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreements-DOC-Peter Roberts-Consulting Agreement-23 Aug 2018 | PETER ROBERTS<br>ADDRESS ON FILE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.260 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreements-DOC - Poseidon Maritime Consulting LLC - Consulting Services Agreement - 12 Oct 2018 | POSEIDON MARITIME CONSULTING LLC<br>ATTN: GENERAL COUNSEL<br>1900 WEST GRAY<br>#131623<br>HOUSTON, TX 77019 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.261 | State what the contract or lease is for and the nature of the debtor's interest | IT Contracts-DOC-Presidio | PRESIDIO NETWORKED SOLUTIONS LLC<br>ATTN: GENERAL COUNSEL<br>ONE PENN PLAZA<br>28TH FLOOR<br>NEW YORK, NY 10119 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.262 | State what the contract or lease is for and the nature of the debtor's interest | Qatar Service Agreement | QATAR AIRWAYS Q.C.S.C.<br>ATTN: GENERAL COUNSEL<br>QATAR AIRWAYS TOWER<br>AIRPORT ROAD<br>P.O. BOX 22550<br>DOHA<br>QATAR |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.263 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreements-DOC-Rand Worldwide Subsidiary Inc - Master Services Agreement - 31Jan17 | RAND WORLDWIDE SUBSIDIARY, INC.<br>ATTN: GENERAL COUNSEL<br>11201 DOLFIELD BLVD<br>SUITE 112<br>OWINGS MILLS, MD 21117 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.264 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreements-DOC-Randy Lynn Henry-Consulting Services Agreement-1 May 2019 | RANDY LYNN HENRY<br>ATTN: GENERAL COUNSEL<br>30902 SEMINOLE ROAD<br>WALKER, LA 70785 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor       Diamond Offshore Company                                    Case number *(if known)*  20-32307
             Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.265 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreements-DOC-Randy William Downey-Consulting Services Agreement-1 Jun 2018 | RANDY WILLIAM DOWNEY ATTN: GENERAL COUNSEL 28715 DIAMOND CREEK DRIVE MAGNOLIA, TX 77355 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.266 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreements-DOC-Randy William Downey-Consulting Services Agreement-17 Aug 2018 | RANDY WILLIAM DOWNEY ATTN: GENERAL COUNSEL 28715 DIAMOND CREEK DRIVE MAGNOLIA, TX 77355 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.267 | State what the contract or lease is for and the nature of the debtor's interest | IT Contracts-DOC-Revolutionary Security LLC - Professional Services Agreement - 18Dec2019 | REVOLUTIONARY SECURITY LLC ATTN: GENERAL COUNSEL 350 SENTRY PKWY BLDG 670 SUITE 201 BLUE BELL, PA 19422 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.268 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreements-DOC-Rick Owens-Consulting Services Agreement-1 Jun 2018 | RICK OWENS ATTN: GENERAL COUNSEL 1820 PARISH LOOP VINTON, LA 70668 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.269 | State what the contract or lease is for and the nature of the debtor's interest | Misc Contracts-MSA - DOC-Rig Surveys Inc | RIG SURVEYS INC. ATTN: GENERAL COUNSEL 1333 PRICE PLAZA DRIVE KATY, TX 77449 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.270 | State what the contract or lease is for and the nature of the debtor's interest | Agency Agreements-Ross Maritime (GOM) Services and Compliance Agreement (1 Feb 2010) | ROSS MARITIME USA INC. ATTN: GENERAL COUNSEL P.O. BOX 1022 MOBILE, AL 36673 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.271 | State what the contract or lease is for and the nature of the debtor's interest | Rystad Energy Subscription | RYSTAD ENERGY INC. ATTN: GENERAL COUNSEL 9811 KATY FREEWAY SUITE 650 HOUSTON, TX 77024 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Diamond Offshore Company                                    Case number (if known)  20-32307
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.272 | State what the contract or lease is for and the nature of the debtor's interest | License Agreements-DOC-Safekick Ltd | SAFEKICK EMPOWERED SOLUTIONS<br>ATTN: GENERAL COUNSEL<br>13 PRINCE OF WALES TERRACE, 2ND FLOOR<br>LONDON W8 5PG<br>UNITED KINGDOM |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.273 | State what the contract or lease is for and the nature of the debtor's interest | IT Contracts-DOC-Schmidt Associates, Inc. (SAI or Sierra Gold) - Master Agreement - 01Mar2013 | SAI<br>ATTN: GENERAL COUNSEL<br>1106 WINDFIELD WAY<br>EL DORADO HILLS, CA 95762 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.274 | State what the contract or lease is for and the nature of the debtor's interest | HR Agreements-Kornblau Scott | SCOTT KORNBLAU<br>ADDRESS ON FILE |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.275 | State what the contract or lease is for and the nature of the debtor's interest | Misc Contracts-MSA - DOC-Seatrax Inc | SEATRAX, INC.<br>ATTN: GENERAL COUNSEL<br>P.O. BOX 840687<br>HOUSTON, TX 77284 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.276 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreements-DOC-SGS Business Laboratory LLC-Consulting Services Agreement-6 mar 18 | SGS BUSINESS LABORATORY LLC<br>ATTN: GENERAL COUNSEL<br>6700 WOODLANDS PARKWAY<br>SUITE 230-202<br>THE WOODLANDS, TX 77382 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.277 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreements-DOC-Shannon Chisholm - Consulting Agreement - 30Jan2020 | SHANNON CHISHOLM<br>ATTN: GENERAL COUNSEL<br>1060 AUGUSTA STREET<br>MOBILE, AL 36604 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.278 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy - Protection & Indemnity | XL SPECIALTY INSURANCE, INC. PROFESSIONAL |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor    Diamond Offshore Company
          Name

Case number *(if known)*  20-32307

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.279 | State what the contract or lease is for and the nature of the debtor's interest | Catering Agreements-DOC-Sodexo - Agreement for Catering Services - 12Feb2015 | SODEXO REMOTE SITES PARTNERSHIP ATTN: YOUSRI HABIB, SVP GULF OF MEXICO 10740 NORTH GESSNER ROAD SUITE 203 HOUSTON, TX 77064 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.280 | State what the contract or lease is for and the nature of the debtor's interest | Catering Agreements-DOC-Sodexo - Agreement for Catering Services - Amendments | SODEXO REMOTE SITES PARTNERSHIP ATTN: GENERAL COUNSEL 10740 NORTH GESSNER ROAD SUITE 203 HOUSTON, TX 77064 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.281 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Catering, Housekeeping, Laundry and Janitorial Agreement | SODEXO REMOTE SITES PARTNERSHIP ATTN: GENERAL COUNSEL 10740 NORTH GESSNER ROAD SUITE 203 HOUSTON, TX 77064 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.282 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Catering, Housekeeping, Laundry and Janitorial Agreement | SODEXO REMOTE SITES PARTNERSHIP ATTN: GENERAL COUNSEL 10740 NORTH GESSNER ROAD SUITE 203 HOUSTON, TX 77064 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.283 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Catering, Housekeeping, Laundry and Janitorial Agreement - Ocean Blacknet | SODEXO REMOTE SITES PARTNERSHIP ATTN: GENERAL COUNSEL 10740 NORTH GESSNER ROAD SUITE 203 HOUSTON, TX 77064 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.284 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy - Excess Directors & Officers Liability | CHUBB BERMUDA INSURANCE LTD. P.O. BOX HM 1015 HAMILTON BERMUDA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.285 | State what the contract or lease is for and the nature of the debtor's interest | IT Contracts-MSA - DODI - Sparkhound - signed | SPARKHOUND, INC. ATTN: GENERAL COUNSEL 7701 LAS COLINAS RIDGE SUITE 140 IRVING, TX 75063 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor <u>Diamond Offshore Company</u>   Case number *(if known)* <u>20-32307</u>
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.286 | **State what the contract or lease is for and the nature of the debtor's interest** | IT Contracts-SparkHound SOW | SPARKHOUND, LLC<br>ATTN: GENERAL COUNSEL<br>1220 AUGUSTA<br>HOUSTON, TX 77057 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.287 | **State what the contract or lease is for and the nature of the debtor's interest** | Misc Contracts-Speedcast-Caprock-Speedcast MSA - 1 February 2017 | SPEEDCAST AMERICAS, INC.<br>ATTN: GENERAL COUNSEL<br>4400 SOUTH SAM HOUSTON PARKWAY EAST<br>HOUSTON, TX 77048 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.288 | **State what the contract or lease is for and the nature of the debtor's interest** | Misc Contracts-Speedcast-Caprock-Speedcast MSA - Schedule 1 | SPEEDCAST AMERICAS, INC.<br>ATTN: GENERAL COUNSEL<br>4400 SOUTH SAM HOUSTON PARKWAY EAST<br>HOUSTON, TX 77048 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.289 | **State what the contract or lease is for and the nature of the debtor's interest** | Misc Contracts-Speedcast-Caprock-Speedcast MSA - Schedule 2 | SPEEDCAST AMERICAS, INC.<br>ATTN: GENERAL COUNSEL<br>4400 SOUTH SAM HOUSTON PARKWAY EAST<br>HOUSTON, TX 77048 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.290 | **State what the contract or lease is for and the nature of the debtor's interest** | Misc Contracts-Speedcast-Caprock-Speedcast MSA - Schedule 3 | SPEEDCAST AMERICAS, INC.<br>ATTN: GENERAL COUNSEL<br>4400 SOUTH SAM HOUSTON PARKWAY EAST<br>HOUSTON, TX 77048 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.291 | **State what the contract or lease is for and the nature of the debtor's interest** | Misc Contracts-Speedcast-Caprock-Speedcast MSA - Schedule 4 | SPEEDCAST AMERICAS, INC.<br>ATTN: GENERAL COUNSEL<br>4400 SOUTH SAM HOUSTON PARKWAY EAST<br>HOUSTON, TX 77048 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.292 | **State what the contract or lease is for and the nature of the debtor's interest** | Misc Contracts-Speedcast-Caprock-Speedcast MSA - Schedule 5 | SPEEDCAST AMERICAS, INC.<br>ATTN: GENERAL COUNSEL<br>4400 SOUTH SAM HOUSTON PARKWAY EAST<br>HOUSTON, TX 77048 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    <u>Diamond Offshore Company</u>
Name

Case number *(if known)* <u>20-32307</u>

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.293 | State what the contract or lease is for and the nature of the debtor's interest | Misc Contracts-Speedcast-Caprock-Speedcast MSA - Schedule 6 | SPEEDCAST AMERICAS, INC.<br>ATTN: GENERAL COUNSEL<br>4400 SOUTH SAM HOUSTON PARKWAY EAST<br>HOUSTON, TX 77048 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.294 | State what the contract or lease is for and the nature of the debtor's interest | Misc Contracts-Speedcast-Caprock-Speedcast MSA - Schedule 7 | SPEEDCAST AMERICAS, INC.<br>ATTN: GENERAL COUNSEL<br>4400 SOUTH SAM HOUSTON PARKWAY EAST<br>HOUSTON, TX 77048 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.295 | State what the contract or lease is for and the nature of the debtor's interest | Benefits-HR Agreements-DOC-Spencer Ogden Inc.-Terms of Business for the Supply of Contractor Services-21 Mar 2018 | SPENCER OGDEN INC.<br>ATTN: GENERAL COUNSEL<br>1201 FANNIN STREET<br>SUITE 300<br>HOUSTON, TX 77002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.296 | State what the contract or lease is for and the nature of the debtor's interest | Third Party Agreements-Vessel Modification and Shipyard Agreements-DOC-ST Engineering Halter Marine and Offshore Inc - VMA 12-Feb-2020 | ST ENGINEERING HALTER MARINE AND OFFSHORE, INC.<br>D/B/A HALTER MARINE & OFFSHORE<br>ATTN: JEFFREY GEHRMANN, SENIOR VP OPERATIONS<br>ATTN: GARY HARBIN, ESTIMATING MANAGER<br>601 BAYOU CASOTTE PARKWAY<br>PASCAGOULA, MS 39568 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.297 | State what the contract or lease is for and the nature of the debtor's interest | IT Contracts-DOC-StarTex Software LLC - Master License Agreement - 05Dec2012 | STARTEX SOFTWARE LLC<br>ATTN: PRESIDENT<br>1250 WOOD BRANCH PARK DRIVE<br>SUITE 600<br>HOUSTON, TX 77079 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.298 | State what the contract or lease is for and the nature of the debtor's interest | IT Contracts-IBM - SMS Cloud | STRATEGIC MAINTENANCE SOLUTIONS, INC<br>ATTN: GENERAL COUNSEL<br>12 ESTATE DRIVE<br>GORHAM, ME 04038-2704 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.299 | State what the contract or lease is for and the nature of the debtor's interest | Misc Contracts-MSA - Subsea Global Solutions LLC (aff with SGS US Gulf Coast Diving) | SUBSEA GLOBAL SOLUTIONS LLC<br>ATTN: CHIEF OPERATING OFFICER<br>12062 NW 27TH AVENUE<br>MIAMI, FL 33167 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor      Diamond Offshore Company
            Name

Case number *(if known)* 20-32307

  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.300 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy - Excess Liability | SOMPO ENDURANCE ASSURANCE CORPORATION<br>777 3RD AVE<br>28B<br>NEW YORK, NY 10017 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.301 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreements-DOC-TEAM Informatics, Inc. - Master Services Agreement - 16May16 | TEAM INFORMATICS, INC.<br>ATTN: GENERAL COUNSEL<br>1453 HELMO AVE<br>NORTH OAKDALE, MN 55128 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.302 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Agreements-TechnipFMC | TECHNIPFMC UMBILICALS, INC.<br>ATTN: GENERAL COUNSEL<br>16661 JACINTOPORT BLVD<br>HOUSTON, TX 77015 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.303 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Agreements-TechnipFMC | TECHNIPFMC UMBILICALS, INC.<br>ATTN: GENERAL COUNSEL<br>16661 JACINTOPORT BLVD<br>HOUSTON, TX 77015 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.304 | State what the contract or lease is for and the nature of the debtor's interest | IT Contracts-DOC-TekStream Solutions, LLC - Master Professional Services Agreement - 22Sep2014 | TEKSTREAM SOLUTIONS, LLC<br>ATTN: GENERAL COUNSEL<br>1117 PERIMETER CENTER WEST<br>SUITE W405<br>ATLANTA, GA 30338 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.305 | State what the contract or lease is for and the nature of the debtor's interest | Statement of Work | TEKSTREAM SOLUTIONS, LLC<br>ATTN: GENERAL COUNSEL<br>1117 PERIMETER CENTER WEST<br>SUITE W405<br>ATLANTA, GA 30338 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.306 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreements-DOC-The University of Texas at Austin - Services Agreement - 1Aug16 | THE UNIVERSITY OF TEXAS AT AUSTIN<br>ATTN: GENERAL COUNSEL<br>BUSINESS CONTRACTS OFFICE, 1616 GUADALUPE STREET<br>SUITE 3.304<br>MAIL STOP D9900<br>AUSTIN, TX 78712 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor    Diamond Offshore Company
          Name

Case number *(if known)*  20-32307

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.307 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreements-DOC-Thibodeaux & Son Scrap Yard, Inc. - Service Agreement - 03Mar2020 | THIBODEAUX & SON SCRAP YARD, INC. ATTN: GENERAL COUNSEL 4612 MARINA ROAD NEW IBERIA, LA 70560 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.308 | State what the contract or lease is for and the nature of the debtor's interest | IT Contracts-Thomson Reuters ONESOURCE OTP-GLM-Wkprs - Signed 3-July-2017 | THOMAS REUTERS (TAX & ACCOUNTING) INC. ATTN: GENERAL COUNSEL 2395 MIDWAY ROAD CARROLLTON, TX 75006-2521 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.309 | State what the contract or lease is for and the nature of the debtor's interest | IT Contracts-Thomson Reuters ONESOURCE OTP-GLM-Wkprs - Signed 3-July-2017 | THOMAS REUTERS (TAX & ACCOUNTING) INC. ATTN: GENERAL COUNSEL 2395 MIDWAY ROAD CARROLLTON, TX 75006-2521 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.310 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Order Agreements-Thrustmaster - 138-111229 | THRUSTMASTER OF TEXAS, INC. ATTN: GENERAL COUNSEL 6900 THRUSTMASTER DRIVE HOUSTON, TX 77041 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.311 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy - Excess Directors & Officers Liability | ENDURANCE SPECIALTY INSURANCE LTD. WATERLOO HOUSE 100 PITTS BAY ROAD PEMBROKE HM08 BERMUDA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.312 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy - Excess Directors & Officers Liability | GENERAL STAR INDEMNITY COMPANY C/O AMWINS BROKERAGE OF TEXAS, INC. 2204 TIMBERLOCH SUITE 185 THE WOODLANDS, TX 77380 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.313 | State what the contract or lease is for and the nature of the debtor's interest | Confidentiality Agreements-DOC-Total Waste Management Alliance Ltd - Confidentiality Agreement - 12Dec17 | TOTAL WASTE MANAGEMENT ALLIANCE LIMITED ATTN: GENERAL COUNSEL BROADFOLD HOUSE, BROADFOLD ROAD BRIDGE OF DON, ABERDEEN UNITED KINGDOM |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor _____Diamond Offshore Company_____   Case number *(if known)* __20-32307_____
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.314 | **State what the contract or lease is for and the nature of the debtor's interest** | Subscription License Agreement | TRACKER<br>ATTN: GENERAL COUNSEL<br>315 MONTGOMERY STREET<br>SUITE 750<br>SAN FRANCISCO, CA 94104 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.315 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase Order Agreements-Trelleborg Offshore - 611-029666 | TRELLEBORG OFFSHORE UK LTD.<br>ATTN: GENERAL COUNSEL<br>STANLEY WAY<br>STANLEY INDUSTRIAL ESTATE<br>SKELMERSDALE, LANCASHIRE WN8 8EA<br>UNITED KINGDOM |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.316 | **State what the contract or lease is for and the nature of the debtor's interest** | Joint Development Agreements-2018-04-23 Diamond-Trelleborg Addendum 2 - Executed | TRELLEBORG OFFSHORE US, INC.<br>ATTN: GENERAL COUNSEL<br>STANLEY WAY<br>STANLEY INDUSTRIAL ESTATE<br>SKELMERSDALE, LANCASHIRE WN8 8EA<br>UNITED KINGDOM |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.317 | **State what the contract or lease is for and the nature of the debtor's interest** | Joint Development Agreements-DOC-Trelleborg Offshore US, Inc. - Exclusive Joint Development Agreement - 29Apr16 | TRELLEBORG OFFSHORE US, INC.<br>ATTN: GENERAL COUNSEL<br>STANLEY WAY<br>STANLEY INDUSTRIAL ESTATE<br>SKELMERSDALE, LANCASHIRE WN8 8EA<br>UNITED KINGDOM |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.318 | **State what the contract or lease is for and the nature of the debtor's interest** | United Exhibit A | UNITED<br>ATTN: GENERAL COUNSEL<br>233 S. WACKER DRIVE<br>CHICAGO, IL 60606 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.319 | **State what the contract or lease is for and the nature of the debtor's interest** | United Exhibit A - General | UNITED AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>BY AND ON BEHALF OF PARTICIPATING AIRLINES<br>233 S. WACKER DRIVE<br>16TH FLOOR -HQSVS<br>CHICAGO, IL 60606 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.320 | **State what the contract or lease is for and the nature of the debtor's interest** | United Service Agreement Addendum | UNITED AIRLINES, INC.<br>ATTN: GENERAL COUNSEL<br>BY AND ON BEHALF OF PARTICIPATING AIRLINES<br>233 S. WACKER DRIVE<br>16TH FLOOR -HQSVS<br>CHICAGO, IL 60606 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |

Debtor ___Diamond Offshore Company_____
Name

Case number *(if known)* __20-32307_____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.321 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreements-DOC-UV Logistics, LLC dba United Vision Logistics - Master Service Agreement - 16Sep2013 | UV LOGISTICS, LLC<br>ATTN: GENERAL COUNSEL<br>200 CORPORATE BLVD<br>SUITE 104<br>LAFAYETTE, LA 70508 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.322 | State what the contract or lease is for and the nature of the debtor's interest | Master Services Agreement | VETCO GRAY, INC.<br>ATTN: GENERAL COUNSEL<br>4424 WEST SAM HOUSTON PARKWAY<br>HOUSTON, TX 77041 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.323 | State what the contract or lease is for and the nature of the debtor's interest | Misc Contracts-Hydril-Vetco-BHGE-MSA - DOC-Hydril and Vetco | VETCO GRAY, INC.<br>ATTN: GENERAL COUNSEL<br>15415 KATY FREEWAY<br>SUITE 100<br>HOUSTON, TX 77094 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.324 | State what the contract or lease is for and the nature of the debtor's interest | Delta Service Agreement | VIRGIN ATLANTIC AIRWAYS LIMITED<br>ATTN: GENERAL COUNSEL<br>75 NORTH WATER STREET<br>SOUTH NORWALK, CT 06854 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.325 | State what the contract or lease is for and the nature of the debtor's interest | Data Subscription Service or Access Agreement-DOC-Wood Group Kenny Ireland Ltd - Software License Agreement - 12Oct16 | WOOD GROUP KENNY IRELAND LIMITED<br>ATTN: GENERAL COUNSEL<br>GALWAY TECHNOLOGY PARK<br>PARKMORE, GALWAY<br>IRELAND (EIRE) |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.326 | State what the contract or lease is for and the nature of the debtor's interest | IT Contracts-DOC-X-ISS(eXcellence in IS Solutions, Inc.) - Services Agreement - 4Feb16 | X-ISS (EXCELLENCE IN IS SOLUTIONS, INC.)<br>ATTN: DEEPAK KHOSLA, CEO<br>9800 NORTHWEST FREEWAY<br>SUITE 305<br>HOUSTON, TX 77018 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.327 | State what the contract or lease is for and the nature of the debtor's interest | Insurance Policy - Excess Liability | SWISS RE INTERNATIONAL SE<br>MYTHENQUAI 50/60 P.O. BOX 8022<br>ZURICH<br>SWITZERLAND |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor _____Diamond Offshore Company_____     Case number *(if known)* __20-32307_____
　　　　　　　　Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.328 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Policy - Excess Directors & Officers Liability | HAMILTON RE, LTD.<br>90 PITTS BAY ROAD<br>PEMBROKE HM08<br>BERMUDA |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.329 | **State what the contract or lease is for and the nature of the debtor's interest** | Insurance Policy - Primary Directors & Officers Liability | TOKIO MARINE SEGURADORA |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.330 | **State what the contract or lease is for and the nature of the debtor's interest** | IT Contracts-DOC-Zycus Inc. - Master Service Agmt 17 Oct 2019 with Orders 1 and 2 | ZYCUS INC.<br>ATTN: FINANCE DEPT. & LEGAL DEPT.<br>103 CARNEGIE CENTER<br>SUITE #321<br>PRINCETON, NJ 08540 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name  Diamond Offshore Company

United States Bankruptcy Court for the: Southern          District of Texas
(Houston
Division)

Case number (If known):   20-32307

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors                                    12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name __Diamond Offshore Company__

United States Bankruptcy Court for the: __Southern__ District of Texas (Houston Division)

Case number (*If known*): __20-32307__

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __06/09/2020__         ✗ /s/ Dominic A. Savarino
          MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                            Dominic A. Savarino
                                            Printed name

                                            Vice President and Chief Tax Officer
                                            Position or relationship to debtor