

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
09/18/2020

| | |
|---|---|
| In re: <br><br> DIAMOND OFFSHORE DRILLING, INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-32307 (DRJ) |
| DIAMOND OFFSHORE DRILLING, INC., and DIAMOND OFFSHORE GENERAL COMPANY <br><br> Plaintiffs, <br><br> *v.* <br><br> BEACH ENERGY LIMITED AND BEACH ENERGY (OPERATIONS) LIMITED <br><br> Defendants. | Adv. Pro. No. 20-03112 |

### AGREED ORDER DISMISSING AND CLOSING ADVERSARY
(Docket No. 36)

1. Adversary Proceeding No. **20-03112** is **DISMISSED** with prejudice.

2. Adversary Proceeding No. **20-03112** is **CLOSED**.

Signed: September 18, 2020.

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

1

10731995