Electronic Appearance Sheet

Ryan Berger, Milbank LLP
Client(s): Ad Hoc Group of Senior Noteholders of Diamond Offshore Drilling, Inc.

Dennis Dunne, Milbank LLP
Client(s): Ad Hoc Group of Noteholders of Diamond Offshore Drilling, Inc.

Bob Britton, Paul, Weiss
Client(s): Debtors

Frederic Sosnic, Shearman & Sterling
Client(s): EFS BOP LLC

Naomi Moss, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

Mark Dendinger, Bracewell LLP
Client(s): Wells Fargo Bank, N.A.

Tyson Lomazow, Milbank LLP
Client(s): Ad Hoc Group of Bondholders

Philip Dublin, Akin Gump Strauss Hauer & Feld LLP
Client(s): Official Committee of Unsecured Creditors

Shane Johnson, Porter Hedges LLP
Client(s): Debtors

Noelle Reed, Skadden, Arps, Slate, Meagher & Flom
Client(s): Hydril USA Distribution LLC

Hector Duran, U.S. Department of Justice
Client(s): U.S. Trustee

Christopher Hopkins, Paul, Weiss, Rifkind, Wharton & Garrison LLP
Client(s): Diamond Offshore Drilling, Inc. and its debtor affiliates (the Debtors)

Julia Wood, Paul, Weiss, Rifkind, Wharton & Garrison LLP
Client(s): Diamond Offshore

John Higgins, Porter Hedges LLP
Client(s): Diamond Offshore Drilling, Inc., et al.

Duane Brescia, Clark Hill Strasburger
Client(s): Zurich American Ins. Co.

Kevin Eide, Akin Gump Strauss Hauer & Feld LLP
Client(s): Creditors' Committee

Electronic Appearance Sheet

Paul Basta, Paul, Weiss
Client(s): Diamond