**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

ENTERED
07/15/2021

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| ARETHUSA OFF-SHORE, LLC,[1] | ) |
| | ) Case No. 20-32321 (DRJ) |
| Reorganized Debtor. | ) |
| | ) Docket No. 1375 in Case No. 20-32307 |

**ORDER APPROVING FOURTH INTERIM AND FINAL FEE APPLICATION
OF AKIN GUMP STRAUSS HAUER & FELD LLP FOR
ALLOWANCE AND PAYMENT OF FEES AND EXPENSES AS
COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
<u>FOR THE PERIOD FROM MAY 13, 2020 THROUGH APRIL 23, 2021</u>**

Upon consideration of the *Fourth Interim and Final Fee Application of Akin Gump Strauss Hauer & Feld LLP for Allowance and Payment of Fees and Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from May 13, 2020 Through April 23, 2021* (the "<u>Application</u>")[2] filed by Akin Gump Strauss Hauer & Feld LLP ("<u>Akin Gump</u>"), counsel for the official committee of unsecured creditors (the "<u>Committee</u>") of Diamond Offshore Drilling, Inc., *et al.* (collectively, the "<u>Debtors</u>"), the Court finds that: (a) it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. § 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) the fees and expenses requested are reasonable, necessary, and beneficial to the Debtors' estates and should be allowed; (d) proper and adequate notice of the Application and hearing thereon has been given, no objections to the Application having been filed, and no other or further notice is required; and (e) good and sufficient cause exists for granting the relief herein,

---

[1] The last four digits of the Reorganized Debtor's tax identification number is 5319. The Reorganized Debtor's primary headquarters and mailing address is 15415 Katy Freeway, Houston, TX 77094. The Reorganized Debtor's chapter 11 case was previously jointly administered under the chapter 11 case of Diamond Offshore Drilling, Inc., Case No. 20-32307 (DRJ).

[2] Capitalized terms not defined herein shall have the meaning set forth in the Application.

after due deliberation upon the Application and all relevant proceedings before the Court in connection with the Application. Therefore, **IT IS HEREBY ORDERED THAT**:

1.      Akin Gump shall be allowed, on an interim basis, compensation of fees in the amount of $1,082,310.50 and reimbursement of expenses in the amount of $1,985.60 for services rendered on behalf of the Committee for the period of February 1, 2021 through April 23, 2021.

2.       Akin Gump shall be allowed, on a final basis, compensation of fees in the amount of $7,010,320.00 and reimbursement of expenses in the amount of $55,496.49 for services rendered on behalf of the Committee for the period of May 13, 2020 through April 23, 2021.

3.      The Debtors and the Reorganized Debtors, as applicable, are authorized to pay Akin Gump the unpaid portion of all fees and expenses allowed pursuant to this Order.

4.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Signed:  July 15, 2021.**

_____

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**