

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

ENTERED
07/15/2021

---

|   |   |   |
|---|---|---|
| | x | |
| In re | : | Chapter 11 |
| | : | |
| | : | Case No. 20-32321 (DRJ) |
| ARETHUSA OFF-SHORE, LLC,[1] | : | |
| | : | |
| Reorganized Debtor. | : | Docket No. 1376 in Case No. 20-32307 |
| | : | |
| | x | |

**ORDER APPROVING FOURTH INTERIM AND FINAL FEE APPLICATION**
**OF PERELLA WEINBERG PARTNERS LP FOR COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES AS INVESTMENT BANKER**
**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD**
**FROM MAY 15, 2020 THROUGH APRIL 23, 2021**

Upon the fourth interim and final fee application (the "Final Fee Application")[2] of Perella Weinberg Partners LP, including its affiliate Tudor Pickering Holt & Co Advisors LP (collectively "PWP"), investment banker for the Official Committee of Unsecured Creditors (the "Committee") of Diamond Offshore Drilling, Inc., *et al*. for entry of an order (this "Order"), pursuant to sections 328, 330 and 331 of the Bankruptcy Code, rule 2016 of the Federal Rules of Bankruptcy Procedure, rule 2016-1 of the Bankruptcy Local Rules for the Southern District of Texas, granting (i) interim allowance of and payment of  (a) compensation for services rendered by PWP in the total amount of $3,554,583.50 and (b) reimbursement of expenses incurred by PWP in the total amount of $0.00 for the Fourth Interim Fee Period; and (ii) final allowance and payment of (a) compensation for services rendered by PWP in the total amount of  $5,050,551.24  and (b) reimbursement of

---

[1] The last four digits of the Reorganized Debtor's tax identification number is 5319. The Reorganized Debtor's primary headquarters and mailing address is 15415 Katy Freeway, Houston, TX 77094. The Reorganized Debtor's chapter 11 case was previously jointly administered under the chapter 11 case of Diamond Offshore Drilling, Inc., Case No. 20-32307 (DRJ).

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Final Fee Application.

expenses incurred by PWP in the total amount of $160.00 for the Final Fee Period; and this Court

having determined that the legal and factual bases set forth in the Final Fee Application establish

just cause for the relief granted herein; and after due deliberation and sufficient cause appearing

therefore, it is hereby ORDERED that:

1.      The Final Fee Application is GRANTED as set forth herein.

2.      PWP is allowed compensation for professional services rendered during the Fourth

Interim Fee Period on an interim basis in the amount of $3,554,583.50.

3.      PWP is allowed reimbursement of expenses incurred during the Fourth Interim Fee

Period in connection with its services to the Committee on an interim basis in the amount of $0.00.

4.      PWP is allowed compensation for professional services rendered during the Final

Fee Period on a final basis in the amount of $5,050,551.24.

5.      PWP is allowed reimbursement of expenses incurred during the Final Fee Period

in connection with its services to the Committee on a final basis in the amount of $160.00.

6.      The Debtors and the Reorganized Debtors, as applicable, are authorized

to pay PWP all fees and expenses allowed pursuant to this Order, less any amounts

previously paid for such fees and expenses.

7.      The Debtors and the Reorganized Debtors, as applicable, are authorized to take all

actions necessary to effectuate the relief granted by this Order in accordance with the Final Fee

Application.

**Signed:  July 15, 2021.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

2